IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES, S.A. and COMMISSARIAT À L'ÉNERGIE ATOMIQUE, <br><br> Plaintiffs, <br><br> v. <br><br> MEMC ELECTRONIC MATERIALS, INC. <br><br> Defendant. | Civil Action No.:_____ <br><br> JURY TRIAL DEMANDED |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs, S.O.I.TEC Silicon On Insulator Technologies, S.A. ("SOITEC") and Commissariat à L'Énergie Atomique ("CEA"), for their complaint against Defendant, MEMC Electronic Materials, Inc. ("MEMC"), allege that MEMC has been and is infringing United States Reissue Patent No. 39,484 and United States Patents Nos. 6,809,009, and 7,067,396.

### THE PARTIES

1.      SOITEC, established in 1992, is the leading technology developer and manufacturer of silicon-on-insulator ("SOI") semiconductor wafers and other engineered substrates used in the electronics industry. SOITEC's unique proprietary technologies include its patented Smart Cut™ and UNIBOND™ processes. SOITEC's technological innovations have resulted in awards of approximately 1000 patents worldwide.

2.    SOITEC is organized as a Societé Anonyme under the laws of France and has a principle place of business in Bernin, France.

3.    CEA is the French Atomic Energy Commission. The CEA operates a research facility known as the Laboratory of Electronics and Information Technologies ("LETI"), located in Grenoble, France. LETI is one of the largest European centers in applied electronics research.

4.    Inventors at LETI discovered certain technology as disclosed and claimed in United States Reissue Patent No. 39484 (the "Bruel Patent") and United States Patents Nos. 6,809,009 and 7,067,396 ("the '009 Patent", and "the '396 Patent"; collectively, the "Aspar Patents"). United States Reissue Patent No. 39484 is attached hereto as Exhibit 1; United States Patent No. 6,809,009 is attached hereto as Exhibit 2; United States Patent No. 7,067,396 is attached hereto as Exhibit 3.

5.    The Bruel Patent and the Aspar Patents are owned by CEA and exclusively licensed to SOITEC.

6.    MEMC is a corporation organized and existing under the laws of the State of Delaware and has a principle place of business in St. Peters, Missouri.

## JURISDICTION AND VENUE

7.    This is an action for patent infringement arising under the Patent Laws of the United States. 35 U.S.C. §1 et seq.

8.    This Court has jurisdiction over the subject matter of these claims under 28 U.S.C. §§1331 and 1338(a).

9.    Venue is proper in this judicial district under 28 U.S.C. §§1391(b) and 1391(c).

- 2 -

**BACKGROUND**

10.     The Bruel Patent is titled "Process for the production of thin semiconductor material films."  The Bruel Patent originally issued as United States Patent 5,374,564.  It was duly and legally reissued on February 6, 2007 as United States Reissue Patent No. 39484 and claims priority to a French patent application filed on September 18, 1991.  The Bruel Patent is valid, subsisting, and enforceable.

11.     The Aspar Patents are titled "Method for producing a thin layer of semiconductor material."  The '009 Patent was duly and legally issued on October 26, 2004.  The '396 Patent was duly and legally issued on June 27, 2006.  All of the Aspar Patents claim priority to a French patent application filed on May 15, 1996.  The Aspar Patents are valid, subsisting and enforceable.

12.     On information and belief, MEMC makes, sells, and/or offers for sale silicon on insulator ("SOI") wafers and other engineered semiconductor substrates (the "MEMC Products") in the United States.

**COUNT I**

**INFRINGEMENT OF U.S. REISSUE PATENT NO. 39484**

13.     SOITEC realleges and incorporates herein by reference the allegations set forth in paragraphs 1-12.

14.     On information and belief, MEMC manufactures MEMC Products using a method which infringes one or more claims of the Bruel Patent in violation of one or more of the provisions of 35 U.S.C. §271.

15.     On information and belief, MEMC's infringement of the Bruel Patent is and has been willful.

- 3 -

16.    On information and belief, MEMC will continue to infringe the Bruel Patent unless enjoined by this Court.

## COUNT II

### INFRINGEMENT OF U.S. PATENT NO. 6,809,009

17.    Soitec realleges and incorporates herein by reference the allegations set forth in paragraphs 1-12.

18.    On information and belief, MEMC manufactures MEMC Products using a method which infringes one or more claims of the '009 Patent in violation of one or more of the provisions of 35 U.S.C. §271.

19.    On information and belief, MEMC's infringement of the '009 Patent is and has been willful.

20.    On information and belief, MEMC will continue to infringe the '009 Patent unless enjoined by this Court.

## COUNT III

### INFRINGEMENT OF U.S. PATENT NO. 7,067,396

21.    Soitec realleges and incorporates herein by reference the allegations set forth in paragraphs 1-12.

22.    On information and belief, MEMC manufactures MEMC Products using a method which infringes one or more claims of the '396 Patent in violation of one or more of the provisions of 35 U.S.C. §271.

23.    On information and belief, MEMC's infringement of the '396 Patent is and has been willful.

24.    On information and belief, MEMC will continue to infringe the '396 Patent unless enjoined by this Court.

WLM 513370.1

**PRAYERS FOR RELIEF**

WHEREFORE, Plaintiffs request judgment against MEMC and respectfully pray that this Court enter orders:

(a)    Finding that MEMC has infringed and is infringing United States Reissue Patent No. 39,484;

(b)    Finding that MEMC has infringed and is infringing United States Patent No. 6,809,009;

(c)    Finding that MEMC has infringed and is infringing United States Patent No. 7,067,396;

(d)    Finding that MEMC's infringement of the Bruel Patent has been willful;

(e)    Finding that MEMC's infringement of the Aspar Patents has been willful;

(f)    Enjoining MEMC, its agents, servants, employees and attorneys, and all those in active participation or privity with any of them, from infringing any of United States Patents No. RE 39,484, 6,809,009, or 7,067,396;

(g)    Awarding compensatory damages to Plaintiffs pursuant to 35 U.S.C. § 284;

(h)    Finding that this is an exceptional case, pursuant to 35 U.S.C. § 285 and trebling its damage award and awarding Plaintiffs their reasonable attorney's fees, expenses and costs in this action; and

(i)    Granting Plaintiffs such other and further relief as the Court deems just and proper.

**JURY TRIAL DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Soitec demands a trial by jury on all issues so triable.

WLM 513370.1

Dated: _5 / 19 / 08_

**EDWARDS ANGELL PALMER  
& DODGE LLP**

John L. Reed (DE No. 3023)  
Denise Seastone Kraft (DE No. 2778)  
919 North Market Street, Suite 1500  
Wilmington, DE 19801  
(302) 777-7770  
jreed@eapdlaw.com  
dkraft@eapdlaw.com

Of Counsel:

George W. Neuner (BBO No. 369640)  
Alan M. Spiro (BBO No. 475650)  
Brian M. Gaff (BBO No. 642297)  
EDWARDS ANGELL PALMER  
& DODGE LLP  
111 Huntington Avenue  
Boston, MA 02199  
(617) 439-4444  
439-4170 (fax)

*Attorneys for S.O.I.TEC Silicon On Insulator* (617)  
*Technologies, S.A. and Commissariat A L'Energie A*  
*Atomique*

Michael Brody  
WINSTON & STRAWN  
35 West Wacker Drive  
Chicago, Illinois 60601  
(312) 558-5600

Gail Standish  
WINSTON & STRAWN  
333 South Grand Avenue  
Los Angeles, California, 90071  
(213) 615-1700

Marcus Hall  
WINSTON & STRAWN  
101 California Street  
San Francisco, California 94111  
(414)591-1000

Jason Charkow  
WINSTON & STRAWN  
200 Park Avenue  
New York, NY 10166  
(212)294-6700

- 6 -

WLM 513370.1

# Exhibit 1

US00RE39484E

(19) **United States**

(12) **Reissued Patent**
Bruel

(10) Patent Number: **US RE39,484 E**
(45) Date of Reissued Patent: **Feb. 6, 2007**

(54) **PROCESS FOR THE PRODUCTION OF THIN SEMICONDUCTOR MATERIAL FILMS**

(75) Inventor: **Michel Bruel**, Veurey (FR)

(73) Assignee: **Commissariat a l'energie Atomique**, Paris (FR)

(21) Appl. No.: **10/449,786**

(22) Filed: **May 30, 2003**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **5,374,564**
Issued: **Dec. 20, 1994**
Appl. No.: **07/945,001**
Filed: **Sep. 15, 1992**

(30) **Foreign Application Priority Data**

Sep. 18, 1991    (FR) .......................................... 91 11491

(51) **Int. Cl.**
*H01L 21/42* (2006.01)
*H01L 21/324* (2006.01)
*H01L 21/477* (2006.01)
*H01L 29/12* (2006.01)

(52) **U.S. Cl.** ...................... **438/455**; 438/766; 438/798; 438/458; 438/459; 148/12

(58) **Field of Classification Search** ................ 438/458, 438/459, 766, 798; 148/33.3, DIG. 12
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,901,423 A | 8/1975 | Hillberry et al. |
| 3,915,757 A | 10/1975 | Engel |
| 3,957,107 A | 5/1976 | Altoz et al. |
| 3,993,909 A | 11/1976 | Drews et al. |
| 4,006,340 A | 2/1977 | Gorinas |
| 4,039,416 A | 8/1977 | White |
| 4,074,139 A | 2/1978 | Pankove |
| 4,107,350 A | 8/1978 | Berg et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| EP | 0 35 5913 | 2/1990 |
|---|---|---|
| GB | 2 211 991 | 7/1989 |
| GB | 2211991 A * | 7/1989 |
| JP | 53-104156 * | 9/1978 |
| JP | 59-54217 * | 3/1984 |
| RU | 1282757 | 6/2000 |

OTHER PUBLICATIONS

Ascheron, C., "A Comparative Study of Swelling, Radiation, Strain and Radiation Damage of High–Energy Proton–bombarded GaAs, GaP, InP, Si and Ge Single Crystals, Nuclear Instruments and Methods in Physics Research" *Nuclear Instruments and Methods in Physics Research* B36(1989) 163–172.

(Continued)

*Primary Examiner*—Laura Schillinger
(74) *Attorney, Agent, or Firm*—Brinks Hofer Gilson & Lione

(57) **ABSTRACT**

Process for the preparation of thin monocrystalline or polycrystalline semiconductor material films, characterized in that it comprises subjecting a semiconductor material wafer having a planar face to the three following stages: a first stage of implantation by bombardment (2) of the face (4) of the said wafer (1) by means of ions creating in the volume of said wafer a layer (3) of gaseous microbubbles defining in the volume of said wafer a lower region (6) constituting the mass of the substrate and an upper region (5) constituting the thin film, a second stage of intimately contacting the planar face (4) of said wafer with a stiffener (7) constituted by at least one rigid material layer, a third stage of heat treating the assembly of said wafer (1) and said stiffener (7) at a temperature above that at which the ion bombardment (2) was carried out and sufficient to create by a crystalline rearrangement effect in said wafer (1) and a pressure effect in the said microbubbles, a separation between the thin film (5) and the mass of the substrate (6).

**70 Claims, 1 Drawing Sheet**



**US RE39,484 E**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,108,751 A | | 8/1978 | King |
| 4,121,334 A | | 10/1978 | Wallis |
| 4,170,662 A | | 10/1979 | Weiss et al. |
| 4,179,324 A | | 12/1979 | Kirkpatrick |
| 4,244,348 A | | 1/1981 | Wilkes |
| 4,252,837 A | | 2/1981 | Auton |
| 4,274,004 A | | 6/1981 | Kanai |
| 4,342,631 A | | 8/1982 | White et al. |
| 4,346,123 A | | 8/1982 | Kaufmann |
| 4,361,600 A | | 11/1982 | Brown |
| 4,368,083 A | * | 1/1983 | Bruel et al. ................. 438/536 |
| 4,412,868 A | | 11/1983 | Brown et al. |
| 4,452,644 A | | 6/1984 | Bruel et al. |
| 4,468,309 A | | 8/1984 | White |
| 4,471,003 A | | 9/1984 | Cann |
| 4,486,247 A | | 12/1984 | Ecer et al. |
| 4,490,190 A | | 12/1984 | Speri |
| 4,500,563 A | | 2/1985 | Ellenberger et al. |
| 4,508,056 A | | 4/1985 | Bruel et al. |
| 4,536,657 A | | 8/1985 | Bruel |
| 4,539,050 A | | 9/1985 | Kramler et al. |
| 4,566,403 A | | 1/1986 | Fournier |
| 4,567,505 A | | 1/1986 | Pease |
| 4,568,563 A | | 2/1986 | Jackson et al. |
| 4,585,945 A | | 4/1986 | Bruel et al. |
| 4,630,093 A | * | 12/1986 | Yamaguchi et al. ....... 428/66.7 |
| 4,684,535 A | | 8/1987 | Heinecke et al. |
| 4,704,302 A | | 11/1987 | Bruel et al. |
| 4,717,683 A | | 1/1988 | Parrillo et al. |
| 4,764,394 A | | 8/1988 | Conrad |
| 4,837,172 A | | 6/1989 | Mizuno et al. |
| 4,846,928 A | | 7/1989 | Dolins et al. |
| 4,847,792 A | | 7/1989 | Barna et al. |
| 4,853,250 A | | 8/1989 | Boulos et al. |
| 4,887,005 A | | 12/1989 | Rough et al. |
| 4,894,709 A | | 1/1990 | Phillips et al. |
| 4,904,610 A | * | 2/1990 | Shyr .......................... 438/463 |
| 4,929,566 A | * | 5/1990 | Beitman ..................... 438/407 |
| 4,931,405 A | * | 6/1990 | Kamijo et al. |
| 4,948,458 A | | 8/1990 | Ogle |
| 4,952,273 A | | 8/1990 | Popov |
| 4,960,073 A | | 10/1990 | Suzuki et al. |
| 4,975,126 A | | 12/1990 | Margail et al. |
| 4,982,090 A | | 1/1991 | Wittmaack |
| 4,996,077 A | | 2/1991 | Moslehi et al. |
| 5,013,681 A | * | 5/1991 | Godbey et al. ............ 438/459 |
| 5,015,353 A | | 5/1991 | Hubler et al. |
| 5,034,343 A | * | 7/1991 | Rouse et al. ............... 438/400 |
| 5,036,023 A | * | 7/1991 | Dautremont- |
| | | | Smith et al. ............... 438/605 |
| 5,120,666 A | * | 6/1992 | Gotou ........................ 438/164 |
| 5,198,371 A | * | 3/1993 | Li .............................. 438/475 |
| 5,200,805 A | * | 4/1993 | Parsons et al. .............. 257/77 |
| 5,232,870 A | * | 8/1993 | Ito et al. ..................... 438/455 |
| 5,256,581 A | * | 10/1993 | Foerstner et al. .......... 438/459 |
| 5,374,564 A | * | 12/1994 | Bruel ......................... 438/455 |

OTHER PUBLICATIONS

Ascheron, C., "A Study of Proton Bombardment Induced Swelling of GaP Single Crystals" *phys. stat. sol.* (a) 92, 169 (1985).

Ascheron, C., "Gettering of Copper in Proton–and Helium–Bombarded Buried Regions of Gallium Phosphide" *phys. stat. sol.* (a) 106, 73 (1988).

Ascheron, C., "Investigations of Hydrogen Implanted GaP Single Crystals by Means of Particle induced γ–Spectroscopy, Infrared Spectroscopy, and Turyherford Backscattering Channeling Technique" *phys. stat. sol.* (a) 89, 549 (1985).

Ascheron, C., "Proton Beam Modification of Selected $A^{III}$ $B^{V}$ Compounds" *phys. stat. sol.* (a) 124, 11 (1991).

Ascheron, C., "Swelling, Strain, and Radiation Damage of He+ Implanted GaP" *phys. stat. sol.* (a) 96, 555 (1986).

Ascheron, C., "The Effect of Hydrogen Implantation Induced Stress on GaP Single Crystals" *Nuclear Instruments and Methods in Physics Research* B28 (1987) 350–359.

Bruel, M., "Silicon–On–Insulator" *European Semiconductor,* Mar. 1997.

Chu et al., "Radiation Damage of 50–250 keV Hydrogen Ions in Silicon", Ion Implantation in Semiconductors, eds. F. Chernob et al., Plenum New York 1976, pp. 483–492.

EerNisse, E., "Compaction of ion–implanted fused silica" *Journal of Applied Physics,* vol. 45, No. 1, Jan. 1974.

EerNisse, E.P., "Role of Integrated Lateral Stress in Surface Deformation of He–implanted Surfaces" *Journal of Applied Physics,* vol. 48, No. 1, Jan. 1977.

Evans, J.H., "An Interbubble Fracture Mechanism Of Blister Formation On Helium–Irradiated Metals" *Journal of Nuclear Materials* 68(1977) 129–140.

Gerasimenko, N., "Infrared Absorption of Silicon Irradiated by Protons" *phys. stat.sol.* (b) 90, 689 (1978).

Greenwald, A.C., "Pulsed–electron–beam annealing of ion–implantation damage" *J. Appl. Phys.* 50(2), Feb. 1978.

Johnson, P.B., "High Fluence Deuteron Bombardment of Silicon" *Radiation Effect* 1977, vol. 32 pp. 159–167.

Klem, J.F., Characteristics of Lift–Off Fabricated AlGaAs/ InGaAs Single–Strained–Quantum Well Structures On Glass and Silicon Substrates, *Inst. Phys. Conf. Ser. No. 96: Chapter 6,* pp. 387–392 (1989).

Ligeon, E., "Hydrogen Implantation in Silicon Between 1.5 and 60 KeV" *Radiation Effects* 1976, vol. 27, pp. 129–137.

Manuaba, A., "Comparative Study on $Fe_{32}Ni_{36}Cr_{14}P_{12}B_6$ Metallic Glass and its Polycrystalline Modification bombarded by 2000 keV Helium Ions with High Fluence" *Nuclear Instruments and Methods* 199 (1982) 409–419.

Miyagawa, S., "Helium remission during implantation of silicon carbide" *J. Appl. Phys.* 54 (5), May 1983.

Miyagawa, S., "Surface structure of silicon carbide irradiated with helium ions with monoenergy and continuous energy distributions" *J. Appl. Phys.* 53(12), Dec. 1982, pp. 8697–8705.

Myers, D. R., "The effects of ion–implantation damage on the first–order Raman spectra of GaP" *J. Appl. Phys.* 54(9), Sep. 19??.

Neethling, J.H. et al., Identification of Hydrogen Platelets in Proton–Bombarded GaAs, 1985, pp. 941–945.

Paszli, F., "Flaking and Wave–Like Structure on Metallic Glasses Induced by MeV–Energy Helium Ions" *Nuclear Instruments and Methods* 209/210(1983) 273–280.

Primak, W., "Impurity Effect in the Ionization Dilation of Vitreous Silica" *J. Appl. Phys.* 39(13) 1968.

Roth, J., "Blistering and Bubble Formation" *Inst. Phys. Conf.* Ser. No. 28 © 1976: Chapter 7.

Sah, Chih–Tang et al., "Deactivation of the Boron Acceptor in Silicon by Hydrogen," *Appl. Phys. Lett.* 43(2), Jul. 1983, pp. 204–206.

Snyman, H. C., "Transmission Electron Microscopy of Extended Crystal Defects in Proton Bombarded and Annealed GaAs" *Radiation Effects,* 1983, vol. 69, pp. 199–230.

Snyman, H. C., "Void formation in annealed proton–bombarded GaAs."

**US RE39,484 E**

Page 3

Stephan, D., "Investigation of Lattice Strain in Proton–Irradiated GaP by a Modified Auleytner Technique" *phys. stat. sol.* (a) 87, pp. 589–596 (1985).

Tzeng, J.C., "A Novel Self–Aligned Oxygen (Salox) Implanted SOI Mosfet Device Structure" *Nuclear Instruments and Methods in Physics Research* B2, pp. 112–115 (1987).

Wemple, S.H., "Optical and channeling studies of ion-bombarded GaP" *J. Appl. Phys.,* vol. 45, No. 4, Apr. 1974.

CV and Publication of Michael P. Marder faxed Sep. 21, 2000.

Expert Report of Marcus Weldon, Ph.D. dated Nov. 1, 2000.

Expert Report of Chris Van de Walle, Ph.D. dated Nov. 1, 2000.

Memorandum in Support of Defendant Silicon Genesis Corporation's Motion for Summary Judgment of Invalidity for Lack of Enablement dated Mar. 19, 2001.

Memorandum of Points and Authorities in Support of Soitec's Motion for Summary Judgment on Sigen's Enablement Invalidity Claim (Redacted) dated Mar. 27, 2001.

Soitec's Memorandum of Points and Authorities in Opposition to Silicon Genesis Corporation's Motion for Summary Judgment of Invalidity for Lack of Enablement dated Apr. 11, 2001.

Memorandum in Support of Defendant Silicon Genesis Corporation's Opposition to Soitec's Motion for Summary Judgment on SiGen's Defense of Enablement dated Apr. 20, 2001.

Reply Memorandum in Support of Defendant Silicon Genesis Corporation's Motion for Summary Judgment of Invalidity for Lack of Enablement dated Apr. 30, 2001.

Expert Report of Marcus Weldon, Ph.D. dated Aug. 24, 2001.

Expert Report of Chris Van de Walle, Ph.D. dated Aug. 24, 2001.

Memorandum and Order re: Summary Judgment [denied] dated Feb. 5, 2002.

Plaintiff's Memorandum in Support of Their Motion for Judgment As a Matter of Law and a New Trial dated May 10, 2002.

Silicon Genesis Corporation's Opposition to Plaintiff's Motion for Judgment as a Matter of Law and a New Trial dated Jun. 17, 2002.

Memorandum of Law in Support of Plaintiff's Motion for Judgment on SiGen's Indefiniteness Defense dated Jun. 20, 2002.

Plaintiff's Reply Memorandum in Support of Their Motion for Judgment as a Matter of Law and a New Trial dated Jul. 18, 2002.

Defendant Silicon Genesis Corporation's Opposition to Soitec's Motion for Judgment Re Indefiniteness and Cross–Motion for Judgment of Indefiniteness dated Jul. 19, 2002.

Plaintiff's Reply in Support of their Motion for Judgment on SiGen's Indefiniteness Defense dated Jul. 25, 2002.

Memorandum and Order re: Post–Trial Motions dated Aug. 23, 2002.

Judgment dated Oct. 21, 2002.

Brief of Plaintiffs–Appellants Soitec, S.A. and Commissariat a L'Energie Atomique dated Jan. 28, 2003.

Brief for Defendant–Cross Appellant Silicon Genesis Corporation dated Mar. 22, 2003.

Reply Brief of Plaintiffs–Appellants Soitec, S.A. and Commissariat a L'Energie Atomique dated May 5, 2003.

Reply Brief for Defendant–Cross Appellant Silicon Genesis Corporation dated May 19, 2003.

Order [dated Jan. 7, 2004 denying Appellants' petition for panel rehearing and Appellant's petition for rehearing en banc].

Judgment Mandate [dated Jan. 14, 2004].

Plaintiff/Appellants Supplemental Authority Letter [dated Nov. 17, 2003].

Defendant–Cross Appellant's Response To Appellants' Submission Of *CFMT, Inc.* v. *Yieldup Int'l,* [dated Nov. 24, 2003].

Decision from the United States Court of Appeals for the Federal Circuit dated Nov. 26, 2003.

Combined Petition For Panel Rehearing And For Rehearing En Banc dated Dec. 10, 2003.

Kamada et al., "Observation of Blistering and Amorphization on Germanium Surface After 450 keV Ar+ Ion Bombardment," *Radiation Effects,* 1976, vol. 28, pp. 43–48, Japan Atomic Energy Research Institute, in final form Aug. 18, 1975, Gordon and Breach Science Publishers Ltd. 1976 (printed in Great Britain).

Ono et al., "Orientation Dependence of Flaking of Ion Irradiated Aluminum Single Crystals," *Japanese Journal of Applied Physics,* vol. 25, No. 10, Oct. 1986, pp. 1475–1480.

Wittmaack et al., "High Fluence Retention of Noble Gases Implanted in Silicon," *Radiation Effects,* 1978, vol. 39, pp. 81–95, Gordon and B reach Science Publishers Ltd. 1978 (printed in Great Britain).

Komarov et al. "Crystallographic Nature and Formation Mechanisms of Highly Irregulated Structure in Implanted and Annealed Si Layers," *Radiation Effects,* 1979, vol. 42, pp. 169–177, 1979 Gordon and Breach Science Publishers Inc. 1976 (printed in Holland).

Cerofolini et al., "Hydrogen–Related Complexes as the Stressing Species in High–Fluence, Hydrogen–Implanted, Single–Crystal Silicon," *Physical Review,* vol. 46, No. 4, Jul. 15, 1992–II, 1992 The American Physical Society.

Williams et al., "Application of Ion Beams to Materials, 1975," *Inst. Phys. Conf. Ser. No. 28* © 1976: Chapter 1, pp. 30–36.

Reports of Jean–Pierre Colinge in Response to SiGen Enablement and Indefiniteness Expert Reports of Aug. 24, 2001.

U.S. Appl. No. 09/777,516, also Publication No. US2001–0007789A1 With copy of Allowed Claims, Published Jul. 12, 2001, Aspar et al.

U.S. Appl. No. 10/784,601, Including pending claims, filed Feb. 23, 2004, Aspar et al.

Blöchl, P.E. et al., "First–Principles Calculations of Diffusion Coefficients: Hydrogen in Silicon," *Physical Review Letters,* vol. 64, No. 12, Mar. 19, 1990, pp. 1401–1404.

Canham et al., "Radiative Recombination Channels due to Hydrogren in Crystalline Silicon," *Materials Science and Engineering, B4* (1989), pp. 41–45.

Carter, G. et al., The Collection of Ions Implanted in Semiconductors; II. Range Distributions Derived from Collection and Sputter–Etch Curves, *Radiation Effects,* 1972, vol. 16, pp. 107–114.

Cassidy, Victor M., "Ion Implantation Process Toughens Metalworking Tools," *Modern Metals,* pp. 65–67, 1984.

Chu, P.K. et al., Plasma Immersion Ion Implantation—A Fledgling Technique for Semiconductor Processing, *Materials Science and Engineering Reports: A Review Journal,* pp. 207–280, vol. R17, Nos. 6–7, Nov. 30, 1996.

**US RE39,484 E**

Page 4

Chu et al., Radiation Damage of 50–250 keV Hydrogen Ions in Silicon, IBM Systems Products Division, East Fishkill, Hopewell Junction, New York 12533, (undated), pp. 483–492.

Cullis, A.G. , T.E. Seidel and R.L. Meek, "Comparative study of annealed neon–, argon–, and krypton–ion implantation damage in silicon," *J. Appl. Phys.,* 49(10), pp. 5188–5198, Oct. 1978.

Denteneer, P.J.H. et al., Hydrogen Diffusion and Passivation of Shallow Impurities in Crystalline Silicon, Materials Science Forum vols. 38–41 (1989), pp. 979–984, *Trans Tech Publications,* Switzerland.

Denteneer, P.J.H. et al., "Structure and Properties of Hydrogen–Impurity Pairs in Elemental Semiconductors," *Physical Review Letters,* vol. 62, No. 16, Apr. 17, 1989, pp. 1884–1888.

Grovenor, C.R.M., Microelectronic Materials, pp. 73–75 (1989).

Haisma et al., Silicon–on–Insulator Wafer Bonding–Wafer Thinning Technological Evaluations, *Japanese Journal of Applied Physics,* 28(1989), Aug., No. 8, Part 1, Tokyo, Japan, pp. 1426–1443.

Hamaguchi et al., Device Layer Transfer Technique using Chemi–Mechanical Polishing, *Japanese Journal of Applied Physics,* 23(1984), Oct., No. 10, Part 2, Tokyo, Japan, pp. L815–L817.

Hulett, D.M. et al., "Ion Nitriding and Ion Implantation: A Comparison," *Metal Progress,* pp. 18–21, Aug. 1985.

"Isolation by Inert Ion Implantation" *IBM Technical Disclosure Bulletin* vol. 29, No. 3, Aug. 1986, p. 1416.

Li, J., "Novel Semiconductor Substrate Formed by Hydrogen Ion Implantation into Silicon," *Appl. Phys. Lett.,* vol. 55, No. 21, pp. 2223–2224, Nov. 20, 1989.

Matsuda et al., "Large Diameter Ion Beam Implantation System," Nuclear Instruments and Methods, vol. B21, pp. 314–316, 1987.

Mishima, Y. and T. Yagishita, T. "Investigation of the bubble formation mechanism in a–Si:H films by Fourier–transform infrared mirospectroscopy" *J. Appl. Phys.,* vol. 64, No. 8, Oct. 15, 1988.

Monemar, B. (editor), "Shallow Impurities in Semiconductors 1988," Proceedings of the Third International Conference in Linköping, Sweden, Aug. 10–12, 1988, Institute of Physics Conference Series No. 95, Institute of Physics, Bristol and Philadelphia, pp. 493–499.

Moreau, Wayne M., "Semiconductor Lithography, Principles, Practices, and Materials," Plenum Press, 1988. Table of Contents only.

Moriceau, H. et al, A New Characterization Process Used to Qualify SOI Films 1991 pp. 173–178.

Nichols, C.S. et al., "Properties of Hydrogen in Crystalline Silicon Under Compression and Tension," *Physical Review Letters,* vol. 63, No. 10, Sep. 4, 1989, pp. 1090–1093.

Picraux, S. Thomas et al., "Ion Implantation of Surfaces," *Scientific American,* vol. 252, No. 3, pp. 102–113 1985.

Renier, M. et al., "A New Low–Engergy Ion Implanter for Bombardment of Cylindrical Surfaces," Vacuum, vol. 35, No. 12, pp. 577–578, 1985.

Saint–Jacques, R.G., "La Formation des Cloques," Nuclear Instruments and Methods 209/210 (1983), pp. 333–343, North–Holland Publishing Company.

Sioshansi, Piran, "Ion Beam Modification of Materials for Industry," Thin Solid Film, vol. 118, pp. 61–71, 1984.

Sze, S.M., VLSI Technology, 2.sup.nd Ed., pp. 9–10 (1988), McGraw Hill.

U.S. Dept. of Energy, "Fusion Connection: Contributions to Industry, Defense, and Basic Science Resulting From Scientific Advances Made in the Magnetic Fusion Energy Program," *Plasma Coating,* pp. 6–7, Oct. 1985.

Van Swijgenhoven, et al., "Helium Bubble and Blister Formation for Nickel and An Amorphous Fe–Ni–Mo–B Alloy During 5 keV He+–Irradiation at Temperatures Between 200 K and 600 K," Nuclear Instruments and Methods 209/210 (1983) pp. 461–468, North Holland Publishing Company.

Van de Walle, C.G., "Structural Identification of Hydrogen and Muonium Centers in Silicon: First–Principles Calculations of Hyperfine Parameters," *Physical Review Letters,* vol. 64, No. 6, Feb. 5, 1980, pp. 669–672.

Van de Walle, C.G. et al., "Theory of Hydrogen Diffusion and Reactions in Crystalline Silicon," *Physical Review Letters,* vol. 60, No. 26, Jun. 27, 1988, pp. 2761–2764.

Van de Walle, C.G. et al., "Theory of Hydrogen Diffusion and Reactions in Crystalline Silicon," *Physical Review B,* vol. 39, No. 15, May 15, 1989, pp. 10 791–10 808, plus diagrams.

Van de Walle, Chris G., "Theoretical Aspects of Hydrogen in Crystalline Semiconductors," *Physica B,* 170 (1991), pp. 21–32, North–Holland.

Veldkamp, W.B. et al., "Binary Optics," *Scientific American,* pp. 50–55, May 1992.

Whitton, J.L. et al., "The Collection of Ions Implanted in Semiconductors: 1. Saturation Effects," *Radiation Effects,* 1972, vol. 16, pp. 101–105, Gordon and Breach, Science Publishers Ltd., Glasgow, Scotland.

Wolf, Stanley Ph.D., Silicon Processing for the VLSI Era (vol. 2), pp. 66–79, Lattice Press, 1990.

Expert Report of Jean–Pierre Colinge dated Nov. 1, 2000.

Cowern, N.E.B., et al., "Transport Diffusion Of Ion–Implanted B In Si: Dose, Time, and Matrix Dependence of Atomic and Electrical Profiles," *J. Appl. Phys* 68 (12), Dec. 15, 1990, pp. 6191–6198.

Csepregl, L. et al., "Regrowth Behavior of Ion–Implanted Amorphous Layers on <111> Silicon," *Applied Physics Letters,* 2, Jul. 15, 1976, pp. 92–93.

Cullis, A.G., et al., "Comparative Study of Annealed Neon–, Argon–, and Krypton– Ion Implantation Damage in Silicon," *J. Appl. Phys.,* 49(10), pp. 5188–5198, Oct. 1978.

Ghandi, Sorab K., "VLSI Fabrication Principles—Silicon and Gallium Arsenide," *Rensselaer Polytechnic Institute,* 1983, John Wiley & Sons, Inc., pp. 135.

Jaussaud, C., et al., "Microstructure of Silicon Implanted With High Dose Oxygen Ions," *Appl. Phys. Lett.* 48(11), Jun. 1, 1985, pp. 1064–1066.

Jones, K.S., et al., "A Systematic Analysis of Defects in Ion Implanted Silicon," *Applied Physics* A, 45, 1–34, 1988.

"Applied Physics Letter," vol. 55. No. 21, Nov. 20, 1989, pp. 2223–2224.*

"IBM Technical Disclosure Bulletin, " vol. 29, No. 3, Aug., 1986, p. 1416.*

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

US RE39,484 E

1

# PROCESS FOR THE PRODUCTION OF THIN SEMICONDUCTOR MATERIAL FILMS

Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue.

## BACKGROUND OF THE INVENTION

The present invention relates to a process for the production of thin semiconductor material films, preferably applicable to the production of monocrystalline films.

It is known that for producing monocrystalline semiconductor films there are various methods and processes, which are often complex and expensive to carry out, because although it is relatively easy to produce polycrystalline or amorphous material films, it is much more difficult to produce monocrystalline films.

Among the methods used for producing monocrystalline films are those used for producing socalled "silicon on insulator" substrates, where the aim is to produce a monocrystalline silicon film resting on a substrate electrically insulated from the film.

By crystal growth heteroepitaxy methods make it possible to grow an e.g. thin film silicon crystal on a monocrystalline substrate of another type, whose lattice parameter is close to that of silicon, e.g. a sapphire substrate ($Al_2O_3$) or calcium fluoride substrate ($CaF_2$). (cf. ref. 5) (identified below).

The SIMOX process (name used in the literature) makes use of high oxygen dose ion implantation in a silicon substrate for creating in the silicon volume a silicon oxide layer separating a monocrystalline silicon film from the substrate mass (cf. ref. 1).

Other processes make use of the principle of thinning a wafer by chemical or mechanochemical abrasion. The most successful of the processes in this category also use the etch-stop principle, which makes it possible to stop the thinning of the wafer as soon as the requisite thickness is reached and in this way it is possible to ensure a uniformity of thickness. This procedure e.g. consists of p-type doping of the n-type substrate over the thickness of the film which it is wished to obtain and then chemically etching the substrate with a chemical bath active for the n-type silicon and inactive for the p-type silicon (cf. refs. 2 and 3).

The main applications of monocrystalline semiconductor films are silicon on insulator substrates, self-supporting silicon or silicon carbide membranes or diaphragms for producing X-ray lithography masks, sensors, solar cells and the production of integrated circuits with several active layers.

The various methods for producing thin monocrystalline films suffer from the disadvantages associated with the production procedures.

Heteroepitaxy methods are limited by the nature of the substrate, because the lattice parameter of the substrate is not precisely the same as that of the semiconductor, the film having numerous crystal defects. In addition, these substrates are expensive and fragile and only exist with limited dimensions.

The SIMOX method requires a very high dose ion implantation requiring a very heavy and complex implantation machine. The output of such machines is limited and it would be difficult to significantly increase it.

Thinning methods are not competitive from the uniformity and quality standpoints except when using the etch-

2

stop principle. Unfortunately, the creation of said etch-stop makes the process complex and in certain cases can limit the use of the film. Thus, if the etch-stop is produced by p-type doping in a n-type substrate, any electronic devices produced in the film would have to adapt to the p-type nature of the films.

## SUMMARY OF THE INVENTION

The present invention relates to a process for producing thin semiconductor material films making it possible to overcome the aforementioned disadvantages without requiring an initial substrate of a different nature from that of the chosen semiconductor, without requiring very high implantation doses, or an etch-stop, but which still makes it possible to obtain a film having a uniform, controlled thickness.

This process for the preparation of thin films is characterized in that it comprises subjecting a semiconductor material wafer having a planar face and whose plane is either substantially parallel to a principle crystallographic plane in the case where the semiconductor material is perfectly monocrystalline, or slightly inclined with respect to the principle crystallographic plane of the same indices for all the grains, in the case wherein the material is polycrystalline, to the three following stages:

a first stage of implantation by bombardment (2) of the face (4) of said wafer (1) by means of ions creating in the volume of said wafer a depth close to the average penetration depth of the said ions, a layer (3) of gaseous microbubbles defining in the volume of said wafer a lower region (6) constituting the mass of the substrate and an upper region (5) constituting the thin film, the ions being chosen from among hydrogen gas or rare gas ions and the temperature of the wafer during implantation being kept below the temperature at which the gas produced by the implanted ions can escape from the semiconductor by diffusion,

a second stage of intimately contacting the planar face (4) of said wafer with a stiffener (7) constituted by at least one rigid material layer,

a third stage of thermally treating the assembly of said wafer (1) and said stiffener (7) at a temperature above that at which ion bombardment (2) takes place and adequate to create by a crystalline rearrangement effect in the wafer (1) and a pressure effect in the microbubbles, a separation between the thin film (5) and the mass of the substrate (6), the stiffener and the planar face of the wafer being kept in intimate contact during said stage.

Thus, the invention also applies to a polycrystalline semiconductor material, provided that the grains constituting the latter all have a principle crystallographic plane (said plane having the same indices, e.g. 1,0,0 for all the semiconductor grains) substantially parallel to the semiconductor surface. With respect to the semiconductor materials reference can be made to ZMRSOI (ZMR=Zone–Melting–Recrystallization) (cf. ref. 4). The term implantation stage is understood to mean both a single implantation stage and a succession of implantations at different does and/or different energies and/or with different ions.

According to a variant of the process according to the invention, it can be advantageous to carry out ion implantation in a semiconductor material through one or more layers of materials, said "encapsulating" layers being chosen in such a way that the ions traverse the same and penetrate the semiconductor. For example, the encapsulating layers can be used as means for reducing the penetration of ions in the semiconductor for producing finer membranes or as a

US RE39,484 E

3

means for protecting the semiconductor from possible contamination, or as a means for controlling the physio-chemical state of the semiconductor surface. When the substrate constituting the wafer is made from silicon, it can be advantageous to choose an encapsulating layer consti-tuted by thermal silicon oxide with a thickness e.g. between 25 and 500 nm. These encapsulating layers can be retained or removed following the implantation state.

According to the invention, the temperature of the wafer on which ion implantation takes place is controlled through-out the operation, so that it remains below the critical temperature at which the gas produced by the implanted ion diffuses rapidly and escapes from the semiconductor. For example, said critical temperature is approximately 500° C. for hydrogen implantation in silicon. Above said temperature, the process becomes ineffective due to the absence of microbubble formation. In the case of silicon, preference is given to an implantation temperature between 20° and 450° C.

During the third stage of the heat treatment of the wafer-stiffener assembly, there is a crystalline rearrangement fol-lowing the disorder created by the ion implantation. The separation between the film and the substrate is due both to the crystalline rearrangement and to the coalescence of the bubbles, which produce microbubbles, both resulting from the third stage heat treatment. Under the effect of the pressure of the gas within these bubbles, the semiconductor surface is subject to high stresses. If it is wished to avoid a surface deformation and the formation of blisters corre-sponding to the macrobubbles formed, it is vital to compen-sate these stresses. Thus, the blisters can shatter before the macrobubbles have reached their final growth stage and have coalesced with one another. Therefore if it is wished to obtain a continuous semiconductor film, it is necessary to compensate the stresses appearing during the heat treatment phase. According to the invention, this compensation is brought about by the intimate contacting of the semicon-ductor wafer surface and a stiffener. The function of the stiffener is that is contact with the surface and its mechanical properties will lead to a compensation of the stresses pro-duced by the macrobubbles. Therefore the semiconductor film can remain flat and intact throughout the heat treatment phase and up to the final cleaving.

According to the invention, the choice of the production method for said stiffener and its nature are a function of each envisaged application for the said film. For example, if the intended application is the production of a silicon on insu-lator substrate, the stiffener can advantageously be consti-tuted by a silicon wafer covered by at least one dielectric layer, such as an oxide or a nitride layer, the dielectric of the stiffener being intimately contacted with the wafer from which the film is to be produced, the wafer optionally having or not having an e.g. silicon oxide encapsulating layer.

The stiffener can either be joined to the wafer, or can be produced thereon with the aid of methods such as evaporation, atomization, chemical vapor deposition, which may or may not be plasma or photon-assisted, if the thick-ness chosen for the stiffener is of a moderate nature, i.e. a few micrometers to a few dozen micrometers.

The term intimate contact is understood to mean a contact obtained by pressing the stiffener onto the wafer, e.g. by electrostatic pressure and/or by an adherent contact.

Thus, according to the invention, said same stiffener can also be bonded to the semiconductor wafer either by an adhesive substance both to the stiffener and to the wafer, or, if it is not desired to use an adhesive substance, by the effect

4

of a prior preparation of at least one of the surfaces to be bonded and a thermal and/or electrostatic treatment, option-ally with a choice of pressures in order to assist the inter-atomic bonds between the stiffener and the semiconductor wafer. The stiffener can also be applied to the wafer by an electrostatic pressure.

For applications concerning the production of self-supporting diaphragms and membranes, it is appropriate to choose the nature of the stiffener such that it is easily and selectively possible to separate the stiffener from the film. For information purposes, in order to produce a monocrys-talline silicon diaphragm, it is e.g. possible to choose a silicon oxide stiffener, which is then eliminated in a hydrof-luoric acid bath following the third thermal stage of the process.

According to a feature of the process according to the invention, the choice of the performance temperatures for the second and third stages must comply with the following requirements. The installation of the stiffener on the wafer must not lead to the application thereto of a temperature, which might trigger the third stage procedures. For this reason, it is necessary according to the invention to carry out the second stage of the process at a temperature below that of the heat treatment of the third stage. This heat treatment must, according to the invention, be carried out at a tem-perature at which the crystalline rearrangement and coales-cence of the bubbles can effectively take place. For example, in the case of silicon, a temperature above approximately 500° C. is necessary to enable the crystalline rearrangement and coalescence of the bubbles to take place with adequate kinetics.

In the performance of the process according to the invention, the ions used for implantation by bombardment are usually H+ ions, but this choice must not be looked upon as limitative. Thus, the principle of the method is applicable with molecules hydrogen ions or with ions of rare gases such as helium, neon, krypton and xenon, used either singly or in combination. For industrial applications of the process according to the invention, preference is given to group IV semiconductors and it is e.g. possible to use silicon, germanium, silicon carbide and silicon-germanium alloys.

BRIEF DESCRIPTION OF THE DRAWINGS

The invention is described in greater detail hereinafter relative to non-limitative embodiments and with reference to the attached drawings, wherein show:

FIG. 1 The concentration profile of the hydrogen ions as a function of the penetration depth.

FIG. 2 The monocrystalline semiconductor wafer used in the invention as the origin of the monocrystalline film, in section, exposed to a bombardment of H+ ions and within which has appeared a gas microbubble layer produced by the implanted particles.

FIG. 3 The semiconductor wafer shown in FIG. 2 and covered with a stiffener.

FIG. 4 The assembly of the semiconductor wafer and the stiffener shown in FIG. 3 at the end of the heat treatment phase, when cleaving has take place between the film and the substrate mass.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The embodiment which will now be described in con-junction with the above drawings relates to the production of a thin film in a monocrystalline silicon wafer with the aid of H+ ion implantations.

US RE39,484 E

| 5 | 6 |

The implantation of H+ ions (protons) at 150 keV in a monocrystalline silicon wafer, whose surface corresponds to a principle crystallographic plane, e.g. a 1,0,0 plane lead, in the case of weak implantation doses ($<10^{16}$ cm$^{-2}$) to a hydrogen concentration profile C as a function of the depth P having a concentration maximum for a depth Rp, as shown in FIG. 1. In the case of a proton implantation in silicon, Rp is approximately 1.25 micrometers.

For doses of approximately $10^{16}$ cm$^{-2}$, the implanted hydrogen atoms start to form bubbles, which are distributed in the vicinity of a plane parallel to the surface. The plane of the surface corresponds to a principal crystallographic plane and the same applies with respect to the plane of the microbubbles, which is consequently a cleaving plane.

For an implanted dose of $>10^{16}$ cm$^{-2}$ (e.g. $5 \cdot 10^{16}$ cm$^{2}$), it is possible to thermally trigger the coalescence between the bubbles inducing a cleaving into two parts of the silicon, an upper 1.2 micrometer thick film (the thin film) and the mass of the substrate.

Hydrogen implantation is an advantageous example, because the braking process of said ion in silicon is essentially ionization (electronic braking), the braking of the nuclear type with atomic displacements only occurring at the end of the range. This is why very few defects are created in the surface layer of the silicon and the bubbles are concentrated in the vicinity of the depth Rp (depth of the concentration maximum) over a limited thickness. This makes it possible to obtain the necessary efficiency of the method for moderate implanted doses ($5 \cdot 10^{6}$ cm$^{-2}$) and, following the separation of the surface layer, a surface having a limited roughness.

The use of the process according to the invention makes it possible to choose the thickness of the thin film within a wide thickness range by choosing the implantation energy. This property is all the more important as the implanted ion has a low atomic number z. For example, the following table gives the thickness of the film which can be obtained for different implantation energies of H$^+$ ions ($z=1$).

| Energy of H$^+$ ions in keV | 10 | 50 | 100 | 150 | 200 | 500 | 1000 |
|---|---|---|---|---|---|---|---|
| Thickness of the film in µm | 0.1 | 0.5 | 0.9 | 1.2 | 1.6 | 4.7 | 13.5 |

FIG. 2 shows the semiconductor wafer I optionally covered with an encapsulating layer 10 subject to an ion bombardment 2 of H+ ions through the planar face 4, which is parallel to a principal crystallographic plane. It is possible to see the microbubble layer 3 parallel to the face 4. The layer 3 and the face 4 define the thin film 5. The remainder of the semiconductor substrate 6 constitutes the mass of the substrate.

FIG. 3 shows the stiffener 7 which is brought into intimate contact with the face 4 of the semiconductor wafer 1. In an interesting embodiment of the invention, ion implantation in the material takes place through a thermal silicon oxide encapsulating layer 10 and the stiffener 7 is constituted by a silicon wafer covered by at least one dielectric layer.

Another embodiment uses an electrostatic pressure for fixing the stiffener to the semiconductor material. In this case, a silicon stiffener is chosen having an e.g. 5000 Å thick silicon oxide layer. The planar face of the wafer is brought into contact with the oxide of the stiffener and between the wafer and the stiffener is applied a potential difference of several dozen volts. The pressures obtained are then a few $10^5$ to $10^6$ Pascal.

FIG. 4 shows the film 5 joined to the stiffener 7 separated by the space 8 from the mass of the substrate 6.

The present text refers to the following documents:

(1) SIMOX OI for Integrated Circuit Fabrication by Hon Wai Lam, IEEE Circuits and Devices Magazine, July 1987.

(2) Silicon on Insulator Wafer Bonding, Wafer Thinning, Technological Evaluations by Haisma, Spierings, Bierman et Pals, Japanese Journal of Applied Physics, vol. 28, no. 8, August 1989.

(3) Bonding of silicon wafers for silicon on insulator by Maszara, Goetz, Caviglia and McKitterick, Journal of Applied Physics 64 (10) 15 November 1988.

(4) Zone melting recrystallization silicon on insulator technology by Bor Yeu Tsaur, IEEE Circuits and Devices Magazine, July 1987.

(5) 1986 IEEE SOS/SOI Technology Workshop, Sep. 30–Oct. 2, 1986, South Seas plantation resort and yacht Harbour, Captiva Island, Fla.

I claim:

1. Process for the preparation of thin semiconductor material films, wherein the process comprises subjecting a semiconductor material wafer having a planar face and whose plane[,] is substantially parallel to a principal crystallographic plane, to the three following stages:

a first stage of implantation by ion bombardment of the face of said wafer by means of ions creating in the volume of said wafer at a depth close to the average penetration depth of said ions, a layer of gaseous microbubbles defining in the volume of said wafer a lower region constituting a majority of the substrate and an upper region constituting the thin *semiconductor material* film, the ions being [chosen from among] hydrogen gas ions [or rare gas ions] and, *wherein* the temperature of the wafer during implantation [being] *is* kept below the temperature at which the gas produced by the implanted ions can escape from the semiconductor by diffusion,

a second stage of intimately contacting the planar face of said wafer with a stiffener constituted by at least one rigid material layer,

a third stage of thermally treating the assembly of said wafer and said stiffener at a temperature above that at which the ion bombardment takes place and adequate to create by a crystalline rearrangement effect in the wafer, *a coalescence of hydrogen microbubbles and a* pressure effect in the *hydrogen* microbubbles, a separation between the thin *semiconductor material* film and the majority of the substrate, the stiffener and the planar face of the wafer being kept in intimate contact during said stage.

2. Process for the preparation of thin *semiconductor material* films according to claim 1, wherein the stage of implanting ions in the semiconductor material takes place through one or more layers of materials having a nature and thickness such that they can be traversed by the ions.

3. Process for the [production] *preparation* of thin *semiconductor material* films according to claim 1, wherein the semiconductor comprises a group IV material.

4. Process for the [production] *preparation* of thin *semiconductor material* films [according to claim 1], wherein the *process comprises subjecting a* semiconductor [is] *material wafer of silicon*[,] *having a planar face and whose plane is substantially parallel to a principal crystallographic plane, to the three following stages:*

*a first stage of implantation by ion bombardment of the face of said wafer by means of ions creating in the*

US RE39,484 E

<table>
<tr><td>7</td><td>8</td></tr>
</table>

volume of said wafer at a depth close to the average penetration depth of said ions, a layer of gaseous microbubbles defining in the volume of said wafer a lower region constituting a majority of the substrate and an upper region constituting the thin semiconductor material film, wherein the implanted [ion is a] *ions are* hydrogen gas [ion,] *ions and the* wafer temperature during implantation is *kept below the temperature at which the gas produced by the implanted ions can escape from the semiconductor by diffusion and* between 20° and 450° C., [and]

a second stage of intimately contacting the planar face of said wafer with a stiffener constituted by at least one rigid material layer, and

a third stage of thermally treating the assembly of said wafer and said stiffener at a temperature above that at which the ion bombardment takes place and adequate to create by a crystalline rearrangement effect in the wafer and a pressure effect in the microbubbles, a separation between the thin semiconductor material film and the majority of the substrate, the stiffener and the planar face of the wafer being kept in intimate contact during said stage,

wherein the temperature of the third heat treatment stage exceeds 500° C.

5. Process for the [production] *preparation* of thin *semiconductor material* films according to claim 2, wherein implantation takes place through an encapsulating thermal silicon oxide layer and the stiffener is a silicon wafer covered by at least one silicon oxide layer.

6. Process for the [production] *preparation* of thin *semiconductor material* films according to claim 1, wherein the second stage of intimately contacting the planar face of said wafer with a stiffener takes place by applying an electrostatic pressure.

7. Process for the [production] *preparation* of thin *semiconductor material* films according to claim 1, wherein the stiffener is deposited by one or more methods from within the group consisting of evaporation, sputtering, and chemical vapor deposition with or without plasma assistance or photon assistance.

8. Process for the [production] *preparation* of thin *semiconductor material* films according to claim 1, wherein the stiffener is bonded to said wafer by means of an adhesive substrate.

9. Process for the [production] *preparation* of thin *semiconductor material* films according to claim 1, wherein the stiffener is made to adhere to the wafer by a treatment favoring interatomic bonds.

10. Process for the preparation of thin semiconductor material films according to claim 1 further comprising cleaving the thin semiconductor material film from the substrate.

11. Process for the preparation of thin semiconductor material films according to claim 1, wherein the thin semiconductor material films are formed as a continuous film of semiconductor material.

12. Process for the preparation of thin semiconductor material films according to claim 1, wherein the semiconductor material wafer comprises silicon.

13. Process for the preparation of thin semiconductor material films according to claim 1, wherein the semiconductor material wafer comprises germanium.

14. Process for the preparation of thin semiconductor material films according to claim 1, wherein the semiconductor material wafer comprises a silicon-germanium alloy.

15. Process for the preparation of thin semiconductor material films according to claim 1, wherein the semiconductor material wafer comprises silicon carbide.

16. Process for the preparation of thin semiconductor material films according to claim 1, wherein the stiffener comprises a silicon wafer covered by at least one silicon oxide layer.

17. Process for the preparation of thin semiconductor material films, wherein the process comprises subjecting a semiconductor material wafer having a planar face and whose plane is substantially parallel to a principal crystallographic plane, to the three following stages:

a first stage of implantation by hydrogen ion bombardment of the face of said wafer by means of hydrogen ions creating in the volume of said wafer at a depth close to the average penetration depth of said ions, a layer of gaseous microbubbles defining in the volume of said wafer a lower region constituting a majority of the substrate and an upper region constituting the thin semiconductor material film, wherein the temperature of the wafer during implantation is kept below the temperature at which the gas produced by the implanted ions can escape from the semiconductor by diffusion,

a second stage of intimately contacting the planar face of said wafer with a stiffener constituted by at least one rigid material layer,

a third stage of thermally treating the assembly of said wafer and said stiffener at a temperature above that at which the ion bombardment takes place and adequate to create by a crystalline rearrangement effect in the wafer, a coalescence of hydrogen microbubbles and a pressure effect in the hydrogen microbubbles, a separation between the thin semiconductor material film and the majority of the substrate, the stiffener and the planar face of the wafer being kept in intimate contact during said stage.

18. Process for the preparation of thin semiconductor material films according to claim 17, wherein the stage of implanting ions in the semiconductor material takes place through one or more layers of materials having a nature and thickness such that they can be traversed by the ions.

19. Process for the preparation of thin semiconductor material films according to claim 17, wherein the semiconductor material comprises a group IV semiconductor.

20. Process for the preparation of thin semiconductor material films according to claim 17, wherein the semiconductor material wafer comprises silicon.

21. Process for the preparation of thin semiconductor material films according to claim 17, wherein the semiconductor material wafer comprises germanium.

22. Process for the preparation of thin semiconductor material films according to claim 17, wherein the semiconductor material wafer comprises a silicon-germanium alloy.

23. Process for the preparation of thin semiconductor material films according to claim 17, wherein the semiconductor material wafer comprises silicon carbide.

24. Process for the preparation of thin semiconductor material films according to claim 17, wherein implantation takes place through an encapsulating thermal silicon oxide layer.

25. Process for the preparation of thin semiconductor material films according to claim 17, wherein the stiffener comprises a silicon wafer covered by at least one silicon oxide layer.

26. Process for the preparation of thin semiconductor material films according to claim 17, wherein the second stage of intimately contacting the planar face of said wafer with a stiffener takes place by applying an electrostatic pressure.

**9**

27. Process for the preparation of thin semiconductor material films according to claim 17, wherein the stiffener is deposited by one or more methods from within the group consisting of evaporation, sputtering, and chemical vapor deposition with or without plasma assistance or photon assistance.

28. Process for the preparation of thin semiconductor material films according to claim 17, wherein the stiffener is bonded to said wafer by means of an adhesive substance.

29. Process for the preparation of thin semiconductor material films according to claim 17, wherein the stiffener is made to adhere to the wafer by a treatment favoring inter-atomic bonds.

30. Process for the preparation of thin semiconductor material films according to claim 17, which further com-prises cleaving the thin semiconductor material film from the substrate.

31. Process for the preparation of thin films according to claim 17, wherein the thin semiconductor material films are formed as a continuous film of semiconductor material.

32. Process for the preparation of thin semiconductor material films, wherein the process comprises subjecting a semiconductor material wafer having a planar face and whose plane is substantially parallel to a principal crystal-lographic plane, to the three following stages:

   a first stage of implantation by ion bombardment of the face of said wafer by means of ions creating in the volume of said wafer at a depth close to the average penetration depth of said ions, a layer of gaseous microbubbles defining in the volume of said wafer a lower region constituting a majority of the substrate and an upper region constituting the thin semiconduc-tor material film, the ions consisting of hydrogen gas ions and, wherein the temperature of the wafer during implantation is kept below the temperature at which the gas produced the implanted ions can escape from the semiconductor by diffusion;

   a second stage of intimately contacting the planar face of said wafer with a stiffener constituted by at least one rigid material layer,

   a third stage of thermally treating the assembly of said wafer and said stiffener at a temperature above that at which the ion bombardment takes place and adequate to create by a crystalline rearrangement effect in the wafer, a coalescence of hydrogen microbubbles and a pressure effect in the hydrogen microbubbles, a sepa-ration between the thin semiconductor material film and the majority of the substrate, the stiffener and the planar face of the wafer being kept in intimate contact during said stage.

33. Process for the preparation of thin semiconductor material films according to claim 32, wherein the stage of implanting ions in the semiconductor material takes place through one or more layers of materials having a nature and thickness such that they can be traversed by the ions.

34. Process for the preparation of thin semiconductor material films according to claim 32, wherein the semicon-ductor material comprises a group IV semiconductor.

35. Process for the preparation of thin semiconductor material films according to claim 32, wherein the semicon-ductor material wafer comrises silicon.

36. Process for the preparation of thin semiconductor material films according to claim 32, wherein the semicon-ductor material wafer comrises germanium.

37. Process for the preparation of thin semiconductor material films according to claim 32, wherein the semicon-ductor material wafer comrises a silicon-germanium alloy.

**10**

38. Process for the preparation of thin semiconductor material films according to claim 32, wherein the semicon-ductor material wafer comrises silicon carbide.

39. Process for the preparation of thin semiconductor material films according to claim 32, wherein implantation takes place through an encapsulating thermal silicon oxide layer.

40. Process for the preparation of thin semiconductor material films according to claim 32, wherein the stiffener comprises a silicon wafer covered by at least one silicon oxide layer.

41. Process for the preparation of thin semiconductor material films according to claim 32, wherein the second stage of intimately contacting the planar face of said wafer with a stiffener takes place by applying an electrostatic pressure.

42. Process for the preparation of thin semiconductor material films according to claim 32, wherein the stiffener is deposited by one or more methods from within the group consisting of evaporation, sputtering, and chemical vapor deposition with or without plasma assistance or photon assistance.

43. Process for the preparation of thin semiconductor material films according to claim 32, wherein the stiffener is bonded to said wafer by means of an adhesive substance.

44. Process for the preparation of thin semiconductor material films according to claim 32, wherein the stiffener is made to adhere to the wafer by a treatment favoring inter-atomic bonds.

45. Process for the preparation of thin semiconductor material films according to claim 32, which further com-prises cleaving the thin semiconductor material film from the substrate.

46. Process for the preparation of thin films according to claim 32, wherein the thin semiconductor material film is formed as a continuous film of semiconductor material.

47. Process for the preparation of thin semiconductor material films, wherein the process comprises subjecting a semiconductor material wafer having a planar face and whose plane is substantially parallel to a principal crystal-lographic plane, to the three following stages:

   a first stage of implantation by hydrogen ion bombard-ment of the face of said wafer so as to create in the volume of said wafer at a depth close to the average penetration depth of said ions, a layer of gaseous hydrogen microbubbles defining in the volume of said wafer a lower region constituting a majority of the substrate and an upper region constituting the thin semiconductor material film, wherein the temperature of the wafer during implantation is kept below the temperature at which the gas produced by the implanted ions can escape from the semiconductor by diffusion;

   a second stage of intimately contacting the planar face of said wafer with a stiffener constituted by at least one rigid material layer, and

   a third stage of thermally treating the assembly of said wafer and said stiffener at a temperature above that at which the ion bombardment takes place and adequate to create by a crystalline rearrangement effect in the wafer and a pressure effect in the microbubbles, a separation between the thin semiconductor material film and the majority of the substrate, the stiffener and the planar face of the wafer being kept in intimate contact during said stage.

48. Process for the preparation of thin semiconductor material films according to claim 47, wherein the stage of

US RE39,484 E

11

implanting ions in the semiconductor material takes place through one or more layers of materials having a nature and thickness such that they can be traversed by the ions.

49. Process for the preparation of thin semiconductor material films according to claim 47, wherein the semiconductor material comprises a group IV semiconductor.

50. Process for the preparation of thin semiconductor material films according to claim 47, wherein the semiconductor material wafer comprises silicon.

51. Process for the preparation of thin semiconductor material films according to claim 47, wherein the semiconductor material wafer comprises germanium.

52. Process for the preparation of thin semiconductor material films according to claim 47, wherein the semiconductor material wafer comprises a silicon-germanium alloy.

53. Process for the preparation of thin semiconductor material films according to claim 47, wherein the semiconductor material wafer comprises silicon carbide.

54. Process for the preparation of thin semiconductor material films according to claim 47, wherein implantation takes place through an encapsulating thermal silicon oxide layer.

55. Process for the preparation of thin semiconductor material films according to claim 47, wherein the stiffener comprises a silicon wafer covered by at least one silicon oxide layer.

56. Process for the preparation of thin semiconductor material films according to claim 47, wherein the second stage of intimately contacting the planar face of said wafer with a stiffener takes place by applying an electrostatic pressure.

57. Process for the preparation of thin semiconductor material films according to claim 47, wherein the stiffener is deposited by one or more methods from within the group consisting of evaporation, sputtering, and chemical vapor deposition with or without plasma assistance or photon assistance.

58. Process for the preparation of thin semiconductor material films according to claim 47, wherein the stiffener is bonded to said wafer by means of an adhesive substance.

59. Process for the preparation of thin semiconductor material films according to claim 47, wherein the stiffener is made to adhere to the wafer by a treatment favoring interatomic bonds.

60. Process for the preparation of thin semiconductor material films according to claim 47, which further comprises cleaving the thin semiconductor material film from the substrate.

61. Process for the preparation of thin films according to claim 47, wherein the thin semiconductor material film is formed as a continuous film of semiconductor material.

62. Process for the preparation of thin semiconductor material films, wherein the process comprises subjecting a semiconductor material wafer having a planar face and whose plane is substantially parallel to a principal crystallographic plane, to the three following stages:

a first stage of implantation by ion bombardment of the face of said wafer by means of hydrogen ions creating,

12

by electronic braking in the wafer, in the volume of said wafer at a depth close to the average penetration depth of said ions, a layer of gaseous hydrogen microbubbles defining in the volume of said wafer a lower region constituting a majority of the substrate and an upper region constituting the thin semiconductor material film, wherein the temperature of the wafer during implantation is kept below the temperature at which the gas produced by the implanted ions can escape from the semiconductor by diffusion;

a second stage of intimately contacting the planar face of said wafer with a stiffener constituted by at least one rigid material layer,

a third stage of thermally treating the assembly of said wafer and said stiffener at a temperature above that at which the ion bombardment takes place and adequate to create by a crystalline rearrangement effect in the wafer and a coalescence of hydrogen microbubbles and a pressure effect in the hydrogen microbubbles, a separation between the thin semiconductor material film and the majority of the substrate, the stiffener and the planar face of the wafer being kept in intimate contact during said stage.

63. Process for the preparation of thin semiconductor material films according to claim 62, which further comprises cleaving the thin semiconductor material film from the substrate.

64. Process for the preparation of thin semiconductor material films according to claim 62, wherein the semiconductor material comprises silicon.

65. Process for the preparation of thin semiconductor material films according to claim 64, wherein the thickness of the thin semiconductor material film increases with increasing hydrogen implantation energy.

66. Process for the preparation of thin semiconductor material films according to claim 65, wherein the implantation takes place through a layer of thermal silicon oxide layer.

67. Process for the preparation of thin semiconductor material films according to claim 62, wherein the semiconductor material wafer comprises a monocrystalline silicon wafer.

68. Process for the preparation of thin semiconductor material films according to claim 62, wherein the planar face of the monocrystalline silicon wafer is substantially parallel to a 1,0,0 crystallographic plane of the monocrystalline silicon wafer.

69. Process for the preparation of thin semiconductor material films according to claim 68, wherein the hydrogen microbubbles are distributed in vicinity of the 1,0,0 crystallographic plane.

70. Process for the preparation of thin semiconductor material films according to claim 69, which further comprises cleaving the thin semiconductor material film from the substrate along the 1,0,0 crystallographic plane.

*    *    *    *    *

# Exhibit 2

US006809009B2

(12) **United States Patent**
Aspar et al.

(10) Patent No.: **US 6,809,009 B2**
(45) Date of Patent: **Oct. 26, 2004**

(54) **METHOD OF PRODUCING A THIN LAYER OF SEMICONDUCTOR MATERIAL**

(75) Inventors: **Bernard Aspar**, Rives (FR); **Michel Bruel**, Veurey (FR); **Thierry Poumeyrol**, Vaulnaveys-le-haut (FR)

(73) Assignee: **Commissariat a l'Energie Atomique** (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/777,516**

(22) Filed: **Feb. 6, 2001**

(65) **Prior Publication Data**

US 2001/0007789 A1 Jul. 12, 2001

**Related U.S. Application Data**

(63) Continuation of application No. 09/299,683, filed on Apr. 26, 1999, now Pat. No. 6,225,192, which is a continuation of application No. 08/856,275, filed on May 14, 1997, now Pat. No. 6,020,252.

(30) **Foreign Application Priority Data**

May 15, 1996  (FR) ............................................ 96 06086

(51) Int. Cl.[7] ............................................ **H01L 21/302**
(52) U.S. Cl. ........................................ **438/459**; 438/977
(58) Field of Search ................. 257/E21.568; 438/460, 438/455, 458, 459, 406, 977, FOR 485; 148/DIG. 12

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,179,324 A | 12/1979 | Kirkpatrick | 156/230 |
| 4,704,302 A | 11/1987 | Bruel et al. | |
| 4,931,405 A | 6/1990 | Kamijo et al. | 437/12 |
| 5,034,343 A | 7/1991 | Rouse et al. | 437/86 |
| 5,110,748 A | 5/1992 | Sarma | 437/51 |
| 5,198,371 A | 3/1993 | Li | 437/11 |
| 5,234,535 A | 8/1993 | Beyer et al. | |

| | | | |
|---|---|---|---|
| 5,250,446 A | 10/1993 | Osowa et al. | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0355913 | 2/1990 | |
| EP | 0504714 | 9/1992 | |
| EP | 533551 A1 | 9/1992 | ........ H01L/21/265 |
| EP | 665588 A1 | 1/1995 | ........... H01L/21/20 |
| EP | 0 660 140 | 6/1995 | |
| EP | 0703 609 | 3/1996 | |
| EP | 703609 A1 | 3/1996 | ........ H01L/21/762 |
| FR | 2681472 | 9/1991 | ........ H01L/21/265 |
| FR | 2725074 | 3/1996 | |
| GB | 2 211 991 | 7/1989 | |
| JP | 53-104156 | 9/1978 | ........ H01L/21/322 |
| JP | 59-54217 | 3/1984 | ........... H01L/21/20 |
| WO | WO95/20824 | 8/1995 | |

OTHER PUBLICATIONS

"Hydrogen–Related Complexes as the Stressing Species in High–Fluence, Hydrogen–Implanted Single–Crystal Silicon" Cerofollni et al., *Physical Review B*, vol. 46, No. 4, 1992, pp. 2061–2070.

(List continued on next page.)

*Primary Examiner*—George Fourson
(74) *Attorney, Agent, or Firm*—Hayes Soloway P.C.

(57) **ABSTRACT**

The invention relates to a method of producing a thin layer of semiconductor material including:

a step of implanting ions through a flat face (2) of a semiconductor wafer in order to create a layer of microcavities, the ion dose being within a specific range in order to avoid the formation of blisters on the flat face,

a thermal treatment step in order to achieve coalescence of the microcavities

a possibly, a step of creating at least one electronic component (5) in the thin layer (6),

a separation step of separating the thin layer (6) from the rest (7) of the wafer.

**16 Claims, 2 Drawing Sheets**



**US 6,809,009 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,256,581 | A | | 10/1993 | Foerstner et al. ................ 437/24 |
| 5,310,446 | A | | 5/1994 | Konishi et al. ................. 117/58 |
| 5,374,564 | A | * | 12/1994 | Bruel .......................... 438/455 |
| 5,413,951 | A | | 5/1995 | Ohori et al. ................... 437/61 |
| 5,494,835 | A | * | 2/1996 | Bruel .......................... 156/250 |
| 5,524,339 | A | | 6/1996 | Gorowitz et al. .............. 29/841 |
| 5,559,043 | A | | 9/1996 | Bruel .......................... 437/24 |
| 5,567,654 | A | | 10/1996 | Beilstein, Jr. et al. ........ 437/209 |
| 5,618,739 | A | | 4/1997 | Takahashi et al. ........ 438/158 |
| 5,622,896 | A | | 4/1997 | Knotter et al. .............. 438/123 |
| 5,633,174 | A | | 5/1997 | Li |
| 5,661,333 | A | | 8/1997 | Bruel et al. ................. 257/618 |
| 5,714,395 | A | * | 2/1998 | Bruel .......................... 438/528 |
| 5,804,086 | A | * | 9/1998 | Bruel .......................... 216/33 |
| 5,817,368 | A | | 10/1998 | Hashimoto |
| 5,863,830 | A | * | 1/1999 | Bruel et al. ................. 438/478 |
| 5,863,832 | A | * | 1/1999 | Doyle et al. ................. 438/622 |
| 5,897,331 | A | | 4/1999 | Sopori |
| 5,993,677 | A | * | 11/1999 | Biasse et al. ................ 216/36 |
| 6,020,252 | A | | 2/2000 | Aspar et al. ................ 438/458 |
| 6,048,411 | A | * | 4/2000 | Henley et al. .............. 148/33.5 |
| 6,294,478 | B1 | * | 9/2001 | Sakaguchi et al. .......... 438/753 |
| 2004/0029358 | A1 | * | 2/2004 | Park et al. .................. 438/458 |

## OTHER PUBLICATIONS

"Crystallographic Nature and Formation Mechanisms of Highly Irregular Structure in Implanted and Annealed SI Layers" Komarov et al., *Radiation Effects*, vol. 42, 1979, pp. 169–178.

"Observation of Blistering and Amorphization on Germanium Surface After 450 KeV Ar*ION Bombardment" Kamada et al, *Radiation Effects*, vol. 28, 1976, pp. 43–48.

."Orientation Dependence of Flaking of Ion Irradiated Aluminum Single Crystals" Ono et al., *Japanese Journal of Applied Physics*, vol. 15, No. 10, 1986, pp. 1475–1480.

"High Fluence Retention of Noble Gases Implanted in Silicon" Wittmaack et al., *Radiation Effects*, vol. 39, 1978, pp. 81–95.

"Application of Ion Beams to Materials, 1975" Carter et al., Inst. Phys. Conf. Ser. No. 28, Capter 1, 1976, pp. 30–36.

Ascheron, C., "A Comparative Study of Swelling, Radiation, Strain and Radiation Damage of High–Energy Proton–bombarded GaAs, GaP, InP, Si and Ge Single Crystals, Nuclear Instruments and Methods in Physics Research" B36(1989) 163?172.

Ascheron, C., "A Study of Proton Bombardment Induced Swelling of GaP Single Crystals" phys. stat. sol. (a) 92, 169 (1985).

Ascheron, C., "Gettering of Copper in Proton–and Helium–Bombarded Buried Regions of Gallium Phosphide" Phys. stat. sol. (a) 106, 73 (1988).

Ascheron, C., "Investigations of Hydrogen Implanted GaP Single Crystals by Means of Particle Induced ?–Spectroscopy, Infrared Spectroscopy, and Turyherford Backscattering Channeling Technique" phys. stat. sol. (a) 89, 549 (1985).

Ascheron, C., "Proton Beam Modification of Selected AII–IBV Compounds" phys. stat. sol. (a) 124, 11 (1991).

Ascheron, C., "Swelling, Strain, and Radiation Damage of He+ Implanted GaP" phys. stat. sol. (a) 96, 555 (1986).

Asheron, C., "The Effect of Hydrogen Implantation Induced Stress on GaP Single Crystals" Nuclear Instruments and Methods in Physics Research B28 (1987) 350–359.

Bruel, M., "Silicon–On–Insulator" European Semiconductor, Mar. 1997.

Cassidy, Victor M., "Ion Implantation Process Toughens Metalworking Tools," Modern Metals, pp. 65–67, 1984.

Chu et al, "Radiation Damage of 50–250 keV Hydrogen Ions in Silicon", Ion Implantation in Semiconductors, eds. F. Chernob et al., Plenum New York 1976, pp. 483–492.

Chu, P. K. et al., Plasma Immersion Ion Implantation–A Fledgling Technique for Semiconductor Processing, Materials Science and Engineering Reports: A Review Journal, pp. 207–280, vol R17, Nos. 6–7, Nov. 30, 1996.

Chu, Kastle, Lever, Mader and Masters, S, Radiative Recombination Channels due to Hydrogen in Crystalling Silicon, Canham, Dyball Leong, Houlton, Cullis and Smith, Materials Science and Engineering, B4 (1989), pp. 41–45. Ion Implantation in Semiconductor 1976, Chernow, Borders, Pirnum Press, New York and London, Radiation Damage of 50–250 keV Hydrogen Ions in Silicon, pp. 483–391.

Cullis, A.G., T.E. Seidel and R.L. Meek "Comparative study of annealed neon–, argon–, and krypton–ion implantation damage in silicon," J. Appl. Phys., 49(10), pp. 5188–5198, Oct. 1978.

EerNisse, E., "Compaction of ion–implanted fused silica" Journal of Applied Physics, vol. 45, No. 1, Jan. 1974.

EerNisse, E.P., "Role of Integrated Lateral Stress In Surface Deformation of He– implanted Surfaces" Journal of Applied Physics, vol. 48, No. 1, Jan. 1977.

Evans, J.H., "An Interbubble Fracture Mechanism Of Blister Formation On Helium–Irradiated Metals" Journal of Nuclear Materials 68(1977) 129–140.

Menko, N., "Infrared Absorption of Silicon Irradiated by Protons" phys. stat.sol. (b) 90, 689 (1978).

Gerasimenko, N., "Infrared Absorption of Silicon Irradiated by Protons" phys. stat.sol (b) 90, 689 (1978).

Greenwald, A.C., "Pulsed–electron–beam annealing of ion–implantation damage" J. Appl. Phys. 50(2), Feb. 1978.

Grovenor, C.R.M., Microelectronic Materials, pp. 73–75 (1989).

Haisma et al., Silicon–on–Insulator Wafer Bonding–Wafer Thinning Technological Evaluations, Japanese Journal of Applied Physics, 28(1989), Aug., No. 8, Part 1, Tokyo, Japan, pp. 1426–1443.

Hamaguchi et al., Device Layer Transfer Technique using ChemI–Mechanical Polishing, Japanese Journal of Applied Physics, 23(1984), Oct., No. 10, Part 2, Tokyo, Japan, pp. L815–L817.

Helium Bubble and Blister Formation for Nickel and An AMorphous Fe–Ni–Mo–B Alloy During 5 keV He+–Irradiation at Temperatures Between 200 K and 600 K, Swijgenhoven, Stals and Knuyt, Nuclear Instruments and Methods 209/210 (1983) pp. 461–468.

Hulett, D.M. et al., "Ion Nitriding and Ion Implantation: A Comparison," Metal Progress, pp. 18–21, 1985.

Japan Applied Physics; 64(8); Oct. 15, 1988; pp. 3972–3974.

Johnson, P.B., "High Fluence Deuteron Bombardment of Silicon" Radiation Effect 1977, vol. 32 pp. 159–167.

"Isolation by Inert Ion Implantation" IBM Technical Disclosure Bulletin vol. 29, No. 3, Aug., 1986, p. 1416.

Klem, J. F., Characteristics of Lift–Off Fabricated AlGaAs/ InGaAs Single–Strained–Quantum Well Structures On Glass and Silicon Substrates, Inst. Phys. Conf. Ser. No. 96: Chapter 6, pp. 387–392 (1989).

**US 6,809,009 B2**

Page 3

Li, J., "Novel Semiconductor Substrate Formed by Hydrogen Ion Implantation into Silicon," Appl. Phys. Lett., vol. 55, No. 21, pp. 2223–2224, Nov. 20, 1989.

Ligeon, E., "Hydrogen Implantation in Silicon Between 1.5 and 60 KeV" Radiation Effects 1976, vol. 27, pp. 129–137.

Manuaba, A., "Comparative Study on Fe32Ni36Cr14P12B 6 Metallic Glass and its Polycrystalline Modification bombarded by 2000 keV Helium Ions with High Fluence" Nuclear Instruments and Methods 199 (1982) 409–419.

Matsuda et al., "Large Diameter Ion Beam Implantation System," Nuclear Instruments and Methods, vol. B21, pp. 314–316, 1987.

Mishima, Y. and T. Yagishita, T. "Investigation of the bubble formation mechanism in a Si:H Films by Fourier–transform infrared mirospectroscopy" J. Appl. Phys., vol. 64, No. 8, Oct. 15, 1988.

Miyagawa, S., "Helium remission during implantation of silicon carbide" J. Appl. Phys. 54 (5), May 1983.

Miyagawa, S., "Surface structure of silicon carbide irradiated with helium ions with monoenery and continuous energy distributions" J. Appl. Phys. 53(12), Dec. 1982, pp. 8697–8705.

Moreau, Wayne M., "Semiconductor Lithography, Principles, Practices, and Materials," Plenum Press, 1988. Table of Contents only.

Moriceau, H. et al, A New Characterization Process Used to Qualify SOI Films 1991 pp. 173–178.

Myers, D. R., The effects of ion–implantation damage on the first–order Raman Spectra of GaPa) J. Appl. Phys. 54(9), Sep. 19??.

Neethling, J.H. et al., Identification of Hydrogen Platelets in Proton–Bombarded GaAs, 1985, pp. 941?–945.

Paszti, F., "Flaking and Wave–Like Structure on Metallic Glasses Induced by MeV–Energy Helium Ions" Nuclear Instruments and Methods 209/210(1983) 273–280.

Picraux, S. Thomas et al., "Ion Implantation of Surfaces," Scientific American, vol. 252, No. 3, pp. 102–113 1985.

Primak, W., "Impurity Effect in the Ionization Dilation of Vitreous Silica" J. Appl. Phys. 39(13) 1968.

Renier, M. et al., "A New Low–Engergy Ion Implanter for Bombardment of Cylindrical Surfaces," Vacuum, vol. 35, No. 12, pp. 577–578, 1985.

Roth, J., "Blistering and Bubble Formation" Inst. Phys. Conf. Ser. No 28 © 1976: Chapter 7.

Sah, Chih–Tang et al., "Deactivation of the Boron Acceptor in Silicon by Hydrogen," Appl. Phys. Lett. 43(2), Jul. 1983, pp. 204–206.

Sioshansi, Piran, "Ion Beam Modification of Materials for Industry," Thin Solid Film, vol. 118, pp. 61–71, 1984.

Snyman, H. C., "Transmission Electron Microscopy of Extended Crystal Defects in Proton Bombarded and Annealed GaAs" Radiation Effects, 1983, vol. 69, pp. 199–230.

Snyman, H. C., "Void formation in annealed proton–bombarded GaAs".

Stephan, D., "Investigation of Lattice Strain in Proton–Irradiated GaP by a Modified Auleytner Technique" phys. stat. sol. (a) 87, pp. 589;596 (1985).

Sze, S.M., VLSI Technology, 2.sup.nd Ed., pp. 9–10 (1988).

Tzeng, J.C., "A Novel Self–Aligned Oxygen (Salox) Implanted SOI Mosfet Device Structure" Nuclear Instruments and Methods in Physics Research B2, pp. 112–115 (1987).

U.S. Dept. of Energy, "The Fusion Connection: . . . ", Plasma Coating, pp. 6–7, 1985.

Veldkamp, W.B. et al., "Binary Optics," Scientific American, pp. 50–55, May 1992.

Wemple, S.H., "Optical and channeling studies of ion–bombarded GaP" J. Appl. Phys., vol. 45, No. 4, Apr. 1974.

Wolf, Stanley Ph.D., Silicon Processing for the VLSI Era (vol. 2), pp. 66–79, Lattice Press, 1990.

EerNisse, E.P. et al, "Role of integrated laterial stress In surfaces deformation of He–implanted surfaces," Journal of Applied Physics, vol. 48, No. 1, Jan. 1997, pp. 9–17.

Evans, J.H., "An interbubble fracture mechanism of blister formation on Heluim–Irradiated Metals," Journal of Nuclear Materials, vol. 68, 1997, pp. 129–140.

Roth, J., "Blistering and bubble formation," Inst. Phys. Conf. Ser., No. 28, 1976, pp. 280–293.

Ligeon, E. et al., "Hydrogen Implantation in Silicon Between 1.5 and 60 KeV," Radiation Effects, Col. 27, 1976, pp. 129–137.

Ascheron, C. et al., "Gellering a Copper in Proton–and Helium–Bombarded Buried Regions of Gallium Phosphide,", Phys. Stat. So. (a), 106, 73, 1988, pp. 73–79.

Ascheron, C. et al., "A comparative study of Swelling, Strain and Radiation damage of High–Energy Proton–Bombarded GaAs, GaP, InP, Si and Ge Single Crystals," Nuclear Instructions and Methods In Physics Research, B36, 1989, pp. 163–172.

Ascheron, C. et al., "Proton Beam Modification of Selected A–III B–v Compounds," Phys. Stat. Sol. (a), 124, 11, 1991 pp. 10–55.

DiCioccio, et al., Silicon carbide on Insulator formation using the Smart_Cut process, Electronics Letters, vol. 32, No. 12, Jun. 6, 1996, pp. 144–145.

Ascheron, C. et al, The Effect of Hydrogen Implantation Induced Stress on GaP Single Crystals, Nuclear Instruments & Methods in Physics Research, B28, 1987, pp. 350–359.

Bruel, Michel, "Application of hydrogen ion beams to Silicon on Insulator material technology", Nuclear Instruments and Methods in Physics Research, B108, 1996, pp. 313–319.

Auberton–Herve, A.J. et al, "SOI Materials for ULSI Applications", Semiconductor International, Oct. 1995, 5 pps.

Cristoloveanu, S. et al, "Electrical Properties of Unibond Material", Electrochemical Society Proceedings, vol. 96–3, pp. 142–147.

Maleville, C. et al, "Physical Phenomena involved in the Smart–Cut Process", Electrochemical Society Proceeding, vol. 96–3, pp. 34–46.

Chu et al, "Radiation Damage of 50–250 keV Hydrogen Ions in Silicon", Ion Implantation in Semiconductors, eds. F. Chernob et al., Plenum New York 1976, pp. 483–492.

Johnson, "High Fluence Deuteron Bombardment of Silicon", Radiation Effects, vol. 32, pp. 159–167.

Aspar, B. et al, "Characterization of SOI substrates: Application to Recent SIMOX and Unibond Wafers," Electrochemical Society Proceedings, vol. 96–3, pp. 99–111.

Bruel, M. et al, "Smart–Cut—a new SOI Material Technology based on hydrogen implantation an wafer bonding" CEA 1996, 24 pages.

Bruel, M. et al, "Smart–Cut": A promising New SOI material technology, Proceedings 1999 IEEE, International SOI Conference, Oct. 1995, pp. 178–179.

US 6,809,009 B2

Page 4

Ascheron, et al, Swelling, Strain, and Radiation Damage of He+ Implanted GaP, Phys.Stat.Sol.(a) 96, pp. 555–562, 1986.

Silicon–On–Insulator, *European Semiconductor*, Mar, 1997, pp. 17 and 18.

Aspar et al., *SMART–CUT ®: The basic fabrication process for UNIBOND ° SOI wafers, SEMI* 1996, pp. 37–46.

Klem et al., *Characteristics of lift–off fabricated AlGaAs/InGaAs single–strained quantum well structures on glass and silicon substrates, Inst. Phys. Conf.,* Ser. No. 96: Chapter 6, pp. 387–392.

Hamaguchi et al., *Devices Layer Transfer Technique using Chemi–Mechnical Polishing, Japanese Journal of Applied Physics,* 23(1984), Oct., No. 10, Part 2, Tokyo, Japan, pp. L815–L817.

Haisma et al., *Silicon–on–Insulator Wafer Bonding–Wafer Thinning Technological Evaluations, Japanese Journal of Applied Physics,* 28(1989), Aug., No. 8, Part 1, Tokyo, Japan, pp. 1426–1443.

W.K. Chu, et al Radiation Damage of 50–250 keV Hydrogen Ions in Silicon Date Unknown.

William Primak et al Impurity Effect in the Ionization Dilatation of Vitreeous Silica 1967.

Errol P. EerNisse, Compaction of Ion–Implanted Fused Silica, 1973.

S.H. Wemple et al., Optical and Channeling Studies of Ion–Bombarded GaP, 1973, pp. 1578–1588.

E.P. EerNisse et al., Role of Intergrated Lateral Stress in Surface Deformation of H–Implanted Surfaces, 1976, pp. 9–17.

J.H. Evans, An Interbubble Fracture Mechanism of Blister Formation on Helium–Trradiated Metals, 1977, pp. 129–140.

N..N. Gerasimenko et al., Infrared Absorption of Silican Irrsdiated By Protons, 1978 pp. 689–695.

A.C. Greenwalrd et al., Pulse–Electron–Beam Annealing of Ion Implantation Damage, 1978 pp. 783–786.

H.C. Snyman et al., Viod Formation in Annealed Proton–BombardedGaAs, 1981, pp. 243–245.

S. Miyagawa et al., Helium Reemission During Implantation of Silicon Carbide, 1982, pp. 2302–2306.

A. Manuaba et al., Comparative Study Of Fe32Ni36Cr14P12B6 Metallic Glass and Its Polycrystalline Modification Bombarded by 2000 keV Helium Ions With High Fluence 1982, pp. 409–419.

S. Miyagawa et al., Surface Structure of Silicon Carbide Irradiated with Helium Ions with Monoenergy and Continuous Energy Distributions, 1982, pp. 8697–8705.

H.C. Snyman et al., Transmission Electron Microscopy of Extended Crystal Defects in Proton Bombarded and Annealed GaAs, 1982, pp. 199–230.

D.R. Myers et al., The Effects of Ion–Implantation Damage on the First–Order Taman Spectra of GaPa, 1983, pp. 5032–5038.

F. Paszti et al., Flaking and Wave–Like Structure on Metallic Glasses Induced by MeV–Energy Helium Ions, 1983 pp. 273–280.

C. Ascheron et al., Proton Bombardment Induced Swelling of GaP, 1985, pp. 169–176.

C. Ascheron et al., Investigation of Hydrogen Implanted GaP Crystals, 1985, pp. 549–557.

J.H. Nethling et al., Identification of Hydrogen Platelets in Proton–Bombarded GaAs, 1985, pp. 941–945.

D. Stephan et al., Investigation of Lattice Strain in Proton–Trradiated GaP by a Modified Auleytner Technique, 1985, pp. 589–596.

J.C. Tzeng et al., A Novel Self–Aligned Oxygen (SALOX) Implanted SOI MOSFET Device Structure, 1985, pp. 112–115.

IBM Technical Disclosure Bulletin, Isolation by Inert Ion Implantation, 1986, vol. 29, No. 3.

J. Haisma et al., Silicon–On–Insulator Wafer Binding–Wafer Thinning Technological Evaluations, 1989, pp. 1426–1443.

Jianming Li, Novel Semiconductor Substrate Formed by Hydrogen Ion Implantation Into Silicon, 1989, pp. 2223–2224.

H. Moriceau et al, A New Characterization Process Used to Qualify SOI Films, 1991 pp. 173–178.

A.J. Auberton–Herve et al., SOI Materials For ULSI Application, 1995.

M. Bruel et al., "SMART–CUT": A Promising New SOI Material Technology, 1995, pp. 178–179.

M. Bruel et al., "SMART–CUT": A Promising New Material Technology, 1995, pp. 178–179.

B. Aspar et al, Transfer of Structured and Patterned Thin Silicon Films Using the SMART–CUT Process, 1996, pp. 1985–1986.

A.J. Auberton–Herve et al, A New SOI Material: SMART–CUT, 1996, pp. 214–219.

Michel Bruel, SMART–CUT Process: The Way to Unibond S.O.I. Wafers, 1996 (pages Unknown).

Leti OutLine–A New SOI Material Technology, 1996 (Author Unknown), (pages Unknown).

B. Aspar, Basic Mechanisms Involved in the SMART–CUT Process, 1997, pp. 223–240.

Michel Bruel et al, SMART–CUT: A New Silicon on Insulator Material Technology Based on Hydrogen Implantation and Wafer Bonding, 1997, pp. 1636–164, cOL. 36, Part 1, No. 3B.

L Di Cioccio et al, Silicon Carbide on Insulator Formation by the SMART–CUT Process, 1997 pp. 349–356.

Christophe Maleville et al, Wafer Bonding and H–Impantation Mechanisms Involved in the SMART–CUT Technology, 1997, pp. 14–19.

H. Moriceau et al, The SMART–CUT Process as a Way to Chieve Specific Film Thickness in SOI Structures, 1997, pp. (Unknown).

D. Munteanu et al, Detailed Characterization of Unibond Material, 1997, pp. 395–398.

Comparative study of annealed neon–, argon–, and krypton–ion implantation damage in silicon, A.G. Cullis, T. E. Seidel and R.L. Meck, J. Appl. Phys. 49(10) Oct. 1978, pp. 5188–5198.

Equilibrium Shape of Si, Eaglesham, White, Feldman, Moriya nd Jacobson, Physical Review Letters, vol. 70, No. 11, Mar. 15, 1993, pp. 1643–1646.

La Formation Des Cloques, Saint–Jacques, Nuclear Instruments and Methods 209/210 (1983), pp. 333–343.

Hydrogen Interaction with phosphorus ion implanted silicon, Tonini, Monelli, Corni, Ottaviani, Frabboni, Canteri, Queirolo Ion Implantation Technology–94, pp. 801–804.

**US 6,809,009 B2**

Page 5

Helium Bubble and Blister Formation for Nickel and An AMorphous Fe–Ni–Mo–B Alloy During 5 keV He+–Irradiation at Temperatures Between 200 K and 600 K, Swijgenhoven, Stals and Knuyt, Nuclear Instruments and Methods 209/210 (1983) pp. 461–468.

Infrared Spectroscopy of chemically bonded hydrogen at voids and defects in silicon, Stein, Myers and Follstaedt, J. Appl. Phys. 73(b6), Mar. 15, 1993, pp. 2755–2764.

Silicon–on–insulator produced by helium implantation and thermal oxidation, Raineri, Campisano, Appl. Phys. Lett. 66 (26), Jun. 26, 1995, pp. 3654–3656.

Radiative Recomination Channels due to Hydrogen in Crystalline Silicon, Canham, Dyball, Leong, Houlton, Cullis and Smith, Mterials Science and Engineering, B4 (1989) pp. 41–45.

Ion Implantation In Semiconductors 1976, Chernow, Borders and Brice, Pirnum Press, New York and London, Radiation Damage of 50–250 keV Hydrogen Ions in Silicon, Chu, Kastle, Lever, Mader and Masters, S, pp. 483–491.

"Silicon on insulator Material Technology" Bruel, M. Electronic Letters; 31 (1995) Jul. 6; No. 14; pp. 1201–1202.

"Investigation of the Bubble Formation Mechanism in a–Si:H films by Fourier–transform infrared microspectroscopy" Mishima et al Japan Allied Physics; 64(8); Oct. 15, 1988; pp. 3972–3974.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

US 6,809,009 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# METHOD OF PRODUCING A THIN LAYER OF SEMICONDUCTOR MATERIAL

This application is continuation of prior U.S. application Ser. No. 09/299,683 filed Apr. 26, 1999, now U.S. Pat. No. 6,225,192 granted May 1, 2001, which in turn is a continuation of U.S. application Ser. No. 08/856,275 filed May 14, 1997, now U.S. Pat. No. 6,020,252.

This invention relates to a method of producing a thin layer of semiconductor material. The thin layer produced can possibly be provided with electronic components.

The invention permits the production of thin layers of either monocrystalline or polycrystalline or even amorphous semiconductor and, for example the production of substrates of the Silicon on Insulator type or the production of self-supporting thin layers of monocrystalline semiconductor. Electronic circuits and/or microstructures can be either completely or in part created in these layers or in these substrates.

It is known that implanting ions of a rare gas or of hydrogen in a semiconductor material induces the formation of microcavities at a depth proximate to the mean penetration depth of the ions. The document FR-A-2 681 472 discloses a method which uses this property in order to obtain a thin film of semiconductor. This method consists of subjecting a wafer of the desired semiconductor material that includes a flat face, to the following steps:

a first implantation step by bombarding the flat face of the wafer with ions creating, within the volume of the wafer and at a depth proximate to the penetration depth of the ions, a layer of microcavities separating the wafer into a lower region constituting the mass of the substrate and an upper region constituting the thin film, the ions being chosen from among the ions of rare gases or of hydrogen gas and the temperature of the wafer being maintained below the temperature at which the implanted ions can escape from the semiconductor by diffusion;

a second step of bringing the flat face of the wafer into close contact with a support made up of at least one layer of rigid material. This close contact may be created, for example using an adhesive substance, or by the effect of a preliminary preparation of the surfaces and possibly a thermal and/or electrostatic treatment in order to promote interatomic bonding between the support and the wafer;

a third step of thermal treatment of the wafer-support assembly at a temperature greater than the temperature at which the implantation was carried out and sufficient to create, through a crystal rearrangement effect in the wafer and through the pressure of the microcavities, a separation between the thin film and the mass of the substrate. This temperature is, for example 500° C. for silicon.

This implantation is capable of creating a layer of gaseous microbubbles. This layer of microbubbles thus created within the volume of the wafer, at a depth proximate to the mean penetration depth of the ions demarcates, within the volume of the wafer, two regions separated by this layer one region intended to constitute the thin film and one region forming the rest of the substrate.

According to the implantation conditions, after implantation of a gas, such as, for example hydrogen, cavities or microbubbles may or may not be observable by transmission electronic microscopy. In the case of silicon, it can be obtained microcavities, the size of which can vary from a few nm to several hundreds of nm. Hence, particularly when

the implantation temperature is low, these cavities are only observable during the thermal treatment stage, a step during which nucleation is brought about in order to end up with the coalescence of the microcavities at the end of the thermal treatment.

The method described in the document FR-A-2 681 472 does not allow the production of electronic circuits in or at the surface of the flat face of the wafer after the ion implantation step. Indeed, the creation of such circuits implies the carrying out of certain classic micro-electronics operations (diffusion annealing, deposition etc.) that require thermal treatment stages (typically from 400° C. to 700° C.) according to the steps for silicon. At these temperatures, blisters form on the surface of the flat face of the implanted wafer. By way of example, for an implantation of hydrogen ions at a dose of $5.10^{16}$ protons/cm$^2$ and at 100 keV energy in a silicon wafer, a thermal treatment carried out at 500° C. for 30 min. leads to degradation of 50% of the surface of the flat face of the wafer, this degradation resulting in the appearance of blisters and their bursting. It is then no longer possible to properly ensure that the flat face of the wafer is brought into close contact with the support (which will be called the applicator in the subsequent description) so as to detach the semiconductor layer from the rest of the wafer.

This phenomenon of the formation of blisters and craters in the surface of a silicon wafer implanted with hydrogen ions after annealing has been discussed in the article "Investigation of the bubble formation mechanism in a-Si:H films by Fourier-transform infrared microspectroscopy" by Y. Mishima and T. Yagishita, that appeared in the J. Appl. Phys. 64 (8), Oct. 15, 1988, pages 3972–3974.

This invention has been conceived in order to improve the method described in the document FR-A-2 681 472. After a step of ion implantation within a range or appropriate doses and before the separation step, it allows to carry out a thermal treatment of the part of the wafer corresponding to the future thin layer, in particular between 400° C. and 700° C. for silicon, without degrading the surface condition of the flat face of the wafer and without separation of the thin layer. This intermediate thermal treatment can form part of the operations for developing electronic components or can be applied for other reasons.

The invention is also applicable in the case where the thickness of the thin layer is sufficient to confer good mechanical characteristics on it, in which case it is not necessary to use an applicator in order to achieve the separation of the thin layer from the rest of the wafer, but where it is desired, despite everything, to avoid surface defects in the flat face.

Therefore an objective of the invention is a method of production of a thin layer of semiconductor material from a wafer of said material having a flat face, including an ion implantation step consisting of bombarding said flat face with ions chosen from among the ions of rare gases or of hydrogen, at a specific temperature and a specific dose in order to create, in a plane called a reference plane and situated at a depth proximate to the mean depth of penetration of the ions, microcavities, the method also including a subsequent thermal treatment step at a temperature sufficient to achieve separation of the wafer into two parts, across the reference plane, the part situated on the side of the flat face constituting the thin layer, characterised in that:

the ion implantation step is carried out with an ion dose between a minimum dose and a maximum dose, the minimum dose being that from which there will be sufficient creation of microcavities to obtain the

US 6,809,009 B2

3

embrittlement of the wafer along the reference plane, the maximum dose, or critical dose being that above which, during the thermal treatment step, there is separation of the wafer,

a separation step of separating the wafer into two parts, across the reference plane, is provided after or during the thermal treatment step, this separation step comprising the application of mechanical forces between the two parts of the wafer.

These mechanical forces can be tensile forces, shear forces or bending forces applied alone or in combination.

In the application, by microcavities, one understands cavities that can be of any form; for example, the cavities can be of a flat shape, that is to say of small height (a few interatomic distances) or of substantially spherical shape or any other different shape. These cavities can contain a free gaseous phase and/or atoms of gas arising from the implanted ions fixed to atoms of the material forming the walls of the cavities. In Anglo-Saxon terminology, these cavities are generally called "platelets", "microblisters" or even "bubbles".

The thermal treatment carried out with the purpose of achieving separation of the thin layer from the rest of the wafer, allows the microcavities to be brought to a stable state. Indeed, under the effect of temperature, the microcavities coalesce to reach a final definitive condition. Hence, the temperature is chosen in such a way that this condition is obtained.

According to document FR-A-2 681 472, the doses implanted are such that, under the effect of the thermal treatment, a layer of microcavities is obtained that allows the separation to be achieved directly.

According to this invention, the doses implanted are insufficient to achieve a separation during the thermal treatment, the doses implanted only allow an embrittlement of the wafer at the reference plane, the separation requires an extra step of applying mechanical forces. Furthermore, the critical dose, as defined in the invention, is less than the dose at which during the ion implantation and thermal treatment steps, there is blister formation on the flat face of the wafer. The problem of blisters does not therefore arise in the invention.

The method according to the invention can include, between the thermal treatment step and the separation step, a step consisting of producing all or part of at least one electronic component in the part of the wafer before forming the thin layer.

If the production of this electronic component requires phases of heat treatment, these are preferably carried out at a temperature below that of the thermal treatment.

If needed, just before the separation step, an extra step is provided, consisting of bringing said wafer, on the side of said flat face, into close contact with and rigidly fixing it to a support through which mechanical forces such as tensile and/or shearing forces will be applied.

This support can be a flexible support, for example a sheet of Kapton®. It can also be a rigid support such as a wafer of oxidised silicon.

The invention will be better understood and other advantages and features will become apparent on reading the description that follows, giving by way of a non-limitative example, in which:

FIG. 1 represents diagrammatically a wafer of semiconductor material, one face of which is being subjected to ion bombardment in application of the method according to this invention,

FIG. 2 represents diagrammatically the preceding wafer, at the end of the thermal treatment step intended to cause the microcavities to coalesce, according to this invention,

4

FIG. 3 represents diagrammatically the preceding wafer, after formation of electronic components in the part corresponding to the desired thin layer,

FIG. 4 represents diagrammatically the step of separating the preceding wafer into two parts, in accordance with this invention.

An important feature of this invention lies in the implantation of hydrogen or rare gas ions at a dose less than or equal to the dose above which there would be separation during the thermal treatment. The dose used is such that it permits embrittlement of the material at a depth $R_p$ corresponding to the mean distance travelled by the ions in the material, but the wafer remains sufficiently mechanically resistant to support all the thermal treatment steps necessary to produce the electronic circuits. In other terms, the implanted wafer has, in the area of the microcavities, solid bridges linking the part of the wafer designed to form the thin layer and the remaining part of the wafer.

The description is now going to be directed to the production of a thin layer of semiconductor material from a thick substrate having a flat face. The starting substrate may or may not be covered on this flat face with one or several layers of materials, such as, for example, encapsulating materials such as a dielectric.

FIG. 1 illustrates the ion implantation step of a wafer 1 of semiconductor material. The flat face 2 of the wafer receives the ionic bombardment represented by arrows. In the case where the flat face 2 of the wafer is covered with one or several non-semiconductor materials, the energy of the ions is chosen to be sufficient for them to penetrate into the mass of semiconductor material.

If the case arises, the thickness of the implanted semiconductor material must be such that all or part of electronic components and/or microstructures can be produced in the thin layer. By way of example, the mean penetration of hydrogen ions is 2 μm at 200 keV in silicon.

The ion implantation of these types of ions into the semiconductor substrate creates, at a depth proximate to the depth corresponding to the mean distance $R_p$ travelled by the ions along a perpendicular to the flat face, an area 3 with a high concentration of atoms giving rise to microcavities. For example, the maximum concentration of hydrogen is $10^{21}$ $H^-$/cm$^3$ for an implantation dose of $2.10^{16}$ $H^+$/cm$^2$ at 100 keV. This ion implantation step must be carried out at a temperature such that the implanted gas ions do not diffuse any great distance as the implantation step goes along. This would interfere with or ruin the formation of microcavities. For example, in the case of an implantation of hydrogen ions in silicon, the implantation will be carried out at a temperature below 350° C.

The implantation dose (number of ions received per unit surface area during the implantation period) is chosen in such a way that the dose is less than or equal to a dose, called the critical dose, such that, above this critical dose, during the subsequent thermal treatment step, there is separation of the thin layer from the rest of the wafer. In the case of implantation of hydrogen ions, this critical dose is of the order of $4.10^{16}$ $H^+$/cm$^2$ for an energy of 160 keV.

The implantation dose is also chosen to be greater than a minimum dose from which during the subsequent thermal treatment step, the formation of microcavities and the interaction between them is sufficient, that is to say it permits the embrittlement of the implanted material in the area of the microcavities 3. This means that solid bridges of semiconductor material still exist between the microcavities. In the case of an implantation of ions of hydrogen gas into a silicon substrate, this minimum dose is of the order of $1.10^{16}$/cm$^2$ at an energy of 100 keV.

US 6,809,009 B2

5

The following step of the method according to the invention consists of a thermal treatment of the wafer at a temperature that is sufficient to allow coalescence of the microcavities along the reference plane. In the case of an implantation, at a temperature below 350° C., of ions of hydrogen gas into a silicon substrate and a dose of $3.10^{16}$ $H^+/cm^2$ at an energy of 100 keV, after a thermal treatment of thirty minutes at 550° C., it is observed by transmission electronic microscopy in section, cavities of height equal to a few fractions of nanometers and with an extension, along the reference plane of several nanometers or indeed several tens of nanometers. This thermal treatment permits, at the same time, the precipitation and then stabilisation of the atoms of implanted gas in the form of microcavities.

The microcavities 4 (see FIG. 2) occupy, along the reference plane, a surface area approximately equal to the surface area implanted. The cavities are not situated exactly in the same plane. They are in planes parallel to the reference plane, some nanometers or tens of nanometers from this reference plane. For this reason, the upper part of the substrate situated between the reference plane and the flat face 2 is not totally separated from the body of the substrate, the body of the substrate being defined as the rest of the substrate between the reference plane and the faces of the substrate other than the flat face. The remaining bonds are sufficiently strong to support the steps of manipulation and of annealing brought about by the technological steps taken in the creation of the integrated circuits. However, the bond between the upper part and the mass of the substrate is very much weakened since this bond is only made through bridges of semiconductor material situated between the cavities.

All or a part of electronic components, circuits and microstructures can then be created on the flat face 2 (at the surface or under the surface)

The ion implantation energy of the hydrogen or rare gas ions in the first step has been chosen in such a way that the depth of the area of microcavities is sufficient for it not to be disturbed by the creation of components, electronic circuits and/or microstructures during this step. Furthermore, the whole of the thermal annealing operations that the development of electronic circuits or microstructures requires, is chosen in such a way that possible diffusion of the implanted ions is minimised. For example, in the case of a wafer of monocrystalline silicon, the maximum temperature of the various phases of the method will be limited to 900° C.

FIG. 3 illustrates the case where several electronic components, reference number 5, have been developed on the flat face 2 and in the part of the wafer intended to form the thin layer.

The separation step then follows. It consists of applying separating mechanical forces, for example, tensile forces between the parts of the wafer or substrate situated on each side of the reference plane in a manner that fractures the remaining solid bridges. This operation allows to obtain the thin layer of semiconductor material fitted with electronic components in the case described. FIG. 4 illustrates this separation step in the course of which the thin layer 6 is separated from the remaining mass 7 of the substrate by the action of forces acting in the opposite direction and represented by the arrows.

Experience shows that the tensile stress necessary to separate the upper part of the body of the substrate is low particularly when a shearing stress is applied between the upper part and the body of the substrate, that is to say when the stresses applied have a component applied along the reference plane. This is simply explained by the fact that the

6

shear stress promotes the propagation of fractures and cavities within the reference plane.

The upper part of the substrate, being by nature thin, the tensile stress and/or the shear stress cannot in most cases be comfortably applied directly to it. It is then preferable, before the separation step, to make the wafer, via its flat face 2, integral with a support or applicator through which the mechanical forces will be applied to the upper part of the wafer. This applicator is represented in FIG. 4 under reference number 8.

The applicator can be a rigid or a flexible support. By the term rigidly fixing the applicator onto the wafer, one understands here any sticking operation or operation of preparing the surfaces and bringing them into contact that allows sufficient bonding energy to be provided between the applicator and the flat face of the wafer to resist the tensile and/or shear and/or bending process(es) of the separation step.

The applicator can be, for example, a sheet of plastic material such as Kapton® which has been made adherent to the flat face of the substrate. In this example, after application of the method according to the invention, a thin layer of monocrystalline semiconductor on a sheet of Kapton® is obtained.

So as to properly transmit the stresses to the whole of the upper thin layer, the circuits created in and at the surface of the upper layer can have been covered with a protective layer, possibly making it flat, during the step of developing the electronic components. The applicator is then rigidly fixed to the upper thin layer of the wafer through this protective layer.

The applicator may also be a rigid support, for example a silicon wafer, the surface of which has been covered with a dielectric layer. An appropriate physico-chemical treatment is, for example, carried out on the flat face of the wafer and/or on the surface of the applicator (carrying a dielectric layer or not) so that bringing them into contact, possibly associated with a heat treatment, rigidly fixes the flat face of the wafer and the applicator together.

In the case mentioned as an example where the applicator is a silicon wafer carrying a layer of oxide on its surface and where the semiconductor substrate is a wafer of monocrystalline silicon, after application of the method according to the invention, a wafer of silicon on insulator is obtained where the surface layer of silicon is the fine layer provided by the upper part of the substrate.

Furthermore, after separation of the thin layer from the rest of the wafer, the free face of this layer can allow the further repeat use of a substrate that can be fitted with electronic components produced completely or partially on the substrate. Such a stacking allows a "three dimensional" assembly of electronic circuits, the stiffener itself possibly including electronic components.

What is claimed is:

1. A method for producing a thin film comprising:

providing a first substrate having a face surface;

introducing hydrogen ions into the first substrate at the face surface, such that microcavities are formed in the first substrate during or after introducing the ions, wherein the microcavities define a thin film layer extending from the first surface to the microcavities, the microcavities reside between solid bridges of the first substrate, and the hydrogen ions are introduced into the first substrate at a temperature and at a total amount so as not to fracture the solid bridges during energizing of the first substrate;

bonding a second substrate to the face surface of the first substrate; and

US 6,809,009 B2

7

applying mechanical forces to fracture the solid bridges.

2. The method for producing a thin film according to claim 1, further comprising applying energy to the first substrate.

3. The method for producing a thin film according to claim 2, wherein applying energy comprises applying thermal energy.

4. The method for producing a thin film according claim 2, wherein applying energy comprises applying energy after introducing hydrogen ions.

5. A method for producing a thin film comprising:

providing a first substrate having a face surface;

introducing hydrogen ions into the first substrate at the face surface and forming microcavities in the first substrate, wherein the microcavities define a thin film layer extending from the first surface to the microcavities, the microcavities reside between solid bridges of the first substrate, the hydrogen ions are introduced below the hydrogen diffusion temperature of the first substrate, and the total amount of hydrogen is below that necessary to fracture the solid bridges between the thin film layer and the first substrate during energizing of the first substrate;

bonding a second substrate to the face surface of the first substrate; and

applying mechanical forces to fracture the solid bridges.

6. The method for producing a thin film according to claim 5, further comprising applying energy to the first substrate.

7. The method for producing a thin film according to claim 6, wherein applying energy comprises applying thermal energy.

8. The method for producing a thin film according to claim 6, wherein applying energy comprises applying energy after introducing hydrogen ions.

8

9. The method for producing a thin film according to claim 1, wherein providing a first substrate comprises providing a substrate including silicon, and wherein the hydrogen ions are introduced into the first substrate at a temperature of about 350° C.

10. The method for producing a thin film according to claim 9, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose less than about 4E16 ions per square centimeter.

11. The method for producing a thin film according to claim 10, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose greater than about 1E16 ions per square centimeter.

12. The method for producing a thin film according to claim 1 further comprising thermally treating the first substrate at a temperature greater than about 350° C. after introducing hydrogen ions.

13. The method for producing a thin film according to claim 5, wherein providing a first substrate comprises providing a substrate including silicon and wherein the hydrogen diffusion temperature is about 350° C.

14. The method for producing a thin film according to claim 13, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose less than about 4E16 ions per square centimeter.

15. The method for producing a thin film according to claim 14, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose greater than about 1E16 ions per square centimeter.

16. The method for producing a thin film according to claim 5 further comprising thermally treating the first substrate at a temperature greater than about 350° C. after introducing hydrogen ions.

\* \* \* \* \*

# Exhibit 3

US007067396B2

(12) **United States Patent**
Aspar et al.

(10) Patent No.: **US 7,067,396 B2**
(45) Date of Patent: **Jun. 27, 2006**

(54) **METHOD OF PRODUCING A THIN LAYER OF SEMICONDUCTOR MATERIAL**

(75) Inventors: **Bernard Aspar**, Rives (FR); **Michel Bruel**, Veurey (FR); **Thierry Poumeyrol**, Vaulnaveys-le-haut (FR)

(73) Assignee: **Commissariat a l'Energie Atomique** (FR)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 98 days.

(21) Appl. No.: **10/784,601**

(22) Filed: **Feb. 23, 2004**

(65) **Prior Publication Data**

US 2004/0166651 A1    Aug. 26, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/777,516, filed on Feb. 6, 2001, now Pat. No. 6,809,009, which is a continuation of application No. 09/299,683, filed on Apr. 26, 1999, now Pat. No. 6,225,192, which is a continuation of application No. 08/856,275, filed on May 14, 1997, now Pat. No. 6,020,252.

(30) **Foreign Application Priority Data**

May 15, 1996    (FR) .................................. 96 06086

(51) **Int. Cl.**
*H01L 21/302*    (2006.01)

(52) **U.S. Cl.** ...................................... 438/459; 438/977

(58) **Field of Classification Search** ........ 257/E21.568; 438/459, 977, 460, 455, 458, 406, FOR. 485; 148/DIG. 12
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,179,324 A    12/1979    Kirkpatrick ................. 156/230

| | | |
|---|---|---|
| 4,704,302 A | 11/1987 | Bruel et al. |
| 4,931,405 A | 6/1990 | Kamijo et al. ................. 437/12 |
| 5,034,343 A | 7/1991 | Rouse et al. ................... 437/86 |
| 5,110,748 A | 5/1992 | Sarma ........................... 437/51 |
| 5,198,371 A | 3/1993 | Li .................................. 437/11 |
| 5,234,535 A | 8/1993 | Beyer et al. |
| 5,250,446 A | 10/1993 | Osawa et al. |
| 5,256,581 A | 10/1993 | Foerstner et al. ............. 437/24 |
| 5,310,446 A | 5/1994 | Konishi et al. ............... 117/58 |
| 5,374,564 A * | 12/1994 | Bruel ........................... 438/455 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP    0355913    2/1990

(Continued)

OTHER PUBLICATIONS

"Applications of Ion Beams to Materials, 1975" Carter et al., Inst. Phys. Conf. Ser. No. 28, Capter 1, 1976, pp. 30-36.

(Continued)

*Primary Examiner*—George Fourson
(74) *Attorney, Agent, or Firm*—Hayes Soloway P.C.

(57) **ABSTRACT**

The invention relates to a method of producing a thin layer of semiconductor material including:
- a step of implanting ions through a flat face (2) of a semiconductor wafer in order to create a layer of microcavities, the ion dose being within a specific range in order to avoid the formation of blisters on the flat face,
- a thermal treatment step in order to achieve coalescence of the microcavities
- possibly, a step of creating at least one electronic component (5) in the thin layer (6),
- a separation step of separating the thin layer (6) from the rest (7) of the wafer.

**16 Claims, 2 Drawing Sheets**



**US 7,067,396 B2**
Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,413,951 A | | 5/1995 | Ohori et al. ................... 437/61 |
| 5,494,835 A | * | 2/1996 | Bruel .......................... 156/250 |
| 5,524,339 A | | 6/1996 | Gorowitz et al. ............. 29/841 |
| 5,559,043 A | | 9/1996 | Bruel .......................... 437/24 |
| 5,567,654 A | | 10/1996 | Beilstein, Jr. et al. ...... 437/209 |
| 5,618,739 A | | 4/1997 | Takahashi et al. .......... 438/158 |
| 5,622,896 A | | 4/1997 | Knotter et al. .............. 438/123 |
| 5,633,174 A | | 5/1997 | Li |
| 5,661,333 A | | 8/1997 | Bruel et al. ................. 257/618 |
| 5,714,395 A | * | 2/1998 | Bruel .......................... 438/528 |
| 5,804,086 A | * | 9/1998 | Bruel .......................... 216/33 |
| 5,817,368 A | | 10/1998 | Hashimoto |
| 5,863,830 A | * | 1/1999 | Bruel et al. ................. 438/478 |
| 5,863,832 A | * | 1/1999 | Doyle et al. ................. 438/622 |
| 5,897,331 A | | 4/1999 | Sopori |
| 5,993,677 A | * | 11/1999 | Biasse et al. ................. 216/38 |
| 6,020,252 A | | 2/2000 | Aspar et al. ................. 438/458 |
| 6,048,411 A | * | 4/2000 | Henley et al. ............. 148/33.5 |
| 6,225,192 B1 | * | 5/2001 | Aspar et al. |
| 6,294,478 B1 | * | 9/2001 | Sakaguchi et al. .......... 438/753 |
| 2004/0029358 A1 | * | 2/2004 | Park et al. ................... 438/458 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0504714 | 9/1992 |
| EP | 533551 A1 | 9/1992 |
| EP | 665588 A1 | 1/1995 |
| EP | 0 660 140 | 6/1995 |
| EP | 0703 609 | 3/1996 |
| EP | 703609 A1 | 3/1996 |
| FR | 2681472 | 9/1991 |
| FR | 2725074 | 3/1996 |
| GB | 2 211 991 | 7/1989 |
| JP | 53-104156 | 9/1978 |
| JP | 59-54217 | 3/1984 |
| SU | 1282757 | 12/1983 |
| WO | WO95/20824 | 8/1995 |

## OTHER PUBLICATIONS

"Hydrogen-Related Complexes as the Stressing Species in High-Fluence, Hydrogen-Implanted, Single-Crystal Silicon" Cerofolini et al., *Physical Review B*, vol. 46, No. 4, 1992, pp. 2061-2070.

"Crystallographic Nature and Formation Mechanisms of Highly Irregular Structure in Implanted and Annealed Si Layers" Komarov et al., *Radiation Effects*, vol. 42, 1979, pp. 169-178.

"Observation of Blistering and Amorphization on Germanium Surface After 450 keV Ar+ION Bombardment" Kamada et al, *Radiation Effects*, vol. 28, 1976, pp. 43-48.

"Orientation Dependence of Flaking of Ion Irradiated Aluminum Single Crystals" Ono et al., *Japanese Journal of Applied Physics*, vol. 25, No., 10, pp. 1475-1480.

"High Fluence Retention of Noble Gases Implanted in Silicon" Wittmaack et al., *Radiation Effects*, vol. 39, 1978, pp. 81-95.

Ascheron, C., "A Comparative Study of Swelling, Radiation, Strain and Radiation Damage of High-Energy Proton-bombarded GaAS, GaP, InP, SI and Ge Single Crystals, Nuclear Instruments and Methods In Physics Research" Nuclear Instruments and Methods in Physics Research B36(1989) 163?172.

Ascheron, C., "A Study of Proton Bombardment Induced Swelling of GaP Single Crystals" phys. stat. sol. (a) 92, 169 (1985).

Ascheron, C., "Gettering of Copper in Proton-and Helium-Bombarded Buried Regions of Gallium Phosphide" phys. stat. sol. (a) 106, 73 (1988).

Ascheron, C., "Investigations of Hydrogen Implanted GaP Single Crystals by Means of Particle Induced ?-Spectroscopy, Infrared Spectroscopy, and Turyherford Backscattering Channeling Technique" phys. stat. sol. (a) 89, 549 (1985).

Ascheron, C., "Proton Beam Modification of Selected AIIIBV Compounds" phys. stat. sol. (a) 124, 11 (1991).

Ascheron, C., "Swelling, Strain, and Radiation Damage of He+ Implanted GaP" phys. stat. sol. (a) 96, 555 (1986).

Asheron, C., "The Effect of Hydrogen Implantation Induced Stress on GaP Single Crystals" Nuclear Instruments and Methods in Physics Research B28 (1987) 350-359.

Bruel, M., "Silicon-On-Insulator" European Semiconductor, Mar. 1997.

Cassidy, Victor M., "Ion Implantation Process Toughens Metalworking Tools," Modern Metals, pp. 65-67, 1984.

Chu et al, "Radiation Damage of 50-250 keV Hydrogen Ions in Silicon", Ion Implantation in Semiconductors, eds. F. Chernob et al., Plenum New York 1976, pp. 483-492.

Chu, P.K. et al., Plasma Immersion Ion Implantation-A Fledgling Technique for Semiconductor Processing, Materials Science and Engineering Reports: A Review Journal, pp. 207-280; vol. R17, Nos. 6-7, Nov. 30, 1996.

Chu, Kastle, Lever, Mader, and Masters, S, Radiative Recombination Channels due to Hydrogen in Crystalline Silicon, Canham, Dyball Leong, Houlton, Cullis and Smith, Materials Science and Engineering, B4 (1989), pp. 41-45. Ion Implantation in Semiconductors 1976, Chernow, Borders and Brice, Pirnum Press, New York and London, Radiation Damage of 50-250 keV Hydrogen Ions in Silicon, , pp. 483-391.

Cullis, A.G. ,T.E. Siedel and R.L. Meek, "Comparative study of annealed neon-, argon-, and krypton-ion Implantation damage in silicon," J. Appl. Phys., 49(10), pp. 5188-5198, Oct. 1978.

EerNisse, E., "Compaction of ion-implanted fused silica" Journal of Applied Physics, vol. 45, No. 1, Jan. 1974.

EerNisse, E.P., "Role of Integrated Lateral Stress In Surface Deformation of He- implanted Surfaces" Journal of Applied Physics, vol. 48, No. 1, Jan. 1977.

Evans, J.H., "An Interbubble Fracture Mechanism Of Blister Formation On Helium-Irradiated Metals" Journal of Nuclear Materials 68(1977) 129-140.

Menko, N., "Infrared Absorption of Silicon Irradiated by Protons" phys. stat.sol. (b) 90, 689 (1978).

Gerasimenko, N., "Infrared Absorption of Silicon Irradiated by Protons" phys. stat.sol. (b) 90, 689 (1978).

Greenwald, A.C., "Pulsed-electron-beam annealing of ion-implantation damage" J. Appl. Phys. 50(2), Feb. 1978.

Grovenor, C.R.M., Microelectronic Materials, pp. 73-75 (1989).

Haisma et al., Silicon-on-Insulator Wafer Bonding-Wafer Thinning Technological Evaluations, Japanese Journal of Applied Physics, 28(1989), Aug., No. 8, Part 1, Tokyo, Japan, pp. 1426-1443.

Hamaguchi et al., Device Layer Transfer Technique using Chemi-Mechanical Polishing, Japanese Journal of Applied Physics, 23(1984), Oct., No. 10, Part 2, Tokyo, Japan, pp. L815-L817.

Helium Bubble and Blister Formation for Nickel and An AMorphous Fe-Ni-Mo-B Alloy During 5 keV He+-Irradiation at Temperatures Between 200 K and 600 K, Swijgenhoven, Stals and Knuyt, Nuclear Instruments and Methods 209/210 (1983) pp. 461-468.

US 7,067,396 B2

Page 3

Hulett, D.M. et al., "Ion Nitriding and Ion Implantation: A Comparison," Metal Progress, pp. 18-21, 1985.

Japan Applied Physics; 64(8); Oct. 15, 1988; pp. 3972-3974.

Johnson, P.B., "High Fluence Deuteron Bombardment of Silicon" Radiation Effect 1977, vol. 32 pp. 159-167.

"Isolation by Inert Ion Implantation" IBM Technical Disclosure Bulletin vol. 29, No. 3, Aug., 1986, p. 1416.

Klem, J.F., Characteristics of Lift-Off Fabricated AlGaAs/InGaAs Single-Strained-Quantum Well Structures on Glass and Silicon Substrates, Inst. Phys. Conf. Ser. No. 96: Chapter 6, pp. 387-392 (1989).

Li, J., "Novel Semiconductor Substrate Formed by Hydrogen Ion Implantation into Silicon," Appl. Phys. Lett., vol. 55, No. 21, pp. 2223-2224, Nov. 20, 1989.

Ligeon, E., "Hydrogen Implantation in Silicon Between 1.5 and 60 keV" Radiation Effects 1976, vol. 27, pp. 129-137.

Manuaba, A., "Comparative Study on Fe32Ni36Cr14P12B 6 Metallic Glass and its Polycrystalline Modification bombarded by 2000 keV Helium Ions with High Fluence" Nuclear Instruments and Methods 199 (1982) 409-419.

Matsuda et al., "Large Diameter Ion Beam Implantation System," Nuclear Instruments and Methods, vol. B21, pp. 314-316, 1987.

Mishima, Y. and T. Yagishita, T. "Investigation of the bubble formation mechanism in a-Si:H films by Fourier-transform infrared microspectroscopy" J. Appl. Phys., vol. 64, No. 8, Oct. 15, 1988.

Miyagawa, S., "Helium remission during implantation of silicon carbide" J. Appl. Phys. 54 (5), May 1983.

Miyagawa, S., "Surface structure of silicon carbide irradiated with helium ions with monoenergy and continuous energy distributions" J. Appl. Phys. 53(12), Dec. 1982, pp. 8697-8705.

Moreau, Wayne M., "Semiconductor Lithography, Principles, Practices, and Materials," Plenum Press, 1988. Table of Contents only.

Moriceau, H. et al, A New Characterization Process Used to Qualify SOI Films 1991 pp. 173-178.

Myers, D. R., The effects of ion-implantation damage on the first-order Raman spectra of GaPa) J. Appl. Phys. 54(9), Sep. 19??.

Neethling, J.H. et al., Identification of Hydrogen Platelets in Proton-Bombarded GaAs, 1985, pp. 941?-945.

Paszti, F., "Flaking and Wave-Like Structure on Metallic Glasses Induced by MeV-Energy Helium Ions" Nuclear Instruments and Methods 209/210(1983) 273-280.

Picraux, S. Thomas et al., "Ion Implantation of Surfaces," Scientific American, vol. 252, No. 3, pp. 102-113 1985.

Primak, W., "Impurity Effect in the Ionization Dilation of Vitreous Silica" J. Appl. Phys. 39(13) 1968.

Renier, M. et al., "A New Low-Engergy Ion Implanter for Bombardment of Cylindrical Surfaces," Vacuum, vol. 35, No. 12, pp. 577-578, 1985.

Roth, J., "Blistering and Bubble Formation" Inst. Phys. Conf. Ser. No. 28 © 1976: Chapter 7.

Sah, Chih-Tang et al., "Deactivation of the Boron Acceptor in Silicon by Hydrogen," Appl. Phys. Lett. 43(2), Jul. 1983, pp. 204-206.

Sioshansi, Piran, "Ion Beam Modification of Materials for Industry," Thin Solid Film, vol. 118, pp. 61-71, 1984.

Snyman, H. C., "Transmission Electron Microscopy of Extended Crystal Defects in Proton Bombarded and Annealed GaAs" Radiation Effects, 1983, vol. 69, pp. 199-230.

Snyman, H. C., "Void formation in annealed proton-bombarded GaAs."

Stephan, D., "Investigation of Lattice Strain in Proton-Irradiated GaP by a Modified Auleytner Technique" phys. stat. sol. (a) 87, pp. 589-596 (1985).

Sze, S.M., VLSI Technology, 2.sup.nd Ed., pp. 9-10 (1988).

Tzeng, J.C., "A Novel Self-Aligned Oxygen (Salox) Implanted SOI Mosfet Device Structure" Nuclear Instruments and Methods in Physics Research B2, pp. 112-115 (1987).

U.S. Dept of Energy, "The Fusion Connection: . . . ", Plasma Coating, pp. 6-7, 1985.

Veldkamp, W.B. et al., "Binary Optics," Scientific American, pp. 50-55, May 1992.

Wemple, S.H., "Optical and channeling studies of ion-bombarded GaP" J. Appl. Phys., vol. 45, No. 4, Apr. 1974.

Wolf, Stanley Ph.D., Silicon Processing for the VLSI Era (vol. 2), pp. 66-79, Lattice Press, 1990.

EerNisse, E.P. et al, "Role of integrated laterial stress in surface deformation of He-implanted surfaces," Journal of Applied Physics, vol. 48, No. 1, Jan. 1997, pp 9-17.

Evans, J.H., "An interbubble fracture mechanism of blister formation on Heluim-Irradiated Metals," Journal of Nuclear Materials, vol. 68, 1997, pp 129-140.

Roth, J., "Blistering and bubble formation," Inst. Phys. Conf. Ser., No. 28, 1976, pp 280-293.

Ligeon, E. et al, "Hydrogen Implantation in Silicon Between 1.5 and 60 KeV," Radiation Effects, col. 27, 1976, pp 129-137.

Ascheron, C. et al, "Gettering a Copper in Proton- and Helium-Bombarded Buried Regions of Gallium Phosphide,". Phys. Stat. Sol. (a), 106, 73, 1988, pp. 73-79.

Ascheron, C. et al, "A comparative study of Swelling, Strain and Radiation damage of High-Energy Proton-Bombarded GaAs, GaP, InP, Si and Ge Single Crystals," Nuclear Instructions and Methods In Physics Research, B36, 1989, pp. 163-172.

Ascheron, C. et al, "Proton Beam Modification of Selected A-III B-v Compounds," Phys. Stat. Sol. (a), 124,11, 1991 pp 10-55.

DiCioccio, et al., 37 Silicon carbide on insulator formation using the Smart Cut process, Electronics Letters, vol. 32, No. 12, Jun. 6, 1996, pp 144-145.

Ascheron, C. et al, The Effect of Hydrogen Implantation Induced Stress on GaP Single Crystals, Nuclear Instruments & Methods in Physics Research, B28, 1987, pp 350-359.

Bruel, Michel, "Application of hydrogen ion beams to Silicon on Insulator material technology", Nuclear Instruments and Methods in Physics Research, B108, 1996, pp 313-319.

Auberton-Herve, A.J. et al, "SOI Materials for ULSI Applications", Semiconductor International, Oct. 1995, 5 pps.

Cristoloveanu,S. et al, "Electrical Properties of Unibond Material", Electrochemical Society Proceedings, vol. 96-3, pp 142-147.

Maleville, C. et al, "Physical Phenomena involved in the Smart-Cut Process", Electrochemical Society Proceedings, vol. 96-3, pp 34-46.

Chu et al, "Radiation Damage of 50-250 keV Hydrogens Ions in Silicon", Ion Implantation in Semiconductors, eds. F. Chernob et al., Plenum New York 1976, pp 483-492.

Johnson, "High Fluence Deuteron Bombardment of Silicon", Radiation Effects, vol. 32, pp 159-167.

US 7,067,396 B2

Page 4

Aspar, B. et al, "Characterization of SOI substrates: Application to Recent SIMOX and UNIBOND Wafers," Electrochemical Society Proceedings, vol. 96-3, pp 99-111.

Bruel, M. et al, "Smart-Cut—a new SOI Material Technology based on hydrogen implantation and wafer bonding," CEA 1996, 24 pages.

Bruel, M. et al, "Smart-Cut": A promising New SOI material technology, Proceedings 1999 IEEE, International SOI Conference, Oct. 1995, pp 178-179.

Ascheron, et al, Swelling, Strain, and Radiation Damage of He+ Implanted GaP, Phys. Stat. Sol. (a) 96, pp 555-562, 1986.

Silicon-On-Insulator, European Semiconductor, Mar., 1997, pp. 17 and 18.

Aspar et al., SMART-CUT®: The basic fabrication process for UNIBOND® SOI wafers, SEMI 1996, pp. 37-46.

Klem et al., Characteristics of lift-off fabricated AlGaAs/InGaAs single-strained quantum well structures on glass and silicon substrates, Inst. Phys. Conf., Ser. No. 96: Chapter 6, pp. 387-392.

Hamaguchi et al., Device Layer Transfer Technique using Chemi-Mechanical Polishing, Japanese Journal of Applied Physics, 23(1984), Oct., No. 10, Part 2, Tokyo, Japan, pp. L815-L817.

Haisma et al., Silicon-on-Insulator Wafer Bonding-Wafer Thinning Technological Evaluations, Japanese Journal of Applied Physics, 28(1989), Aug., No. 8, Part 1, Tokyo, Japan, pp. 1426-1443.

W.K. Chu, et al Radiation Damage of 50-250 keV Hydrogen Ions in Silicon Date Unknown.

William Primak et al Impurity Effect in the Ionization Dilatation of Vitreeous Silica 1967.

Errol P. Eernisse, Compaction of Ion-Implanted Fused Silica, 1973.

S.H Wemple et al, Optical and Channeling Studies on Ion-Bombarded GaP, 1973 pp. 1578-1588.

E.P. Eernisse et al., Role of Intergrated Lateral Stress in Surface Deformation of H-Implanted Surfaces, 1976, pp. 9-17.

J.H. Evans, An Interbubble Fracture Mechanism of Blister Formation in Helium-Trradiated Metals, 1977, pp. 129-140.

N..N. Gerasimenko et al, Infrared Absorption of Silicon Irrsdiated by Protons, 1978 pp. 689-695.

A.C. Greenwald et al, Pulse-Electron-Beam Annealing on Ion Implantaton Damage, 1978, pp. 783-786.

H.C. Snyman et al, Viod Formation in Annealed Proton-BombaredGaAs, 1981, pp. 243-245.

S. Miyagawa et al, Helium Reemission During Implantation of Silicon Carbide, 1982, pp. 2302-2306.

A. Manuaba et al., Comparative Study of Fe32N136Cr14P12B6 Metallic Glass and Its Polycrystalline Modification Bombarded by 2000 keV Helium Ions With High Fluence 1982, pp. 409-419.

S. Miyagawa et al, Surface Structure of Silicon Carbide Irradiated With Helium Ions With Monoenergy and Continuous Energy Distributions, 1982, pp. 8697-8705.

H.C. Synman et al., Transmission Electron Microscopy of Extended Crystal Defects in Proton Bombarded and Annealed GaAs, 1982, pp. 199-230.

D.R. Myers et al, The Effects of Ion-Implantation Damage on the First-Order Taman Spectra of GaPa, 1983, pp. 5032-5038.

F. Paszti et al, Flaking and Wave-Like Structure on Metallic Glasses Induced by MeV-Energy Helium Ions, 1983 pp. 273-280.

C. Ascheron et al, Proton Bombardment Induced Swelling of GaP, 1985, pp. 169-176.

C. Ascheron et al, Investigation of Hydrogen Implanted GaP Crystals, 1985, pp. 549-557.

J.H. Nethling et al, Identification of Hydrogen Platelets in Proton-Bombarded GaAs, 1985. pp. 941-945.

D. Stephan et al, Investigation of Lattice Strain in Proton-Trradiated GaP by a Modified Auleytner Technique, 1985, pp. 589-596.

J.C. Tzeng et al, A Novel Self-Aligned Oxygen (Salox) Implanted SOI Mosfet Device Structure, 1985, pp. 112-115.

IBM Technical Disclosure Bulletin, Isolation by Inert Ion Implantation, 1986, vol. 29 No. 3.

J. Haisma et al., Silicon-On-Insulator Wafer Boinding-Wafer Thinning Technological Evaluation, 1989, pp. 1426-1443.

Jianming Li, Novel Semiconductor Substrate Formed by Hydrogen Ion Implantation into Silicon, 1989, pp. 2223-2224.

H. Moriceau et al, A New Characterization Process Used to Quality SOI Films, 1991, pp. 173-178.

A.J. Auberton-Herve et al., SOI Materials for ULSI Application, 1995.

M. Bruel et al, "Smart-Cut": A Promising New SOI Material Technology, 1995, pp. 178-179.

M. Bruel et al., "Smart-Cut": A Promising New SOI Material Technology, 1995, pp. 178-179.

B. Aspar et al, Transfer of Structured and Patterned Thin Silicon Films Using the Smart-Cut Process, 1996, pp. 1985-1986.

A.J. Auberton-Herve et al, A New SOI Material: Smart-Cut, 1996, pp. 214-219.

Michel Bruel, Smart-Cut Process: The Way to Unibond S.O.I. Wafers, 1996 (Pages Unknown).

Leti-Outline—A New SOI Material Technology, 1996 (Author Unknown), (Pages Unknown).

B. Aspar, Basic Mechanisms Involved in the Smart-Cut Process, 1997, pp. 223-240.

Michel Bruel et al, Smart-Cut: A New Silicon on Insulator Material Technology Based on Hydrogen Implantation and Wafer Bonding, 1997, pp. 1636-164 , col. 36, Part 1, No. 3B.

L. Di Cioccio et al, Silicon Carbide on Insulator Formation by the Samrt-Cut Process, 1997 pp. 349-356.

Christophe Maleville et al, Wafer Bonding and H-Implantation Mechanisms Involved in the Smart-Cut Technology, 1997, pp. 14-19.

H. Moriceau et al, The Smart-Cut Process as a Way to Chieve Specific Film Thickness in SOI Structures, 1997, Pages (Unknown).

D. Munteanu et al, Detailed Characterization of Unibond Material, 1997, pp. 395-398.

Comparative study of annealed neon-, argon-, and krypton-ion implantation damage in silicon, A.G. Cullis, T. E. Seidel and R.L. Meek, J. Appl. Phys. 49(10) Oct. 1978, pp. 5188-5198.

Equllibrium Shape of Si, Eaglesham, White, Feldman, Moriya and Jacobson, Physical Review Letters, vol. 70, No. 11, Mar. 15, 1993, pp. 1643-1646.

La Formation Des Cloques, Saint-Jacques, Nuclear Instruments and Methods 209/210 (1983), pp. 333-343.

Hydrogen interaction with phosphorus ion implanted silicon, Tonini, Monelli, Corni, Ottaviani, Frabboni, Canteri, Queirolo, Ion Technology—94, pp. 801-804.

Hellium Bubble and Blister Formation for Nickel and An AMorphous Fe-Ni-Mo-B Alloy During 5 keV He+-Irradiation at Temperatures Between 200 K and 600 K,

**US 7,067,396 B2**

Page 5

Swijgenhoven, Stals and Knuyt, Nuclear Instruments and Methods 209/210 (1983) pp. 461-468.

Infrared Spectroscopy of chemically bonded hydrogen at voids and defects in silicon, Stein, Myers and Follstaedt, J. Appl. Phys. 73(b6), Mar. 15, 1993, pp. 2755-2764.

Silicon-on-Insulator produced by helium implantation and thermal oxidation, Raineri, Campisano, Appl. Phys. Lett. 66 (26), Jun. 26, 1995, pp. 3654-3656.

Radiative Recomination Channels due to Hydrogen in Crystalline Silicon, Canham, Dyball, Leong, Houlton, Cullis and Smith, Mterials Science and Engineering, B4 (1989) pp. 41-45.

Ion Implantation In Semiconductors 1976, Chernow, Borders and Brice, Plrnum Press, New York and London,Radiation Damage of 50-250 keV Hydrogen Ions In Silicon, Chu, Kastle, Lever, Mader and Masters, S, pp. 483-491.

"Silicon on insulator Material Technology" Bruel, M. Electronic Letters; 31 (Jul. 6, 1995); No. 14; pp. 1201-1202.

"Investigation of the Bubble Formation Mechanism in a-Si:H films by Fourier-transform infrared microspectroscopy" Mishima et al Japan Allied Physics; 64(8) ; Oct. 15, 1988; pp. 3972-3974.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

US 7,067,396 B2

1

# METHOD OF PRODUCING A THIN LAYER OF SEMICONDUCTOR MATERIAL

This application is a continuation of prior U.S. application Ser. No. 09/777,516, filed Feb. 6, 2001, now U.S. Pat. No. 6,809,009, which in turn is a continuation of prior U.S. application Ser. No. 09/299,683, filed Apr. 26, 1999, now U.S. Pat. No. 6,225,192 granted May 1, 2001, which in turn is a continuation of U.S. Ser. No. 08/856,275, filed May 14, 1997 now U.S. Pat. No. 6,020,252.

This invention relates to a method of producing a thin layer of semiconductor material. The thin layer produced can possibly be provided with electronic components.

The invention permits the production of thin layers of either monocrystalline or polycrystalline or even amorphous semiconductor material, for example the production of substrates of the Silicon on Insulator type or the production of self-supporting thin layers of monocrystalline semiconductor. Electronic circuits and/or microstructures can be either completely or in part created in these layers or in these substrates.

It is known that implanting ions of a rare gas or of hydrogen in a semiconductor material induces the formation of microcavities at a depth proximate to the mean penetration depth of the ions. The document FR-A-2 681 472 discloses a method which uses this property in order to obtain a thin film of semiconductor. This method consists of subjecting a wafer of the desired semiconductor material that includes a flat face, to the following steps:

  a first implantation step by bombarding the flat face of the wafer with ions creating, within the volume of the wafer and at a depth proximate to the penetration depth of the ions, a layer of microcavities separating the wafer into a lower region constituting the mass of the substrate and an upper region constituting the thin film, the ions being chosen from among the ions of rare gases or of hydrogen gas and the temperature of the wafer being maintained below the temperature at which the implanted ions can escape from the semiconductor by diffusion;

  a second step of bringing the flat face of the wafer into close contact with a support made up of at least one layer of rigid material. This close contact may be created, for example using an adhesive substance, or by the effect of a preliminary preparation of the surfaces and possibly a thermal and/or electrostatic treatment in order to promote interatomic bonding between the support and the wafer;

  a third step of thermal treatment of the wafer-support assembly at a temperature greater than the temperature at which the implantation was carried out and sufficient to create, through a crystal rearrangement effect in the wafer and through the pressure of the microcavities, a separation between the thin film and the mass of the substrate. This temperature is, for example 500° C. for silicon.

This implantation is capable of creating a layer of gaseous microbubbles. This layer of microbubbles thus created within the volume of the wafer, at a depth proximate to the mean penetration depth of the ions demarcates, within the volume of the wafer, two regions separated by this layer: one region intended to constitute the thin film and one region forming the rest of the substrate.

According to the implantation conditions, after implantation of a gas, such as, for example hydrogen, cavities or microbubbles may or may not be observable by transmission electronic microscopy. In the case of silicon, it can be

2

obtained microcavities, the size of which can vary from a few nm to several hundreds of nm. Hence, particularly when the implantation temperature is low, these cavities are only observable during the thermal treatment stage, a step during which nucleation is brought about in order to end up with the coalescence of the microcavities at the end of the thermal treatment.

The method described in the document FR-A-2 681 472 does not allow the production of electronic circuits in or at the surface of the flat face of the wafer after the ion implantation step. Indeed, the creation of such circuits implies the carrying out of certain classic micro-electronics operations (diffusion annealing, deposition etc.) that require thermal treatment stages (typically from 400° C. to 700° C.) according to the steps for silicon. At these temperatures, blisters form on the surface of the flat face of the implanted wafer. By way of example, for an implantation of hydrogen ions at a dose of $5.10^{16}$ protons/cm$^2$ and at 100 keV energy in a silicon wafer, a thermal treatment carried out at 500° C. for 30 min. leads to degradation of 50% of the surface of the flat face of the wafer, this degradation resulting in the appearance of blisters and to their bursting. It is then no longer possible to properly ensure that the flat face of the water is brought into close contact with the support (which will be called the applicator in the subsequent description) so as to detach the semiconductor layer from the rest of the wafer.

This phenomenon of the formation of blisters and craters in the surface of a silicon wafer implanted with hydrogen ions after annealing has been discussed in the article "Investigation of the bubble formation mechanism in a-Si:H films by Fourier-transform infrared microspectroscopy" by Y. Mishima and T. Yagishita, that appeared in the J. Appl. Phys. 64 (8), 15 Oct. 1988, pages 3972–3974.

This invention has been conceived in order to improve the method described in the document FR-A-2 681 472. After a step of ion implantation within a range of appropriate doses and before the separation step, it allows to carry out a thermal treatment of the part of the wafer corresponding to the future thin layer, in particular between 400° C. and 700° C. for silicon, without degrading the surface condition of the flat face of the wafer and without separation of the thin layer. This intermediate thermal treatment can form part of the operations for developing electronic components or can be applied for other reasons.

The invention is also applicable in the case where the thickness of the thin layer is sufficient to confer good mechanical characteristics on it, in which case it is not necessary to use an applicator in order to achieve the separation of the thin layer from the rest of the wafer, but where it is desired, despite everything, to avoid surface defects in the flat face.

Therefore an objective of the invention is a method of production of a thin layer of semiconductor material from a wafer of said material having a flat face, including an ion implantation step consisting of bombarding said flat face with ions chosen from along the ions of rare gases or of hydrogen, at a specific temperature and a specific dose in order to create, in a plane called a reference plane and situated at a depth proximate to the mean depth of penetration of the ions, microcavities, the method also including a subsequent thermal treatment step at a temperature sufficient to achieve separation of the wafer into two parts, across the reference plane, the part situated on the side of the flat face constituting the thin layer, characterised in that:

  the ion implantation step is carried out with an ion dose between a minimum dose and a maximum dose, the

US 7,067,396 B2

3

minimum dose being that from which there will be sufficient creation of microcavities to obtain the embrittlement of the wafer along the reference plane, the maximum dose, or critical dose being that above which, during the thermal treatment step, there is separation of the wafer,

a separation step of separating the wafer into two parts, across the reference plane, is provided after or during the thermal treatment step, this separation step comprising the application of mechanical forces between the two parts of the wafer.

These mechanical forces can be tensile forces, shear forces or bending forces applied alone or in combination.

In the application, by microcavities, one understands cavities that can be of any form; for example, the cavities can be of a flat shape, that is to say of small height (a few interatomic distances) or of substantially spherical shape or any other different shape. These cavities can contain a free gaseous phase and/or atoms of gas arising from the implanted ions fixed to atoms of the material forming the walls of the cavities. In Anglo-Saxon terminology, these cavities are generally called "platelets", "microblisters" or even "bubbles".

The thermal treatment carried out with the purpose of achieving separation of the thin layer from the rest of the wafer, allows the microcavities to be brought to a stable state. Indeed, under the effect of temperature, the microcavities coalesce to reach a final definitive condition. Hence, the temperature is chosen in such a way that this condition is obtained.

According to document FR-A-2 681 472, the doses implanted are such that, under the effect of the thermal treatment, a layer of microcavities is obtained that allows the separation to be achieved directly.

According to this invention, the doses implanted are insufficient to achieve a separation during the thermal treatment, the doses implanted only allow an embrittlement of the wafer at the reference plane, the separation requires an extra step of applying mechanical forces. Furthermore, the critical dose, as defined in the invention, is less than the dose at which during the ion implantation and thermal treatment steps, there is blister formation on the flat face of the wafer. The problem of blisters does not therefore arise in the invention.

The method according to the invention can include, between the thermal treatment step and the separation step, a step consisting of producing all or part of at least one electronic component in the part of the wafer before forming the thin layer.

If the production of this electronic component requires phases of heat treatment, these are preferably carried out at a temperature below that of the thermal treatment.

If needed, just before the separation step, an extra step is provided, consisting of bringing said wafer, on the side of said flat face, into close contact with and rigidly fixing it to a support through which mechanical forces such as tensile and/or shearing forces will be applied.

This support can be a flexible support, for example a sheet of Kapton®. It can also be a rigid support such as a wafer of oxidised silicon.

The invention will be better understood and other advantages and features will become apparent on reading the description that follows, giving by way of a non-limitative example, in which:

4

FIG. 1 represents diagrammatically a wafer of semiconductor material, one face of which is being subjected to ion bombardment in application of the method according to this invention,

FIG. 2 represents diagrammatically the preceding wafer, at the end of the thermal treatment step intended to cause the microcavities to coalesce, according to this invention,

FIG. 3 represents diagrammatically the preceding wafer, after formation of electronic components in the part corresponding to the desired thin layer,

FIG. 4 represents diagrammatically the step of separating the preceding wafer into two parts, in accordance with this invention.

An important feature of this invention lies in the implantation of hydrogen or rare gas ions at a dose less than or equal to the dose above which there would be separation during the thermal treatment. The dose used is such that it permits embrittlement of the material at a depth $R_p$, corresponding to the mean distance travelled by the ions in material, but the wafer remains sufficiently mechanically resistant to support all the thermal treatment steps necessary to produce the electronic circuits. In other terms, the implanted wafer has, in the area of the microcavities, solid bridges linking the part of the wafer designed to form the thin layer and the remaining part of the wafer.

The description is now going to be directed to the production of a thin layer of semiconductor material from a thick substrate having a flat face. The starting substrate may or may not be covered on this flat face with one or several layers of materials, such as, for example, encapsulating materials such as a dielectric.

FIG. 1 illustrates the ion implantation step of a wafer 1 of semiconductor material. The flat face 2 of the wafer receives the ionic bombardment represented by arrows. In the case where the flat face 2 of the wafer is covered with one or several non-semiconductor materials, the energy of the ions is chosen to be sufficient for them to penetrate into the mass of semiconductor material.

If the case arises, the thickness of the implanted semiconductor material must be such that all or part of electronic components and/or microstructures can be produced in the thin layer. By way of example, the mean penetration of hydrogen ions is 2 μm at 200 keV in silicon.

The ion implantation of these types of ions into the semiconductor substrate creates, at a depth proximate to the depth corresponding to the mean distance $R_p$ travelled by the ions along a perpendicular to the flat face, an area 3 with a high concentration of atoms giving rise to microcavities. For example, the maximum concentration of hydrogen is $10^{21}$ H⁺/cm³ for an implantation dose of $2.10^{16}$ H⁺/cm² at 100 keV. This ion implantation step must be carried out at a temperature such that the implanted gas ions do not diffuse any great distance as the implantation step goes along. This would interfere with or ruin the formation of microcavities. For example, in the case of an implantation of hydrogen ions in silicon, the implantation will be carried out at a temperature below 350° C.

The implantation dose (number of ions received per unit surface area during the implantation period) is chosen in such a way that the dose is less than or equal to a dose, called the critical dose, such that, above this critical dose, during the subsequent thermal treatment step, there is separation of the thin layer from the rest of the wafer. In the case of implantation of hydrogen ions, this critical dose is of the order of $4.10^{16}$ H⁺/cm² for an energy of 160 keV.

The implantation dose is also chosen to be greater than a minimum dose from which during the subsequent thermal

US 7,067,396 B2

5                                                                              6

treatment step, the formation of microcavities and the inter-action between them is sufficient, that is to say it permits the embrittlement of the implanted material in the area of the microcavities 3. This means that solid bridges of semiconductor material still exist between the microcavities. In the case of an implantation of ions of hydrogen gas into a silicon substrate, this minimum dose is of the order of $1.10^{16}/cm^2$ at an energy of 100 keV.

The following step of the method according to the invention consists of a thermal treatment of the wafer at a temperature that is sufficient to allow coalescence of the microcavities along the reference plane. In the case of an implantation, at a temperature below 350° C., of ions of hydrogen gas into a silicon substrate and a dose of $3.10^{16}$ $H^+/cm^2$ at an energy of 100 keV, after a thermal treatment of thirty minutes at 550° C., it is observed by transmission electronic microscopy in section, cavities of height equal to a few fractions of nanometers and with an extension, along the reference plane of several nanometers or indeed several tens of nanometers. This thermal treatment permits, at the same time, the precipitation and then stabilisation of the atoms of implanted gas in the form of microcavities.

The microcavities 4 (see FIG. 2) occupy, along the reference plane, a surface area approximately equal to the surface area implanted. The cavities are not situated exactly in the same plane. They are in planes parallel to the reference plane, some nanometers or tens of nanometers from this reference plane. For this reason, the upper part of the substrate situated between the reference plane and the flat face 2 is not totally separated from the body of the substrate, the body of the substrate being defined as the rest of the substrate between the reference plane and the faces of the substrate other than the flat face. The remaining bonds are sufficiently strong to support the steps of manipulation and of annealing brought about by the technological steps taken in the creation of the integrated circuits. However, the bond between the upper part and the mass of the substrate is very much weakened since this bond is only made through bridges of semiconductor material situated between the cavities.

All or a part of electronic components, circuits and microstructures can then be created on the flat face 2 (at the surface or under the surface).

The ion implantation energy of the hydrogen or rare gas ions in the first step has been chosen in such a way that the depth of the area of microcavities is sufficient for it not to be disturbed by the creation of components, electronic circuits and/or microstructures during this step. Furthermore, the whole of the thermal annealing operations that the development of electronic circuits or microstructures requires, is chosen in such a way that possible diffusion of the implanted ions is minimised. For example, in the case of a wafer of monocrystalline silicon, the maximum temperature of the various phases of the method will be limited to 900° C.

FIG. 3 illustrates the case where several electronic components, reference number 5, have been developed on the flat race 2 and in the part of the wafer intended to form the thin layer.

The separation step then follows. It consists of applying separating mechanical forces, for example, tensile forces between the parts of the wafer or substrate situated on each side of the reference plane in a manner that fractures the remaining solid bridges. This operation allows to obtain the thin layer of semiconductor material fitted with electronic components in the case described. FIG. 4 illustrates this separation step in the course of which the thin layer 6 is

separated from the remaining mass 7 of the substrate by the action of forces acting in the opposite direction and represented by the arrows.

Experience shows that the tensile stress necessary to separate the upper part of the body of the substrate is low particularly when a shearing stress is applied between the upper part and the body of the substrate, that is to say when the stresses applied have a component applied along the reference plane. This is simply explained by the fact that the shear stress promotes the propagation of fractures and cavities within the reference plane.

The upper part of the substrate, being by nature thin, the tensile stress and/of the shear stress cannot in most cases be comfortably applied directly to it. It is then preferable, before the separation step, to wake the water, via its flat face 2, integral with a support or applicator through which the mechanical forces will be applied to the upper part of the wafer. This applicator is represented in FIG. 4 under reference number 8.

The applicator can be a rigid or a flexible support. By the term rigidly fixing the applicator onto the wafer, one understands here any sticking operation or operation of preparing the surfaces and bringing them into contact that allows sufficient bonding energy to be provided between the applicator and the flat face of the wafer to resist the tensile and/or shear and/or bending process(es) of the separation step.

The applicator can be, for example, a sheet of plastic material such as Kapton[(2)] which has been made adherent to the flat face of the substrate. In this example, after application of the method according to the invention, a thin layer of monocrystalline semiconductor on a sheet of Kapton® is obtained.

So as to properly transmit the stresses to the whole of the upper thin layer, the circuits created in and at the surface of the upper layer can have been covered with a protective layer, possibly making it flat, during the step of developing the electronic components. The applicator is then rigidly fixed to the upper thin layer of the wafer through this protective layer.

The applicator may also be a rigid support, for example a silicon wafer, the surface of which has been covered with a dielectric layer. An appropriate physico-chemical treatment is, for example, carried out on the flat face of the wafer and/or the surface of the applicator (carrying a dielectric layer or not) so that bringing them into contact, possibly associated with a heat treatment, rigidly fixes the flat face of the wafer and the applicator together.

In the case mentioned as an example where the applicator is a silicon wafer carrying a layer of oxide on its surface and where the semiconductor substrate is a wafer of monocrystalline silicon, after application of the method according to the invention, a wafer of silicon on insulator is obtained where the surface layer of silicon is the fine layer provided by the upper part of the substrate.

Furthermore, after separation of the thin layer from the rest of the wafer, the free face of this layer can allow the further repeat use of a substrate that can be fitted with electronic components produced completely or partially on the substrate. Such a stacking allows a "three dimensional" assembly of electronic circuits, the stiffener itself possibly including electronic components.

What is claimed is:

1. A method for producing a thin film comprising:

providing a first substrate having a face surface;

introducing hydrogen ions into the first substrate at the face surface, such that microcavities are formed in the first substrate during or after introducing the ions,

US 7,067,396 B2

7

wherein the microcavities define a thin film layer extending from the face surface to the microcavities, the microcavities reside between solid bridges of the first substrate, ~~and the hydrogen ions are introduced into the first substrate at a temperature and at a~~ total ~~amount so as not to fracture the solid bridges during energizing of the first substrate~~;

bonding a second substrate to the face surface of the first substrate; and

applying mechanical forces to fracture the solid bridges.

2. The method for producing a thin film according to claim **1**, further comprising applying energy to the first substrate.

3. The method for producing a thin film according to claim **2**, wherein applying energy comprises applying thermal energy.

4. The method for producing a thin film according to claim **2**, wherein applying energy comprises applying energy after introducing ~~hydrogen~~ ions.

5. A method for producing a thin film comprising:

providing a first substrate having a face surface;

introducing ~~hydrogen~~ ions into the first substrate at the face surface and forming microcavities in the first substrate, wherein the microcavities define a thin film layer extending from the face surface to the microcavities, the microcavities reside between solid bridges of the first substrate, ~~the hydrogen ions are introduced below the hydrogen diffusion temperature of the first substrate, and the total amount of hydrogen is below that necessary to fracture the solid bridges between the thin film layer and the first substrate during energizing of the first substrate~~;

bonding a second substrate to the face surface of the first substrate; and

applying mechanical forces to fracture the solid bridges.

6. The method for producing a thin film according to claim **5**, further comprising applying energy to the first substrate.

7. The method for producing a thin film according to claim **6**, wherein applying energy comprises applying thermal energy.

8

8. The method for producing a thin film according to claim **6**, wherein applying energy comprises applying energy after introducing ~~hydrogen~~ ions.

9. The method for producing a thin film according to claim **1**, wherein providing a first substrate comprises providing a substrate including silicon, and wherein the hydrogen ions are introduced into the first substrate at a temperature of about 350° C.

10. The method for producing a thin film according to claim **9**, whe░░░░░░░░░ions into the first substrate com░░░░░░░░░tation with a dose less than abo░░░░░░░░░timeter.

11. The m░░░░░░░░░film according to claim **10**, wh░░░░░░░░░ions into the first substrate com░░░░░░░░░tation with a dose greater than a░░░░░░░░░centimeter.

12. The m░░░░░░░░░film according to claim **1** further comprising thermally treating the first substrate at a temperature greater than about 350° C. after introducing hydrogen ions.

13. The method for producing a thin film according to claim **5**, wherein providing a substrate including silicon and wherein the hydrogen diffusion temperature is about 350° C.

14. The method for producing a thin film according to claim **13**, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose less than about 4E16 ions per square centimeter.

15. The method for producing a thin film according to claim **14**, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose greater than about 1E16 ions per square centimeter.

16. The method for producing a thin film according to claim **5** further comprising thermally treating the first substrate at a temperature greater than about 350° C. after introducing hydrogen ions.

\* \* \* \* \*

[handwritten annotations in margin: box "and wherein"; box "to"; box "and wherein"]

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 7,067,396 B2           Page 1 of 2
APPLICATION NO. : 10/784601
DATED          : June 27, 2006
INVENTOR(S)    : Aspar et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In references cited, Item [56] other publications:
Page 2, Column 1, line 55, "SI" should be --Si--.
Page 3:
Column 1, line 16, "keV" should be --KeV--.
Column 2, line 41, "37" should be --"--.
Page 4:
Column 1, line 44, "on" should be --of--.
Column 1, line 46, "Viod" should be --Void--.
Column 1, line 47, "Bombared" should be --Bombarded--.
Column 1, line 57, "Synman" should be --Snyman--.
Column 2, line 20, "Quality" should be --Qualify--.
Column 2, line 32, "ot" should be --to--.
Column 2, line 42, "Samrt" should be --Smart--.
Column 2, line 55, "Equllibrium" should be --Equilibrium--.
In the Specification:
Column 2, Line 26, "go" should be --so--.
Column 4:
Line 49, "$10^{11}$" should be --$10^{21}$--.
Line 50, "$2.10^{14}$" should be --$2.10^{16}$ --.
Column 5, Line 15, "$H^+/cm^2$" should be --$H^+/cm^3$--.
Column 6:
Line 8, "alone" should be --along--.
Line 9, "tact" should be --fact--.
In the Claims:
Column 6:
Line 65, Claim 1 "hydrogen" should be deleted.
Column 7:
Line 2, claim 1 --and wherein-- should be inserted after "microcavitites,".
Lines 4-7, claim 1 should be deleted after "substrate".
Line 17, claim 4 --to-- should be inserted before "claim".
Line 19, claim 4 "hydrogen" should be deleted.
Line 22, claim 5 "hydrogen" should be deleted.
Line 26, claim 5 --and wherein-- should be inserted after "ties,".
Lines 27-32 claim 5 should be deleted after "substrate".
Column 8:
Line 3, claim 8 "hydrogen" should be deleted.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,067,396 B2                                    Page 2 of 2
APPLICATION NO. : 10/784601
DATED             : June 27, 2006
INVENTOR(S)      : Aspar et al.

    It is certified that error appears in the above-identified patent and that said Letters Patent is
    hereby corrected as shown below:

    In the Claims: (cont'd)
    Column 8:
    Lines 4-39, Claims 9-16 should be deleted.

Signed and Sealed this

Ninth Day of January, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

℘JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES, S.A. and COMMISSARIAT À L'ÉNERGIE ATOMIQUE

## DEFENDANTS
MEMC ELECTRONIC MATERIALS, INC.

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
John L. Reed / Denise Seastone Kraft
Edwards Angell Palmer & Dodge LLP, 919 Market Street, Wilmington, DE 19801
(302) 777-7770

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

❏ 1  U.S. Government Plaintiff

⌧ 3  Federal Question
(U.S. Government Not a Party)

❏ 2  U.S. Government Defendant

❏ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ⌧ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 610 Agriculture | ❏ 422 Appeal 28 USC 158 | ❏ 400 State Reapportionment |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 362 Personal Injury - | ❏ 620 Other Food & Drug | ❏ 423 Withdrawal | ❏ 410 Antitrust |
| ❏ 130 Miller Act | ❏ 315 Airplane Product | Med. Malpractice | ❏ 625 Drug Related Seizure | 28 USC 157 | ❏ 430 Banks and Banking |
| ❏ 140 Negotiable Instrument | Liability | ❏ 365 Personal Injury - | of Property 21 USC 881 | | ❏ 450 Commerce |
| ❏ 150 Recovery of Overpayment | ❏ 320 Assault, Libel & | Product Liability | ❏ 630 Liquor Laws | **PROPERTY RIGHTS** | ❏ 460 Deportation |
| & Enforcement of Judgment | Slander | ❏ 368 Asbestos Personal | ❏ 640 R.R. & Truck | ❏ 820 Copyrights | ❏ 470 Racketeer Influenced and |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' | Injury Product | ❏ 650 Airline Regs. | ⌧ 830 Patent | Corrupt Organizations |
| ❏ 152 Recovery of Defaulted | Liability | Liability | ❏ 660 Occupational | ❏ 840 Trademark | ❏ 480 Consumer Credit |
| Student Loans | ❏ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ❏ 490 Cable/Sat TV |
| (Excl. Veterans) | ❏ 345 Marine Product | ❏ 370 Other Fraud | ❏ 690 Other | | ❏ 810 Selective Service |
| ❏ 153 Recovery of Overpayment | Liability | ❏ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ❏ 850 Securities/Commodities/ |
| of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 380 Other Personal | ❏ 710 Fair Labor Standards | ❏ 861 HIA (1395ff) | Exchange |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle | Property Damage | Act | ❏ 862 Black Lung (923) | ❏ 875 Customer Challenge |
| ❏ 190 Other Contract | Product Liability | ❏ 385 Property Damage | ❏ 720 Labor/Mgmt. Relations | ❏ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal | Product Liability | ❏ 730 Labor/Mgmt.Reporting | ❏ 864 SSID Title XVI | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | Injury | | & Disclosure Act | ❏ 865 RSI (405(g)) | ❏ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ❏ 892 Economic Stabilization Act |
| ❏ 210 Land Condemnation | ❏ 441 Voting | ❏ 510 Motions to Vacate | ❏ 790 Other Labor Litigation | ❏ 870 Taxes (U.S. Plaintiff | ❏ 893 Environmental Matters |
| ❏ 220 Foreclosure | ❏ 442 Employment | Sentence | ❏ 791 Empl. Ret. Inc. | or Defendant) | ❏ 894 Energy Allocation Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 443 Housing/ | **Habeas Corpus:** | Security Act | ❏ 871 IRS—Third Party | ❏ 895 Freedom of Information |
| ❏ 240 Torts to Land | Accommodations | ❏ 530 General | | 26 USC 7609 | Act |
| ❏ 245 Tort Product Liability | ❏ 444 Welfare | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 900Appeal of Fee Determination |
| ❏ 290 All Other Real Property | ❏ 445 Amer. w/Disabilities - | ❏ 540 Mandamus & Other | ❏ 462 Naturalization Application | | Under Equal Access |
| | Employment | ❏ 550 Civil Rights | ❏ 463 Habeas Corpus - | | to Justice |
| | ❏ 446 Amer. w/Disabilities - | ❏ 555 Prison Condition | Alien Detainee | | ❏ 950 Constitutionality of |
| | Other | | ❏ 465 Other Immigration | | State Statutes |
| | ❏ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

⌧ 1 Original Proceeding
❏ 2 Removed from State Court
❏ 3 Remanded from Appellate Court
❏ 4 Reinstated or Reopened
❏ 5 Transferred from another district (specify)
❏ 6 Multidistrict Litigation
❏ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Patent Infringement
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
❏ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ⌧ Yes  ❏ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE  5/19/08

SIGNATURE OF ATTORNEY OF RECORD  Denise S. Kraft

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

JS 44 Reverse  (Rev. 12/07)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**    **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**    **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**    **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**    **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**    **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**    **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**    Example:    U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.**    **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**    **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ 2 _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____/_____ COPIES OF AO FORM 85.

_____5/19/08_____
(Date forms issued)

_____
(Signature of Party or their Representative)

_____Mark A Stanford_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action