AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

District of Delaware

S.O.I.TEC Silicon On Insulator Technologies, S.A. and
Commissariat À L'Énergie Atomique )
  Plaintiff )
v. )   Civil Action No.   08-292-
MEMC Electronic Materials, Inc. )
  Defendant )

### Summons in a Civil Action

To: *(Defendant's name and address)*

MEMC Electronic Materials, Inc.
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
  Denise Seastone Kraft, Esq.
  Edwards Angell Palmer & Dodge LLP
  1209 Orange Street, Suite 1500
  Wilmington, DE 19801   (302) 425-7106

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: 5/19/08

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **05/19/08**,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
**Scott LaScala** _____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** _____.

Date: **5/19/08**

_____
Server's signature

**Robert Kelley**
Printed name and title

**800 N King St Wilmington, DE 19801**
Server's address