IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES, S.A. and COMMISSARIAT À L'ÉNERGIE ATOMIQUE,<br><br>      Plaintiffs,<br><br>    v.<br><br>MEMC ELECTRONIC MATERIALS, INC.<br>      Defendant. | Civil Action No.: 08-292 UNA<br><br>JURY TRIAL DEMANDED |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**
**(George W. Neuner, Alan M. Spiro, Brian M. Gaff and Carolyn D'Agincourt)**

    Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of George W. Neuner, Alan M. Spiro, Brian M. Gaff and Carolyn D'Agincourt of the law firm of Edwards Angell Palmer & Dodge LLP, 111 Huntington Avenue, Boston, Massachusetts 02199 to represent Plaintiffs SOITEC SILICON ON INSULATOR TECHNOLOGIES, S.A. and COMMISSARIAT À L'ÉNERGIE ATOMIQUE in this action.

Dated: May 23, 2008           EDWARDS ANGELL PALMER & DODGE LLP
Wilmington, Delaware

                                       /s/ Denise Seastone Kraft
                                       Denise Seastone Kraft (No. 2778)
                                       919 North Market Street, Suite 1500
                                       Wilmington, DE 19801
                                       (302) 777-7770
                                       (302) 777-7263 Facsimile
                                       dkraft@eapdlaw.com

**ORDER GRANTING MOTION**

    **IT IS HEREBY ORDERED** counsel's Motion for Admission Pro Hac Vice for George W. Neuner, Alan M. Spiro, Brian M. Gaff and Carolyn D'Agincourt is granted.

                                                                  J.

Dated:

WLM 513646.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, United States District Court for the District of Massachusetts, and the United States Court of Appeals for the Federal Circuit and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $ 25.00 has been submitted to the Clerk's office.

/s/ George W. Neuner
George W. Neuner
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199

WLM 513646.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $ 25.00 has been submitted to the Clerk's office.

Alan M. Spiro
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199

WLM 513646.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, United States District Court for the District of Massachusetts, Northern, Eastern, Central and Southern Districts of California, United States Court of Appeals, First, Ninth, and Federal Circuits, United States Supreme Court, the Bar of the State of New York, the Bar of the State of New Hampshire, and United States District Court for the District of New Hampshire and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $ 25.00 has been submitted to the Clerk's office.

_____
Brian M. Gaff
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199

WLM 513646.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and am admitted, in in-active status and in good standing as a member of the United States District Court for the District of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $ 25.00 is submitted herewith to the Clerk's office.

Carolyn Gouges d'Agincourt
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Avenue
Boston, Massachusetts 02199

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of May, 2008, a true and correct copy of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** (George W. Neuner, Alan M. Spiro, Brian M. Gaff and Carolyn D'Agincourt) was electronically filed with the Clerk of the Court using the CM/ECF system and a copy was served upon the following organization in the manner indicated:

**VIA HAND DELIVERY**

**MEMC ELECTRONIC MATERIALS, INC**
**C/O The Corporation Trust Company**
**1209 Orange Street**
**Wilmington, DE 19801**

Dated: May 23, 2008               EDWARDS ANGELL PALMER & DODGE LLP
Wilmington, Delaware

/s/ Denise Seastone Kraft
Denise Seastone Kraft (No. 2778)
919 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 Facsimile
dkraft@eapdlaw.com