IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I. Tec Silicon on Insulator Technologies S.A., and Commissariat a l'Energie Atomique,<br><br>            Plaintiffs,<br><br>v.<br><br>MEMC Electronic Materials Inc.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-292-SLR<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by Plaintiffs and Defendant, subject to approval of this Court, that the date by which MEMC Electronic Materials Inc. may answer, move or otherwise plead in response to the Complaint shall be extended one month from June 9, 2008 to July 9, 2008.

| | |
|---|---|
| /s/ *Denise S. Kraft*<br>Denise Seastone Kraft<br>Del. Bar # 2778<br>EDWARDS ANGELL PALMER & DODGE LLP<br>919 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>(302) 777-7770<br>Attorneys for Plaintiffs,<br>S.O.I. Tec Silicon on Insulator Technologies S.A. and<br>Commissariat a L'Energie Atomique | /s/ *Patricia Smink Rogowski*<br>Patricia Smink Rogowski<br>Del. Bar #2632<br>CONNOLLY BOVE LODGE & HUTZ LLP<br>1007 N. Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899-2207<br>(302) 658-9141<br>Attorneys for Defendant,<br>MEMC Electronic Materials Inc. |

SO ORDERED this _____ day of June, 2008.

 

_____
United States District Judge

615537v1(CB)