IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and COMMISSARIAT A LA ENERGIE ATOMIQUE,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br>　　　　Defendant. | )<br>)<br>)<br>)  Civil Action No. 08-292-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of **Robert M. Evans, Jr., David W. Harlan, Marc W. Vander Tuig** and **Richard L. Brophy** of Senniger Powers LLP to represent MEMC Electronic Materials, Inc. in this matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: June 9, 2008　　　　　　　　　　*/s/ Patricia Smink Rogowski*
　　　　　　　　　　　　　　　　　　　Patricia Smink Rogowski (#2632)
　　　　　　　　　　　　　　　　　　　**CONNOLLY BOVE LODGE & HUTZ LLP**
　　　　　　　　　　　　　　　　　　　1007 N. Orange Street
　　　　　　　　　　　　　　　　　　　Post Office Box 2207
　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19899-2207
　　　　　　　　　　　　　　　　　　　(302) 658-9141
　　　　　　　　　　　　　　　　　　　progowski@cblh.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant,*
　　　　　　　　　　　　　　　　　　　　*MEMC Electronic Materials, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated:_____    _____
　　　　　　　　　　　　　　　　　　　United States District Judge

615882v1(CB)

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 9th day of June, 2008, I electronically filed **MOTION AND ORDER FOR ADMISSION PRO HAC VICE (of Robert M. Evans, Jr., David W. Harlan, Marc W. Vander Tuig and Richard L. Brophy of Senniger Powers LLP)** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Denise Seastone Kraft.

**VIA CM/ECF and E-MAIL**
Denise Seastone Kraft
EDWARDS ANGELL PALMER
& DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
dcraft@eapdlaw.com

**VIA E-MAIL**
George W. Neuner
EDWARDS ANGELL PALMER
& DODGE LLP
101 Federal Street
Boston, MA 02110
gneuner@eapdlaw.com


_/s/ Patricia Smink Rogowski_
Patricia Smink Rogowski (Bar ID No. 2632)
progowski@cblh.com

615931v1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Missouri and Illinois, the United States Court of Appeals for the Eighth Circuit, the United States District Court for the Eastern District of Missouri, the United States Patent and Trademark Office, and the United States Court of Appeals for the Federal Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Robert M. Evans, Jr.
SENNIGER POWERS
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400

DATED: June 9, 2008

615107-1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Missouri, Supreme Court of the United States, Supreme Court of Missouri, Tenth Circuit Court of Appeals, Eighth Circuit Court of Appeals, Seventh Circuit Court of Appeals, United States District Court for the Eastern District of Missouri, United States District Court for the Western District of Missouri, United States District Court for the Central District of Illinois, United States District Court for the Southern District of Illinois and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
David W. Harlan
SENNIGER POWERS
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400

DATED: June 9, 2008

615107-1

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Missouri and the United States District Court for the Eastern District of Missouri and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Richard L. Brophy
**SENNIGER POWERS**
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400

DATED: June 9, 2008

615107-1

CERTIFICATION BY COUNSEL
TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Missouri, the United States District Court for the Eastern District of Missouri, the United States Court of Appeals for the Federal Circuit, and the United States Patent and Trademark Office and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or if not paid previously, the fee will be submitted ☒ to the Clerk's Office upon the filing of this motion.

*[signature]*
Marc W. Vander Tuig
**SENNIGER POWERS**
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400

DATED: June 9, 2008

615107-1