IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES, S.A. and COMMISSARIAT À L'ÉNERGIE ATOMIQUE,<br><br>Plaintiffs,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC.<br><br>Defendant. | Civil Action No.: 08-292 SLR<br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of the following counsel from the law firm of Winston & Strawn LLP; **Michael L. Brody**, 35 W. Wacker Drive, Chicago, Illinois 60601-9703; **Richard P. Gilly**, 1700 K Street, N.W., Washington, D.C. District of Columbia 20006-3817; **Gail J. Standish**, 333 S. Grand Avenue, Los Angeles, California 90071-1543; **Marcus T. Hall**, 101 California Street, San Francisco, California 94111-5802; and **Jason S. Charkow**, 200 Park Avenue, New York, New York 10166-4193 to represent Plaintiffs SOITEC SILICON ON INSULATOR TECHNOLOGIES, S.A. and COMMISSARIAT À L'ÉNERGIE ATOMIQUE in this action.

Dated: June 6, 2008
Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

/s/ Denise Seastone Kraft
Denise Seastone Kraft (No. 2778)
919 North Market Street, Suite 1500
Wilmington, DE 19801
(302) 777-7770
(302) 777-7263 Facsimile
dkraft@eapdlaw.com

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's Motion for Admission Pro Hac Vice is granted.

_____
J.

Dated:

WLM 513665.1

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, United States District Court for Arizona, the Central and Northern District of Illinois, Eastern District of Wisconsin, Eastern District of Michigan, United States Supreme Court, United States Tax Court and the United States Courts of Appeals for the 6th, 7th, 10th, and Federal Circuits and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $ 25.00 has been submitted to the Clerk's office.

_____
Michael L. Brody
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Pennsylvania, and Illinois and the United States Patent & Trademark Office and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $ 25.00 has been submitted to the Clerk's office.

Richard P. Gilly
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, D.C. District of Columbia 20006-3817

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, United States Patent & Trademark Office, United States District Court for the Central, Northern, and Southern Districts of California, and Eastern District of Texas, United States Court of Appeals, Third, Ninth, and Federal Circuits, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $ 25.00 has been submitted to the Clerk's office.

Gail J. Standish
WINSTON & STRAWN LLP
333 Grand Avenue
Los Angeles, California 90071-1543

WLM 513665.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, United States District Court for the Central, Eastern, Northern, and Southern Districts of California, United States Court of Appeals, Ninth, and Federal Circuits, and California Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $ 25.00 has been submitted to the Clerk's office.

Marcus T. Hall
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, California 94111-5802

WLM 513665.1

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Court for the Eastern and Southern Districts of New York, and the United States Court of Appeals for the Federal Circuit. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 5, 2005, I further certify that the annual fee of $ 25.00 has been submitted to the Clerk's office.

Jason S. Charkow
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166-4193

WLM 513665.1