IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES S.A. and COMMISSARIAT À L'ÉNERGIE ATOMIQUE,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br><br>　　　　Defendant. | Civil Action No.: 1:08-cv-00292-SLR |

## PLAINTIFFS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs S.O.I.TEC Silicon On Insulator Technologies S.A. and Commissariat à l'énergie Atomique make the following disclosure:

1.　　Plaintiff S.O.I.TEC Silicon On Insulator Technologies S.A. has no parent corporation.

2.　　Plaintiff Commissariat à l'énergie Atomique is a French government-funded technological research organization and has no parent corporation.

3.　　No publicly held corporation owns 10% or more of the stock of Plaintiff S.O.I.TEC Silicon On Insulator Technologies S.A.

Respectfully submitted,

Dated: June 16, 2008                                    **EDWARDS ANGELL PALMER**
                                                        **& DODGE LLP**


                                                        /s/ Denise Seastone Kraft
Of Counsel:                                             John L. Reed (DE No. 3023)
                                                        Denise Seastone Kraft (DE No. 2778)
                                                        919 North Market Street, Suite 1500
George W. Neuner (BBO No. 369640)                       Wilmington, DE 19801
Alan M. Spiro (BBO No. 475650)                          (302) 777-7770
Brian M. Gaff (BBO No. 642297)                          jreed@eapdlaw.com
Carolyn G. d'Agincourt (BBO No. 600614)                 dkraft@eapdlaw.com
EDWARDS ANGELL PALMER
& DODGE LLP
111 Huntington Avenue
Boston, MA 02199                                        *Attorneys for S.O.I.TEC Silicon On Insulator*
(617) 239-0100                                          *Technologies, S.A. and Commissariat à l'énergie*
(617) 227-4420 (fax)                                    *Atomique*

Michael Brody
WINSTON & STRAWN
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Gail Standish
WINSTON & STRAWN
333 South Grand Avenue
Los Angeles, California, 90071
(213) 615-1700

Marcus Hall
WINSTON & STRAWN
101 California Street
San Francisco, California 94111
(414)591-1000

Jason Charkow
WINSTON & STRAWN
200 Park Avenue
New York, NY 10166
(212)294-6700

2

## CERTIFICATE OF SERVICE

    I, Denise Seastone Kraft, hereby certify that on June 16, 2008, the attached **PLAINTIFFS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** was electronically filed with the Clerk of the Court using the CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/EFC:

Patricia Smink Rogowski
Connolly, Bove, Lodge & Hutz
1007 N. Orange Street
P. O. Box 2207
Wilmington, DE 19801

Dated: June 16, 2008        **EDWARDS ANGELL PALMER & DODGE, LLP**

        /s/ Denise Seastone Kraft
John L. Reed (DE No. 3023)
Denise Seastone Kraft (DE No. 2778)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
302.777.7770
302.777.7263