IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES, S.A. and COMMISSARIAT À L'ÉNERGIE ATOMIQUE,<br><br>Plaintiffs,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br><br>Defendant. | Civil Action No. 1:08-cv-292-SLR |

**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE,
MOTION FOR A MORE DEFINITE STATEMENT**

COMES NOW Defendant MEMC Electronic Materials, Inc. ("MEMC"), and, for its Motion to Dismiss under Fed. R. Civ. P. 12(b)(6) or, in the alternative, Motion for a More Definite Statement under Fed. R. Civ. P. 12(e), states as follows:

1. Plaintiffs, S.O.I.TEC Silicon on Insulator Technologies, S.A. and Commissariat À L'Énergie (collectively, "Soitec"), filed a "Complaint for Patent Infringement" on May 19, 2008 (D.I. 1). Soitec's Complaint contains three counts: Count I alleges willful infringement of U.S. Patent No. RE39,484; Count II alleges willful infringement of U.S. Patent No. 6,809,009; and Count III alleges willful infringement of U.S. Patent No. 7,067,396.

2. In Counts I, II, and III, Soitec alleges "on information and belief" that MEMC's purported infringement "is and has been willful" and seeks treble damages based on MEMC's alleged willful infringement. *See* Compl. (D.I. 1), ¶¶ 15, 19, 23, and p. 5. Soitec makes no further factual allegations to support its willful infringement allegations. Because Soitec's bare willful infringement assertions fail to provide

sufficient grounds upon which the relief it requests can be granted, Soitec's Complaint should be dismissed under Fed. R. Civ. P. 12(b)(6).

3. Alternatively, Soitec should be ordered to file a more definite statement, under Fed. R. Civ. P. 12(e), describing the specific grounds on which Soitec's willful infringement claims rest.

4. Filed contemporaneously herewith is MEMC's Opening Brief in Support of this Motion.

WHEREFORE, Defendant MEMC respectfully requests that this Court enter its Order as follows:

A. Dismissing Counts I, II, and III of plaintiffs' Complaint pursuant to Fed. R. Civ. P. 12(b)(6) because the Complaint fails to adequately plead facts sufficient to support a claim for willful patent infringement, OR, in the alternative,

B. Ordering plaintiffs to file a more definite statement, pursuant to Fed. R. Civ. P. 12(e), alleging facts (if any) with the required particularity to provide plaintiffs' basis for alleging that (1) MEMC engaged in the accused conduct despite an objectively high likelihood that its actions constituted infringement of U.S. Patent Nos. RE39,484; 6,809,009; 7,067,396; and (2) these objectively-defined risks of infringement were either known or so obvious that they should have been known to MEMC, as required under the controlling standard announced in *In re Seagate Tech., LLC*, 497 F.3d 1360 (Fed. Cir. 2007); and

C. Granting such other and further relief as the Court deems proper.

Respectfully submitted,

Dated: July 9, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

By: *Patricia S Rogowski*
Patricia S. Rogowski (I.D. #2632)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
(302) 658-5614 (Fax)
progowski@cblh.com

Of Counsel:

SENNIGER POWERS LLP
Robert M. Evans, Jr.
David W. Harlan
Marc W. Vander Tuig
Richard L. Brophy
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400
(314) 231-4342 (Fax)
revans@senniger.com
dharlan@senniger.com
mvandertuig@senniger.com
rbrophy@senniger.com

*Attorneys for MEMC Electronic Materials, Inc.*

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 9th day of July, 2008, I electronically filed **DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Denise Seastone Kraft.

**VIA CM/ECF and E-MAIL**
Denise Seastone Kraft
EDWARDS ANGELL PALMER
   & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
dkraft@eapdlaw.com

**VIA E-MAIL**
George W. Neuner
EDWARDS ANGELL PALMER
   & DODGE LLP
101 Federal Street
Boston, MA 02110
gneuner@eapdlaw.com


    */s/ Patricia Smink Rogowski*
Patricia Smink Rogowski (Bar ID No. 2632)
progowski@cblh.com

615931v1