IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES, S.A. and COMMISSARIAT À L'ÉNERGIE ATOMIQUE,<br><br>Plaintiffs,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br><br>Defendant. | Civil Action No. 1:08-cv-292-SLR |

### DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

As required by Rule 7.1 of the Federal Rules of Civil Procedure, defendant MEMC Electronic Materials, Inc. makes the following disclosure:

1. MEMC Electronic Materials, Inc. has no parent corporation.

2. No publicly held corporation owns 10% or more of the stock of MEMC Electronic Materials, Inc.

Respectfully submitted,

Dated: July 9, 2008

CONNOLLY BOVE LODGE & HUTZ LLP

By: /s/ Patricia S. Rogowski
Patricia S. Rogowski (I.D. #2632)
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
(302) 658-5614 (Fax)
progowski@cblh.com

Of Counsel:

SENNIGER POWERS LLP
Robert M. Evans, Jr.
David W. Harlan
Marc W. Vander Tuig
Richard L. Brophy
One Metropolitan Square
16th Floor
St. Louis, MO 63102
(314) 231-5400
(314) 231-4342 (Fax)
revans@senniger.com
dharlan@senniger.com
mvandertuig@senniger.com
rbrophy@senniger.com

*Attorneys for MEMC Electronic Materials, Inc.*

## CERTIFICATE OF SERVICE

I, Patricia Smink Rogowski, hereby certify that on this 9th day of July, 2008, I electronically filed **DEFENDANT'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** with the Court Clerk using CM/ECF which will send notification of such filing(s) to Denise Seastone Kraft.

**VIA CM/ECF and E-MAIL**
Denise Seastone Kraft
EDWARDS ANGELL PALMER
   & DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
dkraft@eapdlaw.com

**VIA E-MAIL**
George W. Neuner
EDWARDS ANGELL PALMER
   & DODGE LLP
101 Federal Street
Boston, MA 02110
gneuner@eapdlaw.com

/s/ Patricia Smink Rogowski
Patricia Smink Rogowski (Bar ID No. 2632)
progowski@cblh.com

615931v1