# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES, S.A. and COMMISSARIAT À L'ÉNERGIE ATOMIQUE,<br><br>       Plaintiffs/Counterclaim-Defendants,<br><br>  v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br><br>       Defendant/Counterclaim-Plaintiff,<br><br>  v.<br><br>Soitec U.S.A., Inc.,<br><br>       Counterclaim-Defendant. | Civil Action No. 1:08-cv-292-SLR |

**EXPERT REPORT OF JOHN T. GOOLKASIAN**

# EXPERT REPORT OF JOHN T. GOOLKASIAN

## TABLE OF CONTENTS

I.     Qualifications and Background................................................................................ 2

II.    Retention and Compensation. ............................................................................... 5

III.   Materials Reviewed. ............................................................................................. 5

IV.   Opinions and Expected Testimony. ...................................................................... 5

V.    Continuation and Continuation-In-Part (CIP) Applications ............................... 7

VI.   Allowance and Correction of Patent Claims After Allowance ............................ 9

VII.  Prosecution Histories of U. S. 6,809,009 and 7,067,396 ................................... 10

VIII. Prosecution History of U.S. 6,809,009 ............................................................. 11

IX.  Prosecution History of US Patent No 7,067,396 ............................................... 16

X.    Right to Supplement ........................................................................................... 25

invention (and other issues) in interferences. The decision of the Board constitutes the PTO's final determination of patentability and priority of invention. As a member of a Board panel, I made the PTO's final determination of patentability in contested cases more than 3,000 times.

4.     Prior to my appointment to the Board in 1983, I was a Protest and Inter-Partes examiner in the Office of the Assistant Commissioner for Patents. My primary duties there concerned the investigation and review of allegations regarding fraudulent procurement of patents, recommendation of final courses of action in such cases, and preparation of written decisions for signature by the Assistant Commissioner.

5.     I served in the PTO in various other capacities including Examiner, Supervisory Primary Examiner, Instructor and Chief Instructor at the Patent Academy (a school established by the PTO to teach patent practice and procedure). As a result, I am thoroughly familiar with the examining practices, procedures and policies of the PTO.

6.     In addition to my experience at the PTO, I have more than 17 years of professional experience outside of the PTO during which time I have prosecuted numerous patent applications at major law firms and written numerous validity and infringement opinions for major national and international corporations and the United States Department of Justice.

7.     I have considerable direct experience in reviewing the work of patent examiners to determine whether they followed existing PTO procedures and properly performed patent examinations. This experience came as a result of my being both a Supervisory Primary Examiner, an instructor at the PTO's Patent Academy program for teaching Examiners and a Protest and Inter-Partes Examiner in the Office of the Assistant

3

Commissioner for Patents. As a Supervisory Primary Examiner, I was often called upon to review the work of examiners to determine whether those examiners were sufficiently competent to be granted signatory authority by the Commissioner of Patents and Trademarks. Such reviews included a review of the entire prosecution history of an allowed or abandoned application to determine whether the invention was understood by the examiner, whether relevant references were properly applied, whether PTO procedures were properly followed and whether the allowed claims were patentable over the art of record. As an instructor at the Patent Academy I taught beginning and advanced examiners PTO examining procedures. Also, while in the Office of the Assistant Commissioner for Patents, I routinely reviewed the prosecution history of cases on which I worked to ascertain whether examination was being carried out properly.

8.     I have significant experience in reviewing the work of attorneys from the viewpoint of whether they comply with the PTO requirements of candor and disclosure in dealing with examiners. This experience comes as a result of having trained young attorneys regarding patent prosecution and having worked directly as a Protest and Inter-Partes Examiner in the Office of the Assistant Commissioner for Patents where my primary duties concerned investigation and evaluation of alleged violations of the duty of candor and disclosure by those concerned with the procurement of patents.

9.     Through my work as a Supervisory Primary Examiner, an Administrative Patent Judge on the Board and as an attorney who has written numerous infringement and validity opinions, I have considerable experience in reading, understanding and evaluating the contents of patent applications in various technologies.

10.     Prior to my experience in patent law and with the PTO, I was employed for about seven years as an engineer with the Naugatuck Chemical Division of the United States Rubber Co., and with DuPont.

## II.     Retention and Compensation.

11.     I have been retained by Defendant MEMC Electronic Materials Inc., as an expert witness to provide expert testimony in this case. I am being compensated at my usual rate of $700 per hour for my independent study, document review, analysis and any testimony I may provide in connection with this litigation. My compensation is not dependent upon my testimony or the outcome of this litigation.

## III.     Materials Reviewed.

12.     A list of materials I reviewed and relied on for this report is attached as Exhibit C. As trial approaches, I may be made aware of additional documents (or other information) and thus, I reserve the right to supplement or clarify this list.

13.     The various topics about which I may testify, my opinions and the reasons supporting them are set forth below.

## IV.     Opinions and Expected Testimony.

14.     If asked, I will testify at trial on the matters set forth in this expert report, as well as on other matters raised by any discovery that has not yet been taken. I therefore reserve the right to supplement and/or revise these opinions in light of new evidence or positions taken by Plaintiff S.O.I.TEC Silicon on Insulator Technologies, S. A. et al (hereinafter "Soitec"). Presently, I expect to testify concerning:

a.     the parts of a patent in general and of United States Patents No. 6,809,009 ("the '009 patent") and No. 7,067,396 ("the '396 patent" or "the patent-in-suit"), attached as Exhibit D, in particular:

5

b.     the subject matter and prosecution history of the '009 and '396 patents'

c.     the differences between continuation and continuation-in-part applications; and

d.     PTO practice and procedures which sometimes occur after prosecution on the merits has been officially closed. In particular I will opine on the handling of Amendments submitted under PTO Rule 312 and Certificates of Correction.

15.     I also expect to testify as to my opinions relating to the '009 and '396 patent as follows:

(a)     The application for the '009 patent was improperly identified as a continuation when in fact it was a continuation-in-part according to PTO practice.

(b)     The claims of the '009 patent were properly limited to the use of hydrogen as the bombardment ion.

(c)     The application for the '396 patent was improperly identified as a continuation application when in fact it was a continuation-in-part according to PTO practice.

(d)     The certificate of correction was entered by the PTO as a result of error committed by the PTO and its examiners. This error was caused by a misleading facsimile improperly sent to the PTO by applicants' litigation counsel.

(e)     Applicants' assignee and its attorneys took advantage of a clear PTO error and unjustly enriched applicants by improperly utilizing a certificate of correction to substantially broaden the claims, thereby avoiding examination.

## V.  Continuation and Continuation-In-Part (CIP) Applications.

16.  Under the Patent Office rules, if further examination of an application is desired, the applicant may file a "continuation application." A continuation application may be filed if the original "parent" application is under final rejection, if the inventor wishes to add or amend claims, or even if a patent will issue on the parent application but the inventor wishes to obtain claims of broader or narrower scope, or claims of the same scope but directed to different subject matter, e.g., product vs. process. In the latter instance, the new application may be termed a "divisional" application.

17.  The specification of a continuation application must be identical to the disclosure in the parent application, but may contain new or different claims provided each new claim is supported by the original patent application. A continuation application is entitled to priority based on the filing date of the parent application. However, if the parent application does not satisfy the description and enablement requirements of 35 U.S.C. § 112 for the subject matter claimed in the continuation application, the latter application is not entitled to the right of priority and is not properly called a "continuation."

18.  If an inventor wishes to add improvements or obtain claims covering specific subject matter not disclosed in the prior application, he or she must file a "continuation-in-part" ("CIP") application. A CIP application repeats a substantial part of a prior application and adds additional material. This additional material is sometimes referred to as "new matter." Thus, a CIP application (or patent issuing thereon) has two effective filing dates: material adequately disclosed in the parent application is entitled to the priority date of the parent application while the new matter is entitled only to the

7

priority date of the CIP application. If any new matter is included in a claim, that claim is entitled only to the priority date of the CIP application. However, if a claim is limited to only that subject matter adequately disclosed in the parent application, the claim is entitled to the date of the parent application.

19.    Whenever a patent applicant changes the scope of the claims, either by amendment or by including such claims in a continuation application, Examiners are required to (a) ensure that the original specification provides adequate descriptive support for that which is later claimed, and (b) ensure that the scope of enablement is reasonably commensurate with the scope of protection afforded by the changed claims (See MPEP 2163 through 2165 in particular 2163.05, Eighth Edition, Revision 2.) At times, a claim is modified to the extent it includes within its boundaries a significant number of inoperative embodiments and/or subject matter which lacks descriptive support in the specification. Examiners are taught to reject such claims under the "description" and "enablement" provisions of the first paragraph of 35 U.S.C. § 112.

20.    The PTO makes a particular effort to advise the patent bar regarding the problem of broadening claims in a continuation application and the potential loss of priority. See, in particular, MPEP § 2004, Guideline 14 and § 2163.05.

## VI.  Allowance and Correction of Patent Claims After Allowance.

21.     Once an examiner considers the claims of a pending application to be
Patentable, the examiner will mail an office action designated a Notice of Allowability.
This official action may also set forth the examiner's "reasons for allowance" when the
reasoning behind the allowance can not be clearly ascertained from the prosecution
history (MPEP §1302.14).  Additionally, the Notice of Allowability closes prosecution of
the application.  (See MPEP §1302.03 and Form PTOL-37.)  The Notice of Allowability
is usually followed by a more formal Notice of Allowance (MPEP §1303).  The latter
serves to advise the applicant that the issue fee is due and must be paid within a set time.

22.     Jurisdiction of the application remains with the Examiner until the Notice
of Allowance is mailed (MPEP §1305).  Upon mailing the Notice of Allowance, the
allowed application is forwarded (electronically) to the Office of Publication, a section
of the PTO outside the physical area in which the examiner is located (MPEP §1309).

23.     At times, after a Notice of Allowance has been mailed, a patent attorney
may wish to amend the specifications, drawings or claims.  This can be done by means of
an Amendment under 37 CFR 1.312 (Rule 312).  See MPEP §714.16-714 .19.  The PTO
advises that Rule 312 amendments are not to be used for continued prosecution.  This is
because prosecution of the application is officially "closed", i.e., ended as of the Notice
of Allowance.  Amendments under rule 312 are usually handled promptly, on an
expedited basis, and are usually denied entry when more than a cursory review of the
record is necessary or the amendment would involve materially added work on the part of
the examiner, e.g., checking excessive editorial changes in the specification or claims.

24.     Once a patent has been granted, printed and published, it is possible to correct minor errors (mistakes) in the specification and claims using a device called a Certificate of Correction. The patent statutes recognize two types of mistakes which can be corrected using a Certificate of Correction, (a) "Office" mistakes, which are incurred through the fault of the PTO and must be "clearly disclosed" by the records of the Office (35 USC § 254). (The Office has discretion to decline to issue a Certificate of Correction even though an Office mistake exists.), and (b) "applicant's" mistakes which must be of a clerical or typographical nature, or of minor character, which was not the fault of the PTO. When such mistakes occur in good faith, the Director of the PTO may issue a Certificate of Correction. See 35 USC § 255.

**VII.    Prosecution Histories of U. S. 6,809,009 and 7,067,396.**

25.     Before reviewing the prosecution histories of the '009 and '396 patents, it is important to recognize that although the file histories before the court reflect correspondence between the applicant and the examiner in the form of paper documents, the file which the examiner actually works with and the totality of documents which make up the prosecution history are in the form of an electronic document which is accessed by the examiner on a computer screen located in the examiner's office. Hence the examiner reads the documents individual page by individual page. Paper documents submitted by applicant are scanned into the data base and are available on the examiner's computer. Facsimiles are converted into paper and thence to an electronic form. Similarly, when the examiner completes a document, it is electronically sent to the mail room, converted into paper and sent to the applicant.

26.     In order to understand the prosecution history of the '396 patent, one must first review the prosecution history of the parent applications, especially the '516 application which matured into US 6,809,009. All of the parent applications have the same specification as the '396 patent, but differ, somewhat, in the claims. For ease of reference to the teachings of the '396 patent and parent specifications, I refer to the specification of the '396 patent and quote column and line from that patent.

**VIII.  Prosecution History of U.S. 6,809,009.**

27.     Application serial number 09/777,516, which matured into Pat. No. 6,809,009, was filed in the United States Patent and Trademark Office on February 6, 2001. The inventors are Bernard Aspar, Michel Bruel and Thierry Poumeyrol. The '516 application was itself a continuation of two previous applications which had been prosecuted and had matured as patents, more specifically, application No. 09/299, 683 filed on April 26, 1999, now Pat. No. 6,225,192 which was a continuation of application No. 08/856, 275, now Pat. No. 6,020,252.

28.     The invention described in the specification of the '009 patent relates to a method of producing a thin layer of semi-conductor material. The method involves an ion implantation step "consisting of" bombarding the flat face (of a semi-conductor material) with ions chosen from among the ions of rare gases or of hydrogen at a specific temperature and at a specific dose in order to create microcavities, in a plane called the reference plane. The method additionally includes a subsequent thermal treatment at a temperature to achieve separation of the wafer across the reference plane. (Col.2, lines 55-65). The ion implantation step is carried out with an ion dose between a minimum dose and a maximum dose, the minimum dose being that at which there will be sufficient

creation of microcavities to obtain embrittlement of the wafer along the reference plane. The maximum dose is described as a "critical dose" and is above that at which, during the thermal treatment step, there is separation of the wafer. (Col 3, lines 1-7.). The invention also includes a separation step of separating the wafer into two parts, across the reference plane. This step is provided after or during the thermal treatment step. This separation step comprises the application of mechanical forces between the two parts of the wafer. The mechanical forces can be tensile forces, shear forces or bending forces applied alone or in combination.

29.     The specification of the '009 patent describes a previous process taught in FR-A-2 681 472. That earlier French process was similar to that described in the '009 patent specification, but the doses implanted were "such that, <u>under the effect of the thermal treatment,</u> a layer of microcavities is obtained that allows the separation to be achieved directly" (emphasis added) (Col. 3, lines33-37). According to the invention described in the '009 patent, the doses implanted are <u>insufficient</u> to achieve a separation during the thermal treatment. The doses implanted only allow an embrittlement of the wafer at the reference plane and separation requires an extra step of applying mechanical forces. Furthermore, the critical dose, as defined in the invention, is less then the dose at which during the ion implantation and thermal treatment steps, there is blister formation on the flat face of the wafer. (Col.3, lines 37-46.) An important feature of the invention is said to lie "in the implantation of hydrogen or rare gas ions at a dose less than or equal to the dose above which there would be separation during the thermal treatment—the wafer remains sufficiently mechanically resistant to support all the thermal treatment steps necessary to produce electronic circuits." (Col. 4, lines 14-21.)

30. With regard to the ions used for implantation, the specification advises that the ions may be hydrogen or rare gas ions. The "rare gas ions" are not further defined and the specific rare gases to be used are not described. Moreover, the only gas ions exemplified are hydrogen gas ions.

31. The separation step is discussed at column 5, beginning at line 60 of the specification. The specification does imply that a combination of tensile and shear stresses may be applied to separate or pull apart the two portions of the wafer. The specification provides no instructions regarding, or apparatus capable of, providing the combined shear and tensile stresses.

32. The application for the parent '009 patent was filed as application No. 09/777,516 on February 6, 2001 with 12 original claims. Claim 1, the broadest original claim defined the ion implantation step as "consisting of bombarding said flat face with ions chosen from among the ions of rare gases or of hydrogen". I expect to testify that the "consisting of" language of the claims is similar to that of the specification and limits the description of the "ions" used in the implantation step to ions of hydrogen and rare gases.

33. The '516 application included a preliminary amendment which canceled claims 1-12 and added new claims 13-20. The preliminary amendment was accompanied by a new, signed, but undated, declaration. The declaration referred to the preliminary amendment. Hence, the preliminary amendment was and is considered by the PTO as part of the original disclosure. Notably, the preliminary amendment broadened the scope of the disclosure in two aspects. First, the "substrate" was no longer required to be a semiconductor substrate as described in the specification. Second, the "ions" were no

13

longer defined as "chosen from among the ions of rare gases or of hydrogen" but were now broadly defined as "ions". I expect to testify that the transmittal papers, signed by attorney Norman P. Soloway of Case, Soloway, Hennessee Grossman & Hage, P.C. improperly defined the application as a "Continuation Patent Application". This is because the claims were drafted to include subject matter not described in the original specification. Hence the application should have been designated a continuation-in-part application.

34.     On January 3, 2002, examiner George Fourson mailed an office action which rejected claims 13-20 under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1-30 of U. S. Patent No. 6,225,192. In response, attorney Soloway submitted a terminal disclaimer.

35.     On December 18, 2002 examiner Fourson mailed an office action rejecting claims 13-20 under 35 USC § 112, first paragraph, because the specification did not reasonably provide enablement for recitation of formation of microcavities broadly. The examiner noted that the specification indicated that there was a particular relationship between implantation energy, implantation dose and temperature of implantation but provided insufficient guidance to determine suitable conditions to achieve the recited formation of microcavities without undue experimentation. The examiner also rejected claims 13-20 under 35 USC §102 (e) as being anticipated by Henley, US 6,048,411.

36.     On June 27, 2003 attorney Soloway filed an amendment which traversed the examiner's grounds of rejection. The amendment included references which were purported to provide ample guidance regarding the formation of microcavities or bubbles

in a substrate through the introduction of ions. Attorney Soloway traversed the rejection over the Henley reference by advising the examiner that the application based its priority on French Patent Application Serial No. 9606086, filed May 15, 1996. Hence, according to the attorney, the Henley patent, which had an effective date of May 12, 1997, was not prior art.

37.     On September 23, 2003, examiner Fourson mailed an office action which was termed a Final Rejection. Examiner Fourson again rejected claims 13-20 under 35 USC § 112, first paragraph, because the specification was enabling only for the formation of microcavities using the conditions at page 8, line 34, at less than 350° C., the conditions at page 9, line 11 or the conditions at page 9, lines 17-19, did not reasonably provide enablement for recitation of formation of microcavities broadly. Notably, the conditions at page 8, line 25 were directed to the implantation of hydrogen ions in silicon and at a temperature below 350° C. The conditions at page 9, line 11 provided a minimum dose and energy level for the implantation of hydrogen ions and the conditions at page 9, line 17 through 19, were again limited to the implantation of hydrogen ions at certain dose ranges into a silicon substrate. The examiner noted that the specification did not enable any person skilled in the art to which the invention pertains to practice the invention commensurate in scope with the broad claims. The examiner noted that the specification provided "insufficient guidance to determine suitable combinations to achieve the recited formation of microcavities without undue experimentation". The examiner also noted, (see page 2), that the enablement was only "for the species of the instant invention wherein the conditions employed at instant page 8 line 34 at less than 350° C—as opposed to the genus encompassed by the instant claims, in part due to the

lack of description for the generically claimed invention." The examiner referred the applicant to MPEP section 2163 (A).

38.     On February 23, 2004 attorney Soloway filed a Request for Continued Examination and an amendment which canceled claims 1-12 and amended independent claim 13 to clarify that the ions introduced are hydrogen ions, and the ions are introduced at a temperature and amount below that necessary to fracture solid bridges during energizing of the substrate. The attorney also advised that a continuation application was being filed to pursue claims similar to previously pending claims 13-20. The amendment was followed by a supplemental IDS on May 13, 2004. The IDS did not discuss the references cited or the teachings therein and did not discuss the applicability of the references to the claims.

39.     On May 25, 2004, examiner Fourson mailed a Notice of Allowability. The notice included the examiner's statement of the reasons for allowance as follows: "The attached references in combination with the instant disclosure provides sufficient guidance to enable one of ordinary skill in the art to practice the instant invention without undue experimentation."

## IX.     Prosecution History of US Patent No 7,067,396.

40.     Application serial number 10/784,601, which matured into the '396 patent, was filed in the United States Patent and Trademark Office on February 23, 2004. The '601 application is labeled a continuation of application No. 09/777,516, which matured into Patent No. 6,809,009. The '516 application was itself said to be a continuation of two previous applications which had been prosecuted and had matured as patents, more specifically, application No. 09/299, 683 filed on April 26, 1999, now Patent No.

6,225,192 which was a continuation of application No. 08/856, 275, now Patent No. 6,020,252.

41.     The application for the '396 patent was filed as application Serial No. 10/784, 601 on February 23, 2004, by attorney Soloway with 12 original claims. Claim 1, the broadest original claim defined the substrate worked with as "semiconductor material" and described the ion implantation step as "consisting of bombarding said flat face with ions chosen from among the ions of rare gases or of hydrogen." The only step of the claims involving energy treatment was the "thermal treatment" of claim 1 line 10. I expect to testify that the "consisting of" language of the original claims is consistent with that of the specification regarding the definition of the "ions" used in the implantation step as being limited to hydrogen and rare gases.

42.     The '601 application included a preliminary amendment, filed by attorney Soloway on February 23, 2004, which canceled claims 1-12 and added new claims 13-20. These claims were identical to the claims rejected by the patent office (as not enabled) during prosecution of the '516 Application. The preliminary amendment was also accompanied by a new, signed but undated, declaration. The declaration referred to the preliminary amendment. Hence, the preliminary amendment was and is considered by the PTO as part of the original disclosure. Notably, the preliminary amendment broadened the scope of the disclosure in two aspects. First, the "substrate" was no longer required to be a semiconductor substrate as referred to in the specification. Second, the "ions" were no longer defined as "chosen from among the ions of rare gases or of hydrogen" but were now broadly defined as "ions". I expect to testify that the transmittal papers, signed by attorney Norman P. Soloway of Case, Soloway, Hennessee Grossman

17

& Hage, P.C. improperly defined the application as a "Continuation Patent Application". This is because the claims of the preliminary amendment were drafted to include subject matter neither disclosed nor described in the original specification. Hence the application should have been designated as a continuation-in-part application of at least the grandparent application. I expect to testify that evidence that "new matter" was included in the preliminary amendment is afforded by the newly submitted declaration which specifically referred to the preliminary amendment. Such a declaration is only needed when "new matter" is present in the preliminary amendment. On this point see MPEP § 602 V., Eighth Edition, Revision 2, May 2004.

43. On May 13, 2004 attorney Soloway filed a supplemental information disclosure statement. The IDS did not discuss the references or the relationship of the references to the claimed subject matter. On May 17, 2004 attorney Soloway filed another supplemental IDS. This IDS cited just one reference, Carter et al. Applications of Ion Beams to Materials. The reference appears to bear an imprint from a facsimile machine at the Brinks, Hofer firm in Chicago, Illinois. It is my understanding that the Brinks, Hofer firm was handling a related litigation. Apparently the Brinks, Hofer firm was also participating in the prosecution of the '601 application. The references submitted with both IDS's were said to have been brought to the attention of the applicant as a result of litigation.

44. On June 3, 2004 the PTO received a lengthy, 29 page, facsimile which included a copy of the specification, original claims and pages from the amendment previously submitted as a preliminary amendment. The preliminary amendment of the facsimile had the same attorney's docket number as the original preliminary amendment.

The transmission was received from a facsimile having the telephone number of 312-321-4299. This is the facsimile number of the Brinks Hofer firm. Pages 6-19 of the fax were an incomplete copy of the specification and abstract of the pending application. Pages 20-21 were a copy of Figures 1-4. The facsimile also contained two sets of claims. Set (A) on pages 22 through 24 of the facsimile included claims 13-28 that limited the method to the implantation of <u>hydrogen</u> ions into the substrate. For example, Claim 13 read as follows:

> Claim 13 (currently amended): A method for producing a thin film comprising:
>
> providing a first substrate having a face surface;
>
> introducing <u>hydrogen</u> ions into the first substrate at the face surface, such that microcavities are formed in the first substrate during or after introducing the ions, wherein the microcavities define a thin film layer extending from the first substrate to the microcavities, ~~and wherein~~ the microcavities reside between solid bridges of the first substrate, <u>and the hydrogen ions are introduced into the first substrate at a temperature and at a total amount so as not to fracture the solid bridges during energizing of the first substrate</u>;
>
> bonding a second substrate to the face surface of the first substrate; and
>
> applying mechanical forces to fracture the solid bridges.

Claim set (B) on pages 26-27 of the facsimile included different claims 13-20 which did not limit the implanted ions to hydrogen. Importantly, the PTO appears to have entered only the amendment included on pages 22-24 of the facsimile, i.e., claims 13-28. This is evidenced by a two-page document titled "Patent Application Fee Determination Record". The document reflects cancellation of claims original claims 1-12 and entry of claims 13-28. Accordingly the facsimile of additional claims 13-28 appears to have

engendered confusion in the PTO regarding the claims being prosecuted.

45. The prosecution file history includes a copy of the "Notice of Allowance" in the parent '516 application. This copy bears the imprint of the Hayes, Soloway law firm. The prosecution history also includes a copy of the Notice of Allowability from the parent case and an IDS dated December 6, 2004 advising the examiner of the existence of a related reissue application. Notably the IDS advises the examiner that claims of the related patent had been found invalid because of a lack of enablement but does not advise the examiner that the lack of enablement concerned how to carry out the implantation with ions other than hydrogen.

46. On January 3, 2005 attorney Soloway filed a supplemental IDS. The IDS cited a foreign patent document having a publication date of June 27, 2000. It was the attorney's position that the process disclosed in the cited reference supported his arguments that those skilled in the art had sufficient knowledge and skill as of May 1997 to practice the applicants' invention using ions other than hydrogen. I expect to testify that this position is contrary to the Federal Circuit decision in *Soitec v. Silicon Genesis* (Fed. Cir. 2003) which reminded the attorneys involved that an application must be enabling as of its filing date and the filing date of the parent application was May 14, 1997 with a priority date of May 15, 1996. It is evident that a publication on June 27, 2000 cannot be used to supplement the inadequate disclosure of the 1996 and 1997 applications on which priority was based.

47. On September 22, 2005 examiner Fourson mailed a first office action, which was a notice of allowability, allowing the hydrogen-only claims 13-28 of the applicant's June 3, 2004 fax-filed amendment. The examiner stated:

The following is an examiner's statement of the reasons for allowance: The instant claims are allowable for the reasons stated in parent application S.N. 09/777,516 and because the prior art taken alone or in combination is not seen to disclose or suggest implantation parameters sufficient to form the microcavities having the recited properties. Also, claims 23 and 27 are seen to recite a dose between $1 \times 10^{16}$ and $4 \times 10^{16}$ ions/cm$^{-2}$. (emphasis added)

I expect to testify that this office action reflects clear error on the part of the examiner. The preliminary amendment submitted on filing the application stopped at claim 20. In my opinion, when allowing the claims, the examiner had before him a computer screen showing the facsimile copy of claims 13-28 set (A), which limited the source of ions to hydrogen and treated it as a second amendment of the claims.

48. On October 6, 2005 attorney Soloway filed a Request for Clarification advising:

The Notice of Allowability mailed September 22, 2005 is at hand. Cipher 2 indicates the allowability of claims 13-28, however claims 13-20 are pending in this application. Furthermore, the Examiner's Statement of Reasons for Allowance makes specific reference to claims 23 and 27, which is confusing.

The PTO did not respond to attorney Soloway's request. I expect to testify that at this juncture, after a notice of allowability had been received, the examiners are most reluctant to spend time on the case because credit for the work has already been recorded and any further work must be done on the examiner's own, non-productive time.

49. On December 16, 2005, attorney Soloway filed an Amendment under Rule 312 that made minor editorial changes to claims 13 and 17. The amendment advised the examiner that the claims of the allowed application recited subject matter different from that of the claims in the parent application. More specifically, attorney Soloway advised

that according to the amendments filed by the attorney, the ions introduced into the

substrate were not limited to a particular ionic species. The Amendment read as follows:

> Claims 13 and 17 have been amended <u>to correct minor</u>
> <u>typographical errors.</u> <u>No new issues have been raised which would</u>
> <u>require further search or consideration by the Examiner.</u>
>
> Applicants note that the Examiner has stated that the pending
> claims are allowable, in part, in view of the reasons for allowance
> set forth in their parent application serial no. 09/777,516.
> Applicants assert that their instant claims recite different subject
> matter from the claims in their parent application. For example, in
> the instant claims, the ions introduced into the first substrate are
> not limited to a particular ionic species. Accordingly, Applicants
> assert that their instant claims are allowable over the prior art in
> view of the recited subject matter and are independently patentable
> over the claims of their parent application. (emphasis added)

The December 16, 2005 Rule 312 amendment changed the language of the phrase

appearing in claims 13 and 17, as follows: "wherein the microcavities define a thin film

layer extending from the [[first]] <u>face</u> surface to the microcavities. On December 22,

2005 attorney Soloway paid the issue fee.

     50.    On January 18, 2006 examiner Fourson mailed a response to the Rule 312

communication. The examiner entered the amendment "as directed to matters of form

not affecting the scope of the invention". I expect to testify that this statement is clear

error on the part of examiner Fourson. This is because the claims actually considered and

allowed by examiner Fourson were claims 13-28 which did, indeed, change the scope of

the invention claimed in Soloway's claims 13-20. That examiner Fourson was in error is

clear because the prosecution history file contains documents which reflect the error.

First, the specification contains a document labeled "Part of Paper No. 20050917" which

is an "issue classification sheet" which lists and re-numbers the claims. (See MPEP §

1302.09-1302.10.) That paper unquestionably indicates that as of September 17, 2005

examiner Fourson considered 16 claims as being allowable which claims were originally numbered 13-28. Further, the examiner's Response to the Rule 312 Amendment includes an additional page which is the first page of the Amendment under Rule 312. (This first page is initialed "okay to enter" but the initials are of someone other than examiner Fourson. It is probable that the initials are "MS" the examiner's supervisor, Matthew Smith. In my opinion, the examiner and/or the PTO were still operating under the assumption that claims 13-28 were at issue.

51.     On April 27, 2006 attorney Soloway filed a Status Request seeking to determine when the application was to issue. On May 4, 2006 the PTO advised attorney Soloway that the application had been forwarded to the Technical Center (the examining group) to have an amendment entered and had not been received back by the Office of Patent Publication.

52.     On June 27, 2006 the '396 patent issued containing claims 1 through 16 which limited the species of ion used to bombard the substrate to "hydrogen". The issued claims included the amended language ("face" instead of "first") that was requested by attorney Soloway in his Rule 312 amendment.

53.     On October 25, 2006 attorney Soloway petitioned for a Certificate of Correction. The certificate was said to be required "to correct significant printing errors". The applicants requested the following claim changes:

> In the Claims:
> Column 6:
> Line 65, "hydrogen" should be deleted.
>
> Column 7:
> Line 2, --and wherein--should be inserted after "microcavitities,".
> Lines 4-7, should be deleted after "substrate".
> Line 17, --to--should be inserted before "claims".

Line 19, "hydrogen" should be deleted.
Line 22, "hydrogen" should be deleted.
Line 26, --and wherein--should be inserted after "ties,".
Lines 27-32 should be deleted after "substrate".

Column 8:
Line 3, "hydrogen" should be deleted.
Lines 4-39, Claims 9-16 should be deleted.

None of these amendments were part of the applicants' December 16, 2005 Rule 312 amendment. The certificate broadened the claims by reciting "ions" without limitation to hydrogen. The certificate also canceled claims 9-16. The request for the certificate was accompanied by copies of the Rule 312 amendment, and the examiner's Response entering the amendment. However, the request did not include a copy of the additional claims included in the facsimile amendment submitted on June 3, 2004. Mr. Soloway represented to the PTO that "[t]he above changes are being made to conform the claims to the claims as amended under Rule 312." The Certificate of Correction was issued on January 9, 2007, but the file contains no indication of the procedures used to approve its entry. In my opinion the PTO's entry of the Certificate of Correction is contrary to case law and of the statue which requires the mistake to be either "clearly disclosed by the records of the office" if under 35 USC § 254 or "of a clerical or typographical nature, or a minor character" if under 35 USC § 255. In my opinion, the error was not caused by the PTO because the facsimile amendment submitted by the law firm of Brinks, Hofer is what caused the error. Hence, the error was not "clearly" disclosed in the PTO record and the use of the Certificate of Correction was clearly improper. Additionally, a mistake which affects the scope of the claims can not be of minor character and can not be corrected by certificate of correction. Such certificates are often handled by supervisory personnel who are not necessarily familiar with the prosecution and are processed quickly

24

by the PTO. See MPEP § 1480.01.

## X.  Right to Supplement

54.  In the event further issues arise which concern the prosecution of the patent-in-suit and what happened in the Patent and Trademark Office, I expect to supplement this report in this regard. I reserve the right to supplement and/or amend the opinions expressed herein in connection with positions taken by experts or plaintiffs, including any expert on Patent Office prosecution, to amplify what is stated above, where necessary, and especially in view of information not presently known to me or new information presented by plaintiff or plaintiff's experts prior to, or at trial, and to supplement this report should additional information be brought to my attention during the course of this proceeding. I understand that fact discovery is ongoing and that I may need to supplement this report when additional material becomes available.


Executed this 24 day of May, 2010 in _Silver Spring, Md._

By _John T. Goolkasian_
John T. Goolkasian

# Exhibit A

## CURRICULUM VITAE

NAME:

John T. Goolkasian, Esq.

**TELEPHONE:**

| | |
|---|---|
| Office – | (301) 460- 2857 |
| Facsimile - | (301) 460-3406 |
| Home - | (301) 460-5335 |

**ADDRESS:**

3810 Glen Eagles Drive
Silver Spring, MD   20906

**PRESENT POSITION:**

Patent Attorney; Consultant – May, 2005 to present.

**EDUCATION:**

Juris Doctorate, Georgetown University
Bachelor of Science, Chemical Engineering, Northeastern University
Graduate Work in Biochemistry, FAES Graduate School at National Institutes of Health

**EXPERIENCE:**

**Law Firm of Oblon, Spivak, McClelland, Maier & Neustadt, P.C. – January 1994 through May, 2005**

*Partner*

Involved in a wide variety of patent matters, including patent validity and infringement opinions, providing advice on the prosecution of patent applications, conducting routine patent prosecution, and serving as a patent law expert in litigation.

**United States Patent and Trademark Office (PTO) – 1977 through 1994**

*Examiner-in-Chief and Administrative Patent Judge, Board of Patent Appeals and Interferences – 1983 through 1994*
Served in a quasi judicial capacity to review adverse decisions of patent examiners and to determine priority of invention in interferences. Decisions appealable to the United States Court of Appeals for the Federal Circuit or reviewable by civil action in a United States District Court.

Wrote numerous opinions selected by PTO officials as reflecting the then current state of the law and/or PTO policy. The opinions, as listed below, were published in the *United States Patent Quarterly.*

Selected by PTO officials to be the first Board member sent to a foreign country, South Korea, to participate in the World Intellectual Property Organization's program to assist developing countries in formulating a modern patent law policy.

*Protest and Inter Partes Examiner, Office of the Assistant Commissioner for Patents 1981 through 1983*
Investigated allegations regarding fraudulent procurement of patents, recommended a final course of action and prepared written decisions.

**Law Firm of Schuyler, Birch, Swindler, McKie & Beckett - 1971 through 1977**

*Attorney/Partner*
Handled a well-rounded assortment of patent and trademark matters. Rendered numerous validity and infringement opinions. Wrote numerous briefs in trademark opposition and cancellation proceedings. Drafted and prosecuted patent applications.

**United States Patent Office – 1964 through 1971, 1977 through 1981**

*Patent Examiner to Supervisory Primary Examiner*
Examined patent applications in the technological arts of polymer chemistry, laminating, coatings and semiconductor processing. Trained and instructed junior examiners in the examination of patent applications.

Taught "basic" and "advanced" courses in the Patent Academy. Chief Instructor for the 1980 session of the Patent Academy.

**E.I. du Pont de Nemours & Co., Inc. & U.S. Rubber Company – 1956 through 1964**

*Technical Service Engineer*
Technical service engineer in polymer and coating technologies.

## PROFESSIONAL AFFILIATIONS:

American Bar Association
American Intellectual Property Law Association
Intellectual Property Section – District of Columbia Bar (Steering Committee – 1984)
Federal Circuit Bar Association
Maryland Patent Lawyer's Organization (President – 1998 – 1999)
Patent Lawyers Club of Washington, D.C.

## SPEECHES:

"PTO New Rules of Practice (Duty of Disclosure)", Chartered Institute of British Patent Agents, London, England, 1977

"Current Problems re: PTO Rule 56 – Some Solutions", Association of Corporate Patent Counsel, 1983

"Preparing an Appeal Before the Board of Appeals", Ohio Patent Law Association, 1985

"Conducting Litigation Sensitive Patent Prosecution", New Jersey Patent Law Association 1994

"Patent Law", Glycotechnology Conference, Washington, D.C., 1994

## PUBLICATIONS:

"PTO New Rules of Practice" (Duty of Disclosure), Journal of the Chartered Institute of British Patent Agents, 1977

"Practice in Appeals before the Board of Patent Appeals and Interferences," Chapter 102 of text, Intellectual Property Counseling and Litigation, Matthew Bender & Co., 1990

## PUBLISHED AUTHORED OPINIONS:

Ex parte Skinner, 1986 Pat. App. LEXIS 4, 2 U.S.P.Q. 2d 1788 (BPAI, 1986)

Ex parte Kifer, 1987 Pat. App. LEXIS 14, 5 U.S.P.Q. 2d 1904 (BPAI, 1987)

Ex parte Kranz, 1990 Pat. App. LEXIS 29, 19 U.S.P.Q. 2d 1216 (BPAI, 1990)

Ex parte Thim, 1991 Pat. App. LEXIS 36, 22 U.S.P.Q. 2d 1941 (BPAI, 1991)

Ex parte Sudilovsky, 1991 Pat. App. LEXIS 27, 21 U.S.P.Q. 2d 1702 (BPAI, 1991)

Ex parte Aggarwal, 1992 Pat. App. LEXIS 5, 23 U.S.P.Q. 2d 1334 (BPAI, 1992)

Ex parte Ochiai, 24 U.S.P.Q. 2d 1265 (BPAI, 1992)

Ex parte Maizel, 1992 Pat. App. LEXIS 38, 27 U.S.P.Q. 2d 1662 (BPAI, 1992)

Ex parte C, 1992 Pat. App. LEXIS 35, 27 U.S.P.Q. 2d 1492 (BPAI, 1992)

Ex parte Obukowicz, 1992 Pat. App. LEXIS 37. 27 U.S.P.Q. 2d 1063 (BPAI, 1992)

Ex parte Deuel, 1993 Pat. App. LEXIS 5, 27 U.S.P.Q. 2d 1360 (BPAI, 1993)

Ex parte Levengood, 1993 Pat. App. LEXIS 10, 28 U.S.P.Q. 2d 1300 (BPAI, 1993)

Ex parte Anderson, 1993 Pat. App. LEXIS 23, 30 U.S.P.Q. 2d 1866 (BPAI, 1993)

Ex parte Duel, 1993 Pat. App. LEXIS 33 U.S.P.Q. 2d 1445 (BPAI, 1993)

## PUBLISHED OPINIONS:

Ex parte Kimbell, 1985 Pat. App. LEXIS 19, 226 U.S.P.Q. 688 (BPAI, 1985)

Ex parte Breuer, 1986 Pat. App. LEXIS 16, 1 U.S.P.Q. 2d 1906 (BPAI, 1986)

Ex parte McCullough, Jr., 1987 Pat. App. LEXIS 2, 7 U.S.P.Q. 2d 1889 (BPAI, 1987)

Ex parte Karol, 1988 Pat. App. LEXIS 18, 8 U.S.P.Q. 2d 1771 (BPAI, 1988)

Ex parte Fujii, 1989 Pat. App. LEXIS 17, 13 U.S.P.Q. 2d 1073 (BPAI, 1989)

Ex parte Holt, 1991 Pat. App. LEXIS 2, 19 U.S.P.Q. 2d 1211 (BPAI, 1990)

Ex parte Anderson, 1991 Pat. App. LEXIS 12, 21 U.S.P.Q. 2d 1241 (BPAI, 1991)

Ex parte Gelles, 1992 Pat. App. LEXIS 4 (BPAI, 1992)

Ex parte Sorg, 1992 Pat. App. LEXIS 13. 22 U.S.P.Q. 2d 1958 (BPAI, 1992)

Ex parte Thomson, 1992 Pat. App. LEXIS 16, 24 U.S.P.Q. 2d 1618 (BPAI, 1992)

Ex parte Porter, Jr., 1992 Pat. App. LEXIS 27 (BPAI, 1992)

Ex parte Maziere, 1993 Pat. App. LEXIS 9, 27 U.S.P.Q. 2d 1705 (BPAI, 1993)

Ex parte Decastro, 1993 Pat. App. LEXIS 8, 28 U.S.P.Q. 2d 1391 (BPAI, 1993)

Ex parte Phillips, 1993 Pat. App. LEXIS 11, 28 U.S.P.Q. 2d 1302 (BPAI, 1993)

## PUBLISHED INTERFERENCE CASES

*Fiers v. Sugano et al v. Revel et al.*, 1991 Pat. App. LEXIS 44 (BPAI, 1991)

*Fiddes et al v. Baird et al.*, 1993 Pat. App. LEXIS 21, 30 U.S.P.Q. 2d 1481 (BPAI, 1993)

**EXHIBIT B**

**Cases in Which John T. Goolkasian Has Testified
By Deposition (D) or at Trial (T) During the Previous Four Years**

*Pfizer Inc. v. Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.*, Civil Action No. 1:02-cv-01628-TFM (W.D. Pa.), August 4, 2004 (D), December 5, 2007 (T)

*Mycogen Corporation, Mycogen Plant Science, Inc. v. Monsanto Com., Monsanto Technology, LLC*, Civil Action No. 1:04-cv-0573-DFH-WTL (S.D. Ind.); January 12, 2005 (D)

*Inland Empire Foods, Inc. v. Zateca Foods, LLC, et al.*, Civil Action No. 5:00-cv-00203-RT(Ex) (C.D. Cal.); January 19, 2005 (D)

*Honeywell International, Inc. and Honeywell Intellectual Properties, Inc. v. Hamilton Sunstrand Corp.*, Civil Action No. 1:03-cv-01153-GMS (D. Del.); February 15, 2005 (D)

*Smithkline Beecham Corp v. Ranbaxy Laboratories and Ranbaxy Pharmaceuticals, Inc.*, Civil Action No. 3:03-cv-02158-MLC (D. N.J.); March 22, 2005 (D)

*Cephalon, Inc. v. Mylan Pharmaceuticals.Inc., Teva Pharmaceuticals USA, Inc., Barr Laboratories, Inc., and Ranbaxy Laboratories Ltd.*, Civil Action No. 2:03-cv-01394-JCL-MF (D. N.J.); May 13, 2005 (D)

*UCB Societe Anonyme and UCB Pharma, Inc. v. Mylan Laboratories, Inc and Mylan Pharmaceuticals, Inc.*, Civil Action No. 1:04-cv-0683-WSD (N.D. Ga.); July 6, 2005 (D), December 19, 2007 (D)

*In re Metoprolol Succinate Patent Litigation*, MDL Docket No. 1620 (E.D. Mo.); August 11-12, 2005 (D)

*Albemarle Corporation v. Great Lakes Chemical*, Civil Action No. 3:02-cv-00505-JVP-DLD (M.D. La.); September 29, 2005 (D)

*Monsanto v. Aventis CropScience N.V.*, Civil Action No. 4:00-cv-01915-ERW (E.D. Mo.); August 9, 2002 (D); November 9, 2005 (T); February 23, 2006 (T)

*Haberman v. Playtex Products, Inc., Gerber Products Company and Wal-Mart Stores, Inc.* (W.D. Wis.), Civil Action No. 3:05-cv-00224-jcs (W.D. Wis.); December 1, 2005 (D)

*Honeywell International Inc., and Honeywell Intellectual Properties, Inc., v. Hamilton Sundstrand Corp.*, Civil Action No. 1:99-cv-00309-GMS (D. Del.); January 27, 2006 (D)

*Transocean Offshore Deepwater Drilling, Inc. v. GlobalSantaFe Corp., et al.*, Civil Action No. 4:03-cv-02910 (S.D. Tex.); April 12, 2006 (D); August 30, 2006 (T)

*Kinetic Concepts Inc. v. Bluesky Medical Corp.*, Civil Action No. 5:03-cv-00832-WRF (W.D. Tex.); April 19, 2006 (D)

2

*The Procter & Gamble Company v. United States of America*, Civil Action No. 1:05-cv-00355-MHW-TSH (S.D. Ohio); July 7, 2006 (D)

*Andrx Pharmaceuticals, LLC v. GlaxoSmithKline, PLC.*, Civil Action No 1:05-cv- 23264-DLG (S.D. Fla.); December 15, 2006 (D)

*Schindler Elevator Corporation and Inventio AG v. Otis Elevator Company*, Civil Action No. 1:06-cv-05377-CM-THK (S.D.N.Y.); May 31, 2007 (D)

*Donaldson Company, Inc. v. Baldwin Filters Inc.*, Civil Action No. 0:04-cv-2679-JNE-JSM (D. Minn.); August 9, 2007 (D)

*Graphon Corp. v. AutoTrader.com. Inc.*, Civil Action No. 2:05-cv-00530-TJW (E.D. Tex.); October 10, 2007 (D)

*Abbott Laboratories, et al, v. Impax Laboratories, Inc.*, Civil Action No. 1:03-cv-00120-SLR (D. Del.) (Consolidated); November 15, 2007 (D)

*United States Gypsum Company v. LaFarge North America, Inc*, Civil Action No. 1:03-cv-06027 (N.D. Ill.); November 27, 2007 (D)

*Akamai Technologies, Inc., and Massachusetts Institute of Technology v. Limelight Networks, Inc.*, Civil Action No. 1:06-cv-11109-RWZ (D. Mass.); December 12, 2007 (D), November 12, 2008 (T)

*Landmark Screens LLP v. Pennie & Edmonds LLP*, (Sup. Ct. Cal.), Case No.: 1-05-CV-053568; January 11, 2008 (D)

*In the Matter of Certain Nitrile Rubber Gloves*, Inv. No. 337- TA-608 (USITC); March 14, 2008 (D), May 22, 2008 (T)

*Molecular Diagnostics Laboratories v. Hoffman-La Roche Inc., et al.*, Civil Action No. 1:04-cv-01649 (HHK) (D. D.C.); April 4, 2008 (D)

*Novartis Pharmaceuticals Corp. v. Mylan Pharmaceuticals, Inc.*, Civil Action No. 3:06-cv-02885-MLC-TJB (D. N.J.); July 3, 2008 (D)

*Microsoft Corp, et al. v. Commonwealth Scientific and Industrial Research Corp.* (ED. Texas, Tyler Div.) Civil Action No. 6:06-cv-00549-LED; October 1, 2008 (D)

*Eli Lilly and Company v. Actavis Elizabeth LLC et al.* (D. NJ) Civil Action No. 07-3770 (DMC) (MF); March 20, 2009 (D); May 19, 2010 (T)

*Transocean Offshore Deepwater Drilling v. Maersk Contractors, USA Inc.;* (SD Tex. Houston, Div.) Case No. H-07-02392; June 9, 2009 (D)

*Davis–Lynch, Inc. v. Weatherford Int'l. Inc.* (ED Tex. Tyler Div.) Civil Case No. 6: 07-CV-559; July 17, 2009 (D)

*Otsuka Pharmaceutical Co. v. Sandoz,Inc et al.* (DC NJ) Consolidated as 3:07-CV-01000 (MLC)(JJH); July 31, 2009 (D)

*Adams Respiratory Therapeutics, Inc. et al. v. Perrigo Co. et al.* (WD Mich. SD) Civil Action No. 1:07-cv-0993-GJQ; October 26,2009 (D)

*BorgWarner Inc. and BorgWarner Turbo Systems, Inc. v. Honeywell International* (WDNC Asheville Div.) Civil Action No. 1:07CV184; October 29, 2009 (D)

*Hoffmann-La Roche Inc. v. Cobalt Pharmaceuticals Inc.* (DC NJ) Civil Action Nos. 07-4539, 07-4540, 08-4054 (SRC) (MAS); December 9, 2009 (D)

*Saxon Innovations, Inc. v. Nokia Corp.* (ED Texas, Tyler Div.) Civil Action No.6:07-CV-00490-LED; January 7, 2010 (D)

*American Medical Systems, Inc., and Laserscope v. Laser Peripherals, LLC* (DC MN) Civil Action No. 08-CV-4798; March 3, 2010. (D)

**Exhibit C**

**List of Data and Documents Reviewed**

*Pleadings*
- Complaint
- Answer
- MEMC's Motion to Admit Expert Testimony John T. Goolkasian and the supporting memorandum.
- Soitec's Answering Brief in Opposition to MEMC's Motion to Admit Expert Testimony of John T. Goolkasian.

*Documents*
- U.S. Patent Nos. 5,374,564; RE39,484; 6,020,252; 6,048,411; 6,225,192; 6,809,009; and 7,067,396.
- Copies of certified file histories for U.S. Patent Nos. 6,809,009 and 7,067,396.
- Prosecution file history of Reissue application SN 10/449,786 including Protest and Response to Protest.
- English language translation of French Brevet 9606086

*Other*
- USPTO Web Site and Telephone discussions with PTO personnel Re USPTO "paperless" document handling procedures
- Federal Circuit decision in Soitec S.A. et al v. Silicon Genesis Corporation.

# EXHIBIT D

US006809009B2

(12) **United States Patent**
Aspar et al.

(10) Patent No.: **US 6,809,009 B2**
(45) Date of Patent: **Oct. 26, 2004**

(54) **METHOD OF PRODUCING A THIN LAYER OF SEMICONDUCTOR MATERIAL**

(75) Inventors: **Bernard Aspar**, Rives (FR); **Michel Bruel**, Veurey (FR); **Thierry Poumeyrol**, Vaulnaveys-le-haut (FR)

(73) Assignee: **Commissariat a l'Energie Atomique** (FR)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/777,516**

(22) Filed: **Feb. 6, 2001**

(65) **Prior Publication Data**

US 2001/0007789 A1 Jul. 12, 2001

**Related U.S. Application Data**

(63) Continuation of application No. 09/299,683, filed on Apr. 26, 1999, now Pat. No. 6,225,192, which is a continuation of application No. 08/856,275, filed on May 14, 1997, now Pat. No. 6,020,252.

(30) **Foreign Application Priority Data**

May 15, 1996 (FR) ............................................. 96 06086

(51) Int. Cl.[7] ............................................ H01L 21/302
(52) U.S. Cl. ..................................... 438/459; 438/977
(58) Field of Search ..................... 257/E21.568; 438/460, 438/455, 458, 459, 406, 977, FOR 485; 148/DIG. 12

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,179,324 A | 12/1979 | Kirkpatrick | 156/230 |
| 4,704,302 A | 11/1987 | Bruel et al. | |
| 4,931,405 A | 6/1990 | Kamijo et al. | 437/12 |
| 5,034,343 A | 7/1991 | Rouse et al. | 437/86 |
| 5,110,748 A | 5/1992 | Sarma | 437/51 |
| 5,198,371 A | 3/1993 | Li | 437/11 |
| 5,234,535 A | 8/1993 | Beyer et al. | |

5,250,446 A 10/1993 Osowa et al.

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0355913 | 2/1990 | |
| EP | 0504714 | 9/1992 | |
| EP | 533551 A1 | 9/1992 | ........ H01L21/265 |
| EP | 665588 A1 | 1/1995 | ........... H01L21/20 |
| EP | 0 660 140 | 6/1995 | |
| EP | 0703 609 | 3/1996 | |
| EP | 703609 A1 | 3/1996 | ........ H01L21/762 |
| FR | 2681472 | 9/1991 | ........ H01L21/265 |
| FR | 2725074 | 3/1996 | |
| GB | 2 211 991 | 7/1989 | |
| JP | 53-104156 | 9/1978 | ........ H01L21/322 |
| JP | 59-54217 | 3/1984 | ........... H01L21/20 |
| WO | WO95/20824 | 8/1995 | |

OTHER PUBLICATIONS

"Hydrogen–Related Complexes as the Stressing Species in High–Fluence, Hydrogen–Implanted Single–Crystal Silicon" Cerofolini et al., *Physical Review B*, vol. 46, No. 4, 1992, pp. 2061–2070.

(List continued on next page.)

*Primary Examiner*—George Fourson
(74) *Attorney, Agent, or Firm*—Hayes Soloway P.C.

(57) **ABSTRACT**

The invention relates to a method of producing a thin layer of semiconductor material including:

a step of implanting ions through a flat face (2) of a semiconductor wafer in order to create a layer of microcavities, the ion dose being within a specific range in order to avoid the formation of blisters on the flat face,

a thermal treatment step in order to achieve coalescence of the microcavities

a possibly, a step of creating at least one electronic component (5) in the thin layer (6),

a separation step of separating the thin layer (6) from the rest (7) of the wafer.

16 Claims, 2 Drawing Sheets



### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,256,581 A | | 10/1993 | Foerstner et al. | 437/24 |
| 5,310,446 A | | 5/1994 | Konishi et al. | 117/58 |
| 5,374,564 A | * | 12/1994 | Bruel | 438/455 |
| 5,413,951 A | | 5/1995 | Ohori et al. | 437/61 |
| 5,494,835 A | * | 2/1996 | Bruel | 156/250 |
| 5,524,339 A | | 6/1996 | Gorowitz et al. | 29/841 |
| 5,559,043 A | | 9/1996 | Bruel | 437/24 |
| 5,567,654 A | | 10/1996 | Beilstein, Jr. et al. | 437/209 |
| 5,618,739 A | | 4/1997 | Takahashi et al. | 438/158 |
| 5,622,896 A | | 4/1997 | Knotter et al. | 438/123 |
| 5,633,174 A | | 5/1997 | Li | |
| 5,661,333 A | | 8/1997 | Bruel et al. | 257/618 |
| 5,714,395 A | * | 2/1998 | Bruel | 438/528 |
| 5,804,086 A | * | 9/1998 | Bruel | 216/33 |
| 5,817,368 A | | 10/1998 | Hashimoto | |
| 5,863,830 A | * | 1/1999 | Bruel et al. | 438/478 |
| 5,863,832 A | * | 1/1999 | Doyle et al. | 438/622 |
| 5,897,331 A | | 4/1999 | Sopori | |
| 5,993,677 A | * | 11/1999 | Biasse et al. | 216/36 |
| 6,020,252 A | | 2/2000 | Aspar et al. | 438/458 |
| 6,048,411 A | * | 4/2000 | Healey et al. | 148/33.5 |
| 6,294,478 B1 | * | 9/2001 | Sakaguchi et al. | 438/753 |
| 2004/0029358 A1 | * | 2/2004 | Park et al. | 438/458 |

### OTHER PUBLICATIONS

"Crystallographic Nature and Formation Mechanisms of Highly Irregular Structure in Implanted and Annealed SI Layers" Komarov et al., *Radiation Effects*, vol. 42, 1979, pp. 169–178.

"Observation of Blistering and Amorphization on Germanium Surface After 450 KeV Ar+ION Bombardment" Kamada et al, *Radiation Effects*, vol. 28, 1976, pp. 43–48.

."Orientation Dependence of Flaking of Ion Irradiated Aluminum Single Crystals" Ono et al., *Japanese Journal of Applied Physics*, vol. 15, No. 10, 1986, pp. 1475–1480.

"High Fluence Retention of Noble Gases Implanted in Silicon" Wittmaack et al., *Radiation Effects*, vol. 39, 1978, pp. 81–95.

"Application of Ion Beams to Materials, 1975" Carter et al., Inst. Phys. Conf. Ser. No. 28, Capter 1, 1976, pp. 30–36.

Ascheron, C., "A Comparative Study of Swelling, Radiation, Strain and Radiation Damage of High–Energy Proton–bombarded GaAs, GaP, InP, Si and Ge Single Crystals, Nuclear Instruments and Methods in Physics Research" Nuclear Instruments and Methods in Physics Research B36(1989) 163?172.

Ascheron, C., "A Study of Proton Bombardment Induced Swelling of GaP Single Crystals" phys. stat. sol. (a) 92, 169 (1985).

Ascheron, C., "Gettering of Copper in Proton–and Helium–Bombarded Buried Regions of Gallium Phosphide" Phys. stat. sol. (a) 106, 73 (1988).

Ascheron, C., "Investigations of Hydrogen Implanted GaP Single Crystals by Means of Particle Induced ?–Spectroscopy, Infrared Spectroscopy, and Turyherford Backscattering Channeling Technique" phys. stat. sol. (a) 89, 549 (1985).

Ascheron, C., "Proton Beam Modification of Selected AII-IBV Compounds" phys. stat. sol. (a) 124, 11 (1991).

Ascheron, C., "Swelling, Strain, and Radiation Damage of He+ Implanted GaP" phys. stat. sol. (a) 96, 555 (1986).

Asberon, C., "The Effect of Hydrogen Implantation Induced Stress on GaP Single Crystals" Nuclear Instruments and Methods in Physics Research B28 (1987) 350–359.

Bruel, M., "Silicon–On–Insulator" European Semiconductor, Mar. 1997.

Cassidy, Victor M., "Ion Implantation Process Toughens Metalworking Tools," Modern Metal, pp. 65–67, 1984.

Chu et al, "Radiation Damage of 50–250 keV Hydrogen Ions in Silicon", Ion Implantation in Semiconductors, eds. F. Chernob et al., Plenum New York 1976, pp. 483–492.

Chu, P. K. et al., Plasma Immersion Ion Implantation–A Fledgling Technique for Semiconductor Processing, Materials Science and Engineering Reports: A Review Journal, pp. 207–280, vol R17, Nos. 6–7, Nov. 30, 1996.

Chu, Kastle, Lever, Mader and Masters, S, Radiative Recombination Channels due to Hydrogen in Crystalling Silicon, Canham, Dyball Leong, Houlton, Cullis and Smith, Materials Science and Engineering, B4 (1989), pp. 41–45.

Ion Implantation in Semiconductor 1976, Chernow, Borders, Pirnum Press, New York and London, Radiation Damage of 50–250 keV Hydrogen Ions in Silicon, pp. 483–391.

Cullis, A.G., T.E. Seidel and R.L. Meek "Comparative study of annealed neon–, argon–, and krypton–ion implantation damage in silicon," J. Appl. Phys., 49(10), pp. 5188–5198, Oct. 1978.

EerNisse, E., "Compaction of ion–implanted fused silica" Journal of Applied Physics, vol. 45, No. 1, Jan. 1974.

EerNisse, E.P., "Role of Integrated Lateral Stress In Surface Deformation of He– implanted Surfaces" Journal of Applied Physics, vol. 48, No. 1, Jan. 1977.

Evans, J.H., "An Interbubble Fracture Mechanism Of Blister Formation On Helium–Irradiated Metals" Journal of Nuclear Materials 68(1977) 129–140.

Menko, N., "Infrared Absorption of Silicon Irradiated by Protons" phys. stat.sol. (b) 90, 689 (1978).

Gerasimenko, N., "Infrared Absorption of Silicon Irradiated by Protons" phys. stat.sol (b) 90, 689 (1978).

Greenwald, A.C., "Pulsed–electron–beam annealing of ion–implantation damage" J. Appl. Phys. 50(2), Feb. 1978.

Grovenor, C.R.M., Microelectronic Materials, pp. 73–75 (1989).

Haisma et al., Silicon–on–Insulator Wafer Bonding–Wafer Thinning Technological Evaluations, Japanese Journal of Applied Physics, 28(1989) Aug., No. 8, Part 1, Tokyo, Japan, pp. 1426–1443.

Hamaguchi et al., Device Layer Transfer Technique using Cheml–Mechanical Polishing, Japanese Journal of Applied Physics, 23(1984), Oct., No. 10, Part 2, Tokyo, Japan, pp. L815–L817.

Helium Bubble and Blister Formation for Nickel and An AMorphous Fe–Ni–Mo–B Alloy During 5 keV He+–Irradiation at Temperatures Between 200 K and 600 K, Swijgenhoven, Stals and Knuyt, Nuclear Instruments and Methods 209/210 (1983) pp. 461–468.

Hulett, D.M. et al., "Ion Nitriding and Ion Implantation: A Comparison," Metal Progress, pp. 18–21, 1985.

Japan Applied Physics; 64(8); Oct. 15, 1988; pp. 3972–3974.

Johnson, P.B., "High Fluence Deuteron Bombardment of Silicon" Radiation Effect 1977, vol. 32 pp. 159–167.

"Isolation by Inert Ion Implantation" IBM Technical Disclosure Bulletin vol. 29, No. 3, Aug., 1986, p. 1416.

Klem, J. F., Characteristics of Lift–Off Fabricated AIGaAs/InGaAs Single–Strained–Quantum Well Structures on Glass and Silicon Substrates, Inst. Phys. Conf. Ser. No. 96: Chapter 6, pp. 387–392 (1989).

Li, J., "Novel Semiconductor Substrate Formed by Hydrogen Ion Implantation into Silicon," Appl. Phys. Lett., vol. 55, No. 21, pp. 2223–2224, Nov. 20, 1989.

Ligeon, E., "Hydrogen Implantation in Silicon Between 1.5 and 60 KeV" Radiation Effects 1976, vol. 27, pp. 129–137.

Manuaba, A., "Comparative Study on Fe32Ni36Cr14P12B 6 Metallic Glass and its Polycrystalline Modification bombarded by 2000 keV Helium Ions with High Fluence" Nuclear Instruments and Methods 199 (1982) 409–419.

Matsuda et al., "Large Diameter Ion Beam Implantation System," Nuclear Instruments and Methods, vol. B21, pp. 314–316, 1987.

Mishima, Y. and T. Yagishita, T. "Investigation of the bubble formation mechanism in a Si:H Films by Fourier–transform infrared mirospectroscopy" J. Appl. Phys., vol. 64, No. 8, Oct. 15, 1988.

Miyagawa, S., "Helium remission during implantation of silicon carbide" J. Appl. Phys. 54 (5), May 1983.

Miyagawa, S., "Surface structure of silicon carbide irradiated with helium ions with monoenery and continuous energy distributions" J. Appl. Phys. 53(12), Dec. 1982, pp. 8697–8705.

Moreau, Wayne M., "Semiconductor Lithography, Principles, Practices, and Materials," Plenum Press, 1988. Table of Contents only.

Moriceau, H. et al, A New Characterization Process Used to Qualify SOI Films 1991 pp. 173–178.

Myers, D. R., The effects of ion–implantation damage on the first–order Raman Spectra of GaPa) J. Appl. Phys. 54(9), Sep. 19??.

Neethling, J.H. et al., Identification of Hydrogen Platelets in Proton–Bombarded GaAs, 1985, pp. 941?–945.

Paszti, F., "Flaking and Wave–Like Structure on Metallic Glasses Induced by MeV–Energy Helium Ions" Nuclear Instruments and Methods 209/210(1983) 273–280.

Picraux, S. Thomas et al., "Ion Implantation of Surfaces," Scientific American, vol. 252, No. 3, pp. 102–113 1985.

Primak, W., "Impurity Effect in the Ionization Dilation of Vitreous Silica" J. Appl. Phys. 39(13) 1968.

Renier, M. et al., "A New Low–Engergy Ion Implanter for Bombardment of Cylindrical Surfaces," Vacuum, vol. 35, No. 12, pp. 577–578, 1985.

Roth, J., "Blistering and Bubble Formation" Inst. Phys. Conf. Ser. No 28 © 1976: Chapter 7.

Sah, Chih–Tang et al., "Deactivation of the Boron Acceptor in Silicon by Hydrogen," Appl. Phys. Lett. 43(2), Jul. 1983, pp. 204–206.

Sioshansi, Piran, "Ion Beam Modification of Materials for Industry," Thin Solid Film, vol. 118, pp. 61–71, 1984.

Snyman, H. C., "Transmission Electron Microscopy of Extended Crystal Defects in Proton Bombarded and Annealed GaAs" Radiation Effects, 1983, vol. 69, pp. 199–230.

Snyman, H. C., "Void formation in annealed proton–bombarded GaAs".

Stephan, D., "Investigation of Lattice Strain in Proton–Irradiated GaP by a Modified Auleytner Technique" phys. stat. sol. (a) 87, pp. 589;596 (1985).

Sze, S.M., VLSI Technology, 2.sup.nd Ed., pp. 9–10 (1988).

Tzeng, J.C., "A Novel Self–Aligned Oxygen (Salox) Implanted SOI Mosfet Device Structure" Nuclear Instruments and Methods in Physics Research B2, pp. 112–115 (1987).

U.S. Dept. of Energy, "The Fusion Connection: . . . ", Plasma Coating, pp. 6–7, 1985.

Veldkamp, W.B. et al., "Binary Optics," Scientific American, pp. 50–55, May 1992.

Wemple, S.H., "Optical and channeling studies of ion–bombarded GaP" J. Appl. Phys., vol. 45, No. 4, Apr. 1974.

Wolf, Stanley Ph.D., Silicon Processing for the VLSI Era (vol. 2), pp. 66–79, Lattice Press, 1990.

EerNisse, E.P. et al, "Role of integrated laterial stress in surfaces deformation of He–implanted surfaces," Journal of Applied Physics, vol. 48, No. 1, Jan. 1997, pp. 9–17.

Evans, J.H., "An interbubble fracture mechanism of blister formation on Heluim–Irradiated Metals," Journal of Nuclear Materials, vol. 68, 1997, pp. 129–140.

Roth, J., "Blistering and bubble formation," Inst. Phys. Conf. Ser., No. 28, 1976, pp. 280–293.

Ligeon, E. et al., "Hydrogen Implantation in Silicon Between 1.5 and 60 KeV," Radiation Effects, Col. 27, 1976, pp. 129–137.

Ascheron, C. et al., "Gellering a Copper in Proton–and Helium–Bombarded Buried Regions of Gallium Phosphide,", Phys. Stat. So. (a), 106, 73, 1988, pp. 73–79.

Ascheron, C. et al., "A comparative study of Swelling, Strain and Radiation damage of High–Energy Proton–Bombarded GaAs, GaP, InP, Si and Ge Single Crystals," Nuclear Instructions and Methods In Physics Research, B36, 1989, pp. 163–172.

Ascheron, C. et al, "Proton Beam Modification of Selected A–III B–v Compounds," Phys. Stat. Sol. (a), 124, 11, 1991 pp. 10–55.

DiCioccio, et al., Silicon carbide on Insulator formation using the Smart Cut process, Electronics Letters, vol. 32, No. 12, Jun. 6, 1996, pp. 144–145.

Ascheron, C. et al, The Effect of Hydrogen Implantation Induced Stress on GaP Single Crystals, Nuclear Instruments & Methods in Physics Research, B28, 1987, pp. 350–359.

Bruel, Michel, "Application of hydrogen ion beams to Silicon on Insulator material technology", Nuclear Instruments and Methods in Physics Research, B108, 1996, pp. 313–319.

Auberton–Herve, A.J. et al, "SOI Materials for ULSI Applications", Semiconductor International, Oct. 1995, 5 pps.

Cristoloveanu, S. et al, "Electrical Properties of Unibond Material", Electrochemical Society Proceedings, vol. 96–3, pp. 142–147.

Maleville, C. et al, "Physical Phenomena involved in the Smart–Cut Process", Electrochemical Society Proceeding, vol. 96–3, pp. 34–46.

Chu et al, "Radiation Damage of 50–250 keV Hydrogen Ions in Silicon", Ion Implantation in Semiconductors, eds. F. Chernob et al., Plenum New York 1976, pp. 483–492.

Johnson, "High Fluence Deuteron Bombardment of Silicon", Radiation Effects, vol. 32, pp. 159–167.

Aspar, B. et al, "Characterization of SOI substrates: Application to Recent SIMOX and Unibond Wafers," Electrochemical Society Proceedings, vol. 96–3, pp. 99–111.

Bruel, M. et al, "Smart–Cut — a new SOI Material Technology based on hydrogen implantation an wafer bonding" CEA 1996, 24 pages.

Bruel, M. et al, "Smart–Cut": A promising New SOI material technology, Proceedings 1999 IEEE, International SOI Conference, Oct. 1995, pp. 178–179.

Ascheron, et al, Swelling, Strain, and Radiation Damage of He+ Implanted GaP, Phys.Stat.Sol.(a) 96, pp. 555–562, 1986.

Silicon–On–Insulator, European Semiconductor, Mar, 1997, pp. 17 and 18.

Aspar et al., SMART–CUT ®: The basic fabrication process for UNIBOND ° SOI wafers, SEMI 1996, pp. 37–46.

Klem et al., Characteristics of lift–off fabricated AlGaAs/InGaAs single–strained quantum well structures on glass and silicon substrates, Inst. Phys. Conf., Ser. No. 96: Chapter 6, pp. 387–392.

Hamaguchi et al., Devices Layer Transfer Technique using Chemi–Mechnical Polishing, Japanese Journal of Applied Physics, 23(1984), Oct., No. 10, Part 2, Tokyo, Japan, pp. L815–L817.

Haisma et al., Silicon–on–Insulator Wafer Bonding–Wafer Thinning Technological Evaluations, Japanese Journal of Applied Physics, 28(1989), Aug., No. 8, Part 1, Tokyo, Japan, pp. 1426–1443.

W.K. Chu, et al Radiation Damage of 50–250 keV Hydrogen Ions in Silicon Date Unknown.

William Primak et al Impurity Effect in the Ionization Dilatation of Vitreous Silica 1967.

Errol P. EerNisse, Compaction of Ion–Implanted Fused Silica, 1973.

S.H. Wemple et al., Optical and Channeling Studies of Ion–Bombarded GaP, 1973, pp. 1578–1588.

E.P. EerNisse et al., Role of Intergrated Lateral Stress in Surface Deformation of H–Implanted Surfaces, 1976, pp. 9–17.

J.H. Evans, An Interbubble Fracture Mechanism of Blister Formation on Helium–Trradiated Metals, 1977, pp. 129–140.

N..N. Gerasimenko et al., Infrared Absorption of Silican Irradiated By Protons, 1978 pp. 689–695.

A.C. Greenwalrd et al., Pulse–Electron–Beam Annealing of Ion Implantation Damage, 1978 pp. 783–786.

H.C. Snyman et al., Viod Formation in Annealed Proton–BombardedGaAs, 1981, pp. 243–245.

S. Miyagawa et al., Helium Reemission During Implantation of Silicon Carbide, 1982, pp. 2302–2306.

A. Manuaba et al., Comparative Study Of Fe32Ni36Cr14P12B6 Metallic Glass and Its Polycrystalline Modification Bombarded by 2000 keV Helium Ions With High Fluence 1982, pp. 409–419.

S. Miyagawa et al., Surface Structure of Silicon Carbide Irradiated with Helium Ions with Monoenergy and Continuous Energy Distributions, 1982, pp. 8697–8705.

H.C. Snyman et al., Transmission Electron Microscopy of Extended Crystal Defects in Proton Bombarded and Annealed GaAs, 1982, pp. 199–230.

D.R. Myers et al., The Effects of Ion–Implantation Damage on the First–Order Taman Spectra of GaPa, 1983, pp. 5032–5038.

F. Paszti et al., Flaking and Wave–Like Structure on Metallic Glasses Induced by MeV–Energy Helium Ions, 1983 pp. 273–280.

C. Ascheron et al., Proton Bombardment Induced Swelling of GaP, 1985, pp. 169–176.

C. Ascheron et al., Investigation of Hydrogen Implanted GaP Crystals, 1985, pp. 549–557.

J.H. Nethling et al., Identification of Hydrogen Platelets in Proton–Bombarded GaAs, 1985, pp. 941–945.

D. Stephan et al., Investigation of Lattice Strain in Proton–Trradiated GaP by a Modified Auleytner Technique, 1985, pp. 589–596.

J.C. Tzeng et al., A Novel Self–Aligned Oxygen (SALOX) Implanted SOI MOSFET Device Structure, 1985, pp. 112–115.

IBM Technical Disclosure Bulletin, Isolation by Inert Ion Implantation, 1986, vol. 29, No. 3.

J. Haisma et al., Silicon–On–Insulator Wafer Binding–Wafer Thinning Technological Evaluations, 1989, pp. 1426–1443.

Jianming Li, Novel Semiconductor Substrate Formed by Hydrogen Ion Implantation Into Silicon, 1989, pp. 2223–2224.

H. Moriceau et al., A New Characterization Process Used to Qualify SOI Films, 1991 pp. 173–178.

A.J. Auberton–Herve et al., SOI Materials For ULSI Application, 1995.

M. Bruel et al., "SMART–CUT": A Promising New SOI Material Technology, 1995, pp. 178–179.

M. Bruel et al., "SMART–CUT": A Promising New Material Technology, 1995, pp. 178–179.

B. Aspar et al, Transfer of Structured and Patterned Thin Silicon Films Using the SMART–CUT Process, 1996, pp. 1985–1986.

A.J. Auberton–Herve et al, A New SOI Material: SMART–CUT, 1996, pp. 214–219.

Michel Bruel, SMART–CUT Process: The Way to Unibond S.O.I. Wafers, 1996 (pages Unknown).

Leti OutLine–A New SOI Material Technology, 1996 (Author Unknown), (pages Unknown).

B. Aspar, Basic Mechanisms Involved in the SMART–CUT Process, 1997, pp. 223–240.

Michel Bruel et al, SMART–CUT: A New Silicon on Insulator Material Technology Based on Hydrogen Implantation and Wafer Bonding, 1997, pp. 1636–164, cOL. 36, Part 1, No. 3B.

L Di Cioccio et al, Silicon Carbide on Insulator Formation by the SMART–CUT Process, 1997 pp. 349–356.

Christophe Maleville et al, Wafer Bonding and H–Implantation Mechanisms Involved in the SMART–CUT Technology, 1997, pp. 14–19.

H. Moriceau et al, The SMART–CUT Process as a Way to Chieve Specific Film Thickness in SOI Structures, 1997, pp. (Unknown).

D. Munteanu et al, Detailed Characterization of Unibond Material, 1997, pp. 395–398.

Comparative study of annealed neon–, argon–, and krypton–ion implantation damage in silicon, A.G. Cullis, T. E. Seidel and R.L. Meck, J. Appl. Phys. 49(10) Oct. 1978, pp. 5188–5198.

Equilibrium Shape of Si, Eaglesham, White, Feldman, Moriya nd Jacobson, Physical Review Letters, vol. 70, No. 11, Mar. 15, 1993, pp. 1643–1646.

La Formation Des Cloques, Saint–Jacques, Nuclear Instruments and Methods 209/210 (1983), pp. 333–343.

Hydrogen Interaction with phosphorus ion implanted silicon, Tonini, Monelli, Corni, Ottaviani, Frabboni, Canteri, Queirolo Ion Implantation Technology–94, pp. 801–804.

Helium Bubble and Blister Formation for Nickel and An AMorphous Fe–Ni–Mo–B Alloy During 5 keV He+–Irradiation at Temperatures Between 200 K and 600 K, Swijgenhoven, Stals and Knuyt, Nuclear Instruments and Methods 209/210 (1983) pp. 461–468.

Infrared Spectroscopy of chemically bonded hydrogen at voids and defects in silicon, Stein, Myers and Follstaedt, J. Appl. Phys. 73(b6), Mar. 15, 1993, pp. 2755–2764.

Silicon–on–insulator produced by helium implantation and thermal oxidation, Raineri, Campisano, Appl. Phys. Lett. 66 (26), Jun. 26, 1995, pp. 3654–3656.

Radiative Recomination Channels due to Hydrogen in Crystalline Silicon, Canham, Dyball, Leong, Houlton, Cullis and Smith, Mterials Science and Engineering, B4 (1989) pp. 41–45.

Ion Implantation In Semiconductors 1976, Chernow, Borders and Brice, Pirnum Press, New York and London, Radiation Damage of 50–250 keV Hydrogen Ions in Silicon, Chu, Kastle, Lever, Mader and Masters, S, pp. 483–491.

"Silicon on insulator Material Technology" Bruel, M. Electronic Letters; 31 (1995) Jul. 6; No. 14; pp. 1201–1202.

"Investigation of the Bubble Formation Mechanism in a–Si:H films by Fourier–transform infrared microspectroscopy" Mishima et al Japan Allied Physics; 64(8); Oct. 15, 1988; pp. 3972–3974.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

# METHOD OF PRODUCING A THIN LAYER OF SEMICONDUCTOR MATERIAL

This application is continuation of prior U.S. application Ser. No. 09/299,683 filed Apr. 26, 1999, now U.S. Pat. No. 6,225,192 granted May 1, 2001, which in turn is a continuation of U.S. application Ser. No. 08/856,275 filed May 14, 1997, now U.S. Pat. No. 6,020,252.

This invention relates to a method of producing a thin layer of semiconductor material. The thin layer produced can possibly be provided with electronic components.

The invention permits the production of thin layers of either monocrystalline or polycrystalline or even amorphous semiconductor material, and for example the production of substrates of the Silicon on Insulator type or the production of self-supporting thin layers of monocrystalline semiconductor. Electronic circuits and/or microstructures can be either completely or in part created in these layers or in these substrates.

It is known that implanting ions of a rare gas or of hydrogen in a semiconductor material induces the formation of microcavities at a depth proximate to the mean penetration depth of the ions. The document FR-A-2 681 472 discloses a method which uses this property in order to obtain a thin film of semiconductor. This method consists of subjecting a wafer of the desired semiconductor material that includes a flat face, to the following steps:

- a first implantation step by bombarding the flat face of the wafer with ions creating, within the volume of the wafer and at a depth proximate to the penetration depth of the ions, a layer of microcavities separating the wafer into a lower region constituting the mass of the substrate and an upper region constituting the thin film, the ions being chosen from among the ions of rare gases or of hydrogen gas and the temperature of the wafer being maintained below the temperature at which the implanted ions can escape from the semiconductor by diffusion;
- a second step of bringing the flat face of the wafer into close contact with a support made up of at least one layer of rigid material. This close contact may be created, for example using an adhesive substance, or by the effect of a preliminary preparation of the surfaces and possibly a thermal and/or electrostatic treatment in order to promote interatomic bonding between the support and the wafer;
- a third step of thermal treatment of the wafer-support assembly at a temperature greater than the temperature at which the implantation was carried out and sufficient to create, through a crystal rearrangement effect in the wafer and through the pressure of the microcavities, a separation between the thin film and the mass of the substrate. This temperature is, for example 500° C. for silicon.

This implantation is capable of creating a layer of gaseous microbubbles. This layer of microbubbles thus created within the volume of the wafer; at a depth proximate to the mean penetration depth of the ions demarcates, within the volume of the wafer, two regions separated by this layer one region intended to constitute the thin film and one region forming the rest of the substrate.

According to the implantation conditions, after implantation of a gas, such as, for example hydrogen, cavities or microbubbles may or may not be observable by transmission electronic microscopy. In the case of silicon, it can be obtained microcavities, the size of which can vary from a few nm to several hundreds of nm. Hence, particularly when

the implantation temperature is low, these cavities are only observable during the thermal treatment stage, a step during which nucleation is brought about in order to end up with the coalescence of the microcavities at the end of the thermal treatment.

The method described in the document FR-A-2 681 472 does not allow the production of electronic circuits in or at the surface of the flat face of the wafer after the ion implantation step. Indeed, the creation of such circuits implies the carrying out of certain classic micro-electronics operations (diffusion annealing, deposition etc.) that require thermal treatment stages (typically from 400° C. to 700° C.) according to the steps for silicon. At these temperatures, blisters form on the surface of the flat face of the implanted wafer. By way of example, for an implantation of hydrogen ions at a dose of $5.10^{16}$ protons/cm² and at 100 keV energy in a silicon wafer, a thermal treatment carried out at 500° C. for 30 min. leads to degradation of 50% of the surface of the flat face of the wafer, this degradation resulting in the appearance of blisters and to their bursting. It is then no longer possible to properly ensure that the flat face of the wafer is brought into close contact with the support (which will be called the applicator in the subsequent description) so as to detach the semiconductor layer from the rest of the wafer.

This phenomenon of the formation of blisters and craters in the surface of a silicon wafer implanted with hydrogen ions after annealing has been discussed in the article "Investigation of the bubble formation mechanism in a-Si:H films by Fourier-transform infrared microspectroscopy" by Y. Mishima and T. Yagishita, that appeared in the J. Appl. Phys. 64 (8), Oct. 15, 1988, pages 3972–3974.

This invention has been conceived in order to improve the method described in the document FR-A-2 681 472. After a step of ion implantation within a range or appropriate doses and before the separation step, it allows to carry out a thermal treatment of the part of the wafer corresponding to the future thin layer, in particular between 400° C. and 700° C. for silicon, without degrading the surface condition of the flat face of the wafer and without separation of the thin layer. This intermediate thermal treatment can form part of the operations for developing electronic components or can be applied for other reasons.

The invention is also applicable in the case where the thickness of the thin layer is sufficient to confer good mechanical characteristics on it, in which case it is not necessary to use an applicator in order to achieve the separation of the thin layer from the rest of the wafer, but where it is desired, despite everything, to avoid surface defects in the flat face.

Therefore an objective of the invention is a method of production of a thin layer of semiconductor material from a wafer of said material having a flat face, including an ion implantation step consisting of bombarding said flat face with ions chosen from among the ions of rare gases or of hydrogen, at a specific temperature and a specific dose in order to create, in a plane called a reference plane and situated at a depth proximate to the mean depth of penetration of the ions, microcavities, the method also including a subsequent thermal treatment step at a temperature sufficient to achieve separation of the wafer into two parts, across the reference plane, the part situated on the side of the flat face constituting the thin layer, characterised in that:

- the ion implantation step is carried out with an ion dose between a minimum dose and a maximum dose, the minimum dose being that from which there will be sufficient creation of microcavities to obtain the

embrittlement of the wafer along the reference plane, the maximum dose, or critical dose being that above which, during the thermal treatment step, there is separation of the wafer,

a separation step of separating the wafer into two parts, across the reference plane, is provided after or during the thermal treatment step, this separation step comprising the application of mechanical forces between the two parts of the wafer.

These mechanical forces can be tensile forces, shear forces or bending forces applied alone or in combination.

In the application, by microcavities, one understands cavities that can be of any form; for example, the cavities can be of a flat shape, that is to say of small height (a few interatomic distances) or of substantially spherical shape or any other different shape. These cavities can contain a free gaseous phase and/or atoms of gas arising from the implanted ions fixed to atoms of the material forming the walls of the cavities. In Anglo-Saxon terminology, these cavities are generally called "platelets", "microblisters" or even "bubbles".

The thermal treatment carried out with the purpose of achieving separation of the thin layer from the rest of the wafer, allows the microcavities to be brought to a stable state. Indeed, under the effect of temperature, the microcavities coalesce to reach a final definitive condition. Hence, the temperature is chosen in such a way that this condition is obtained.

According to document FR-A-2 681 472, the doses implanted are such that, under the effect of the thermal treatment, a layer of microcavities is obtained that allows the separation to be achieved directly.

According to this invention, the doses implanted are insufficient to achieve a separation during the thermal treatment, the doses implanted only allow an embrittlement of the wafer at the reference plane, the separation requires an extra step of applying mechanical forces. Furthermore, the critical dose, as defined in the invention, is less than the dose at which during the ion implantation and thermal treatment steps, there is blister formation on the flat face of the wafer. The problem of blisters does not therefore arise in the invention.

The method according to the invention can include, between the thermal treatment step and the separation step, a step consisting of producing all or part of at least one electronic component in the part of the wafer before forming the thin layer.

If the production of this electronic component requires phases of heat treatment, these are preferably carried out at a temperature below that of the thermal treatment.

If needed, just before the separation step, an extra step is provided, consisting of bringing said wafer, on the side of said flat face, into close contact with and rigidly fixing it to a support through which mechanical forces such as tensile and/or shearing forces will be applied.

This support can be a flexible support, for example a sheet of Kapton®. It can also be a rigid support such as a wafer of oxidised silicon.

The invention will be better understood and other advantages and features will become apparent on reading the description that follows, giving by way of a non-limitative example, in which:

FIG. 1 represents diagrammatically a wafer of semiconductor material, one face of which is being subjected to ion bombardment in application of the method according to this invention,

FIG. 2 represents diagrammatically the preceding wafer, at the end of the thermal treatment step intended to cause the microcavities to coalesce, according to this invention,

FIG. 3 represents diagrammatically the preceding wafer, after formation of electronic components in the part corresponding to the desired thin layer,

FIG. 4 represents diagrammatically the step of separating the preceding wafer into two parts, in accordance with this invention.

An important feature of this invention lies in the implantation of hydrogen or rare gas ions at a dose less than or equal to the dose above which there would be separation during the thermal treatment. The dose used is such that it permits embrittlement of the material at a depth $R_p$ corresponding to the mean distance travelled by the ions in the material, but the wafer remains sufficiently mechanically resistant to support all the thermal treatment steps necessary to produce the electronic circuits. In other terms, the implanted wafer has, in the area of the microcavities, solid bridges linking the part of the wafer designed to form the thin layer and the remaining part of the wafer.

The description is now going to be directed to the production of a thin layer of semiconductor material from a thick substrate having a flat face. The starting substrate may or may not be covered on this flat face with one or several layers of materials, such as, for example, encapsulating materials such as a dielectric.

FIG. 1 illustrates the ion implantation step of a wafer 1 of semiconductor material. The flat face 2 of the wafer receives the ionic bombardment represented by arrows. In the case where the flat face 2 of the wafer is covered with one or several non-semiconductor materials, the energy of the ions is chosen to be sufficient for them to penetrate into the mass of semiconductor material.

If the case arises, the thickness of the implanted semiconductor material must be such that all or part of electronic components and/or microstructures can be produced in the thin layer. By way of example, the mean penetration of hydrogen ions is 2 $\mu$m at 200 keV in silicon.

The ion implantation of these types of ions into the semiconductor substrate creates, at a depth proximate to the depth corresponding to the mean distance $R_p$ travelled by the ions along a perpendicular to the flat face, an area 3 with a high concentration of atoms giving rise to microcavities. For example, the maximum concentration of hydrogen is $10^{21}$ H$^-$/cm$^3$ for an implantation dose of $2.10^{16}$ H$^+$/cm$^2$ at 100 keV. This ion implantation step must be carried out at a temperature such that the implanted gas ions do not diffuse any great distance as the implantation step goes along. This would interfere with or ruin the formation of microcavities. For example, in the case of an implantation of hydrogen ions in silicon, the implantation will be carried out at a temperature below 350° C.

The implantation dose (number of ions received per unit surface area during the implantation period) is chosen in such a way that the dose is less than or equal to a dose, called the critical dose, such that, above this critical dose, during the subsequent thermal treatment step, there is separation of the thin layer from the rest of the wafer. In the case of implantation of hydrogen ions, this critical dose is of the order of $4.10^{16}$ H$^+$/cm$^2$ for an energy of 160 keV.

The implantation dose is also chosen to be greater than a minimum dose from which going to the subsequent thermal treatment step, the formation of microcavities and the interaction between them is sufficient, that is to say it permits the embrittlement of the implanted material in the area of the microcavities 3. This means that solid bridges of semiconductor material still exist between the microcavities. In the case of an implantation of ions of hydrogen gas into a silicon substrate, this minimum dose is of the order of $1.10^{16}$/cm$^2$ at an energy of 100 keV.

The following step of the method according to the invention consists of a thermal treatment of the wafer at a temperature that is sufficient to allow coalescence of the microcavities along the reference plane. In the case of an implantation, at a temperature below 350° C., of ions of hydrogen gas into a silicon substrate and a dose of $3.10^{16}$ $H^+/cm^2$ at an energy of 100 keV, after a thermal treatment of thirty minutes at 550° C., it is observed by transmission electronic microscopy in section, cavities of height equal to a few fractions of nanometers and with an extension, along the reference plane of several nanometers or indeed several tens of nanometers. This thermal treatment permits, at the same time, the precipitation and then stabilisation of the atoms of implanted gas in the form of microcavities.

The microcavities 4 (see FIG. 2) occupy, along the reference plane, a surface area approximately equal to the surface area implanted. The cavities are not situated exactly in the same plane. They are in planes parallel to the reference plane, some nanometers or tens of nanometers from this reference plane. For this reason, the upper part of the substrate situated between the reference plane and the flat face 2 is not totally separated from the body of the substrate, the body of the substrate being defined as the rest of the substrate between the reference plane and the faces of the substrate other than the flat face. The remaining bonds are sufficiently strong to support the steps of manipulation and of annealing brought about by the technological steps taken in the creation of the integrated circuits. However, the bond between the upper part and the mass of the substrate is very much weakened since this bond is only made through bridges of semiconductor material situated between the cavities.

All or a part of electronic components, circuits and microstructures can then be created on the flat face 2 (at the surface or under the surface)

The ion implantation energy of the hydrogen or rare gas ions in the first step has been chosen in such a way that the depth of the area of microcavities is sufficient for it not to be disturbed by the creation of components, electronic circuits and/or microstructures during this step. Furthermore, the whole of the thermal annealing operations that the development of electronic circuits or microstructures requires, is chosen in such a way that possible diffusion of the implanted ions is minimised. For example, in the case of a wafer of monocrystalline silicon, the maximum temperature of the various phases of the method will be limited to 900° C.

FIG. 3 illustrates the case where several electronic components, reference number 5, have been developed on the flat face 2 and in the part of the wafer intended to form the thin layer.

The separation step then follows. It consists of applying separating mechanical forces, for example, tensile forces between the parts of the wafer or substrate situated on each side of the reference plane in a manner that fractures the remaining solid bridges. This operation allows to obtain the thin layer of semiconductor material fitted with electronic components in the case described. FIG. 4 illustrates this separation step in the course of which the thin layer 6 is separated from the remaining mass 7 of the substrate by the action of forces acting in the opposite direction and represented by the arrows.

Experience shows that the tensile stress necessary to separate the upper part of the body of the substrate is low particularly when a shearing stress is applied between the upper part and the body of the substrate, that is to say when the stresses applied have a component applied along the reference plane. This is simply explained by the fact that the

shear stress promotes the propagation of fractures and cavities within the reference plane.

The upper part of the substrate, being by nature thin, the tensile stress and/or the shear stress cannot in most cases be comfortably applied directly to it. It is then preferable, before the separation step, to make the wafer, via its flat face 2, integral with a support or applicator through which the mechanical forces will be applied to the upper part of the wafer. This applicator is represented in FIG. 4 under reference number 8.

The applicator can be a rigid or a flexible support. By the term rigidly fixing the applicator onto the wafer, one understands here any sticking operation or operation of preparing the surfaces and bringing them into contact that allows sufficient bonding energy to be provided between the applicator and the flat face of the wafer to resist the tensile and/or shear and/or bending process(es) of the separation step.

The applicator can be, for example, a sheet of plastic material such as Kapton® which has been made adherent to the flat face of the substrate. In this example, after application of the method according to the invention, a thin layer of monocrystalline semiconductor on a sheet of Kapton® is obtained.

So as to properly transmit the stresses to the whole of the upper thin layer, the circuits created in and at the surface of the upper layer can have been covered with a protective layer, possibly making it flat, during the step of developing the electronic components. The applicator is then rigidly fixed to the upper thin layer of the wafer through this protective layer.

The applicator may also be a rigid support, for example a silicon wafer, the surface of which has been covered with a dielectric layer. An appropriate physico-chemical treatment is, for example, carried out on the flat face of the wafer and/or the surface of the applicator (carrying a dielectric layer or not) so that bringing them into contact, possibly associated with a heat treatment, rigidly fixes the flat face of the wafer and the applicator together.

In the case mentioned as an example where the applicator is a silicon wafer carrying a layer of oxide on its surface and where the semiconductor substrate is a wafer of monocrystalline silicon, after application of the method according to the invention, a wafer of silicon on insulator is obtained where the surface layer of silicon is the fine layer provided by the upper part of the substrate.

Furthermore, after separation of the thin layer from the rest of the wafer, the free face of this layer can allow the further repeat use of a substrate that can be fitted with electronic components produced completely or partially on the substrate. Such a stacking allows a "three dimensional" assembly of electronic circuits, the stiffener itself possibly including electronic components.

What is claimed is:

1. A method for producing a thin film comprising:

providing a first substrate having a face surface;

introducing hydrogen ions into the first substrate at the face surface, such that microcavities are formed in the first substrate during or after introducing the ions, wherein the microcavities define a thin film layer extending from the first surface to the microcavities, the microcavities reside between solid bridges of the first substrate, and the hydrogen ions are introduced into the first substrate at a temperature and at a total amount so as not to fracture the solid bridges during energizing of the first substrate;

bonding a second substrate to the face surface of the first substrate; and

applying mechanical forces to fracture the solid bridges.

2. The method for producing a thin film according to claim 1, further comprising applying energy to the first substrate.

3. The method for producing a thin film according to claim 2, wherein applying energy comprises applying thermal energy.

4. The method for producing a thin film according claim 2, wherein applying energy comprises applying energy after introducing hydrogen ions.

5. A method for producing a thin film comprising:

providing a first substrate having a face surface;

introducing hydrogen ions into the first substrate at the face surface and forming microcavities in the first substrate, wherein the microcavities define a thin film layer extending from the first surface to the microcavities, the microcavities reside between solid bridges of the first substrate, the hydrogen ions are introduced below the hydrogen diffusion temperature of the first substrate, and the total amount of hydrogen is below that necessary to fracture the solid bridges between the thin film layer and the first substrate during energizing of the first substrate;

bonding a second substrate to the face surface of the first substrate; and

applying mechanical forces to fracture the solid bridges.

6. The method for producing a thin film according to claim 5, further comprising applying energy to the first substrate.

7. The method for producing a thin film according to claim 6, wherein applying energy comprises applying thermal energy.

8. The method for producing a thin film according to claim 6, wherein applying energy comprises applying energy after introducing hydrogen ions.

9. The method for producing a thin film according to claim 1, wherein providing a first substrate comprises providing a substrate including silicon, and wherein the hydrogen ions are introduced into the first substrate at a temperature of about 350° C.

10. The method for producing a thin film according to claim 9, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose less than about 4E16 ions per square centimeter.

11. The method for producing a thin film according to claim 10, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose greater than about 1E16 ions per square centimeter.

12. The method for producing a thin film according to claim 1 further comprising thermally treating the first substrate at a temperature greater than about 350° C. after introducing hydrogen ions.

13. The method for producing a thin film according to claim 5, wherein providing a first substrate comprises providing a substrate including silicon and wherein the hydrogen diffusion temperature is about 350° C.

14. The method for producing a thin film according to claim 13, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose less than about 4E16 ions per square centimeter.

15. The method for producing a thin film according to claim 14, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose greater than about 1E16 ions per square centimeter.

16. The method for producing a thin film according to claim 5 further comprising thermally treating the first substrate at a temperature greater than about 350° C. after introducing hydrogen ions.

* * * * *

US007067396B2

(12) **United States Patent**
    Aspar et al.

(10) Patent No.: **US 7,067,396 B2**
(45) Date of Patent: **Jun. 27, 2006**

(54) **METHOD OF PRODUCING A THIN LAYER OF SEMICONDUCTOR MATERIAL**

(75) Inventors: **Bernard Aspar**, Rives (FR); **Michel Bruel**, Veurey (FR); **Thierry Poumeyrol**, Vaulnaveys-le-haut (FR)

(73) Assignee: **Commissariat a l'Energie Atomique** (FR)

( * ) Notice:     Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 98 days.

(21) Appl. No.: **10/784,601**

(22) Filed:     **Feb. 23, 2004**

(65) **Prior Publication Data**

US 2004/0166651 A1     Aug. 26, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/777,516, filed on Feb. 6, 2001, now Pat. No. 6,809,009, which is a continuation of application No. 09/299,683, filed on Apr. 26, 1999, now Pat. No. 6,225,192, which is a continuation of application No. 08/856,275, filed on May 14, 1997, now Pat. No. 6,020,252.

(30) **Foreign Application Priority Data**

May 15, 1996     (FR)     .................................. 96 06086

(51) **Int. Cl.**
    *H01L 21/302*     (2006.01)
(52) **U.S. Cl.** ...................................... 438/459; 438/977
(58) **Field of Classification Search** ........ 257/E21.568; 438/459, 977, 460, 455, 458, 406, FOR. 485; 148/DIG. 12
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,179,324 A     12/1979 Kirkpatrick ................. 156/230
4,704,302 A     11/1987 Bruel et al.
4,931,405 A     6/1990 Kamijo et al. ................. 437/12
5,034,343 A     7/1991 Rouse et al. ................. 437/86
5,110,748 A     5/1992 Sarma ................. 437/51
5,198,371 A     3/1993 Li ................. 437/11
5,234,535 A     8/1993 Beyer et al.
5,250,446 A     10/1993 Osawa et al.
5,256,581 A     10/1993 Foerstner et al. ............. 437/24
5,310,446 A     5/1994 Konishi et al. ................. 117/58
5,374,564 A   * 12/1994 Bruel ........................... 438/455

(Continued)

FOREIGN PATENT DOCUMENTS

EP     0355913     2/1990

(Continued)

OTHER PUBLICATIONS

"Applications of Ion Beams to Materials, 1975" Carter et al., Inst. Phys. Conf. Ser. No. 28, Capter 1, 1976, pp. 30-36.

(Continued)

*Primary Examiner*—George Fourson
(74) *Attorney, Agent, or Firm*—Hayes Soloway P.C.

(57)     **ABSTRACT**

The invention relates to a method of producing a thin layer of semiconductor material including:
 a step of implanting ions through a flat face (2) of a semiconductor wafer in order to create a layer of microcavities, the ion dose being within a specific range in order to avoid the formation of blisters on the flat face,
 a thermal treatment step in order to achieve coalescence of the microcavities
 possibly, a step of creating at least one electronic component (5) in the thin layer (6),
 a separation step of separating the thin layer (6) from the rest (7) of the wafer.

**16 Claims, 2 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,413,951 A | 5/1995 | Ohori et al. | 437/61 |
| 5,494,835 A | * 2/1996 | Bruel | 156/250 |
| 5,524,339 A | 6/1996 | Gorowitz et al. | 29/841 |
| 5,559,043 A | 9/1996 | Bruel | 437/24 |
| 5,567,654 A | 10/1996 | Beilstein, Jr. et al. | 437/209 |
| 5,618,739 A | 4/1997 | Takahashi et al. | 438/158 |
| 5,622,896 A | 4/1997 | Knotter et al. | 438/123 |
| 5,633,174 A | 5/1997 | Li | |
| 5,661,333 A | 8/1997 | Bruel et al. | 257/618 |
| 5,714,395 A | * 2/1998 | Bruel | 438/528 |
| 5,804,086 A | * 9/1998 | Bruel | 216/33 |
| 5,817,368 A | 10/1998 | Hashimoto | |
| 5,863,830 A | * 1/1999 | Bruel et al. | 438/478 |
| 5,863,832 A | * 1/1999 | Doyle et al. | 438/622 |
| 5,897,331 A | 4/1999 | Sopori | |
| 5,993,677 A | * 11/1999 | Biasse et al. | 216/38 |
| 6,020,252 A | 2/2000 | Aspar et al. | 438/458 |
| 6,048,411 A | * 4/2000 | Henley et al. | 148/33.5 |
| 6,225,192 B1 | 5/2001 | Aspar et al. | |
| 6,294,478 B1 | * 9/2001 | Sakaguchi et al. | 438/753 |
| 2004/0029358 A1 | * 2/2004 | Park et al. | 438/458 |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0504714 | 9/1992 |
| EP | 533551 A1 | 9/1992 |
| EP | 665588 A1 | 1/1995 |
| EP | 0 660 140 | 6/1995 |
| EP | 0703 609 | 3/1996 |
| EP | 703609 A1 | 3/1996 |
| FR | 2681472 | 9/1991 |
| FR | 2725074 | 3/1996 |
| GB | 2 211 991 | 7/1989 |
| JP | 53-104156 | 9/1978 |
| JP | 59-54217 | 3/1984 |
| SU | 1282757 | 12/1983 |
| WO | WO95/20824 | 8/1995 |

## OTHER PUBLICATIONS

"Hydrogen-Related Complexes as the Stressing Species in High-Fluence, Hydrogen-Implanted, Single-Crystal Silicon" Cerofolini et al., *Physical Review B*, vol. 46, No. 4, 1992, pp. 2061-2070.

"Crystallographic Nature and Formation Mechanisms of Highly Irregular Structure in Implanted and Annealed Si Layers" Komarov et al., *Radiation Effects*, vol. 42, 1979, pp. 169-178.

"Observation of Blistering and Amorphization on Germanium Surface After 450 keV Ar+ION Bombardment" Kamada et al., *Radiation Effects*, vol. 28, 1976, pp. 43-48.

"Orientation Dependence of Flaking of Ion Irradiated Aluminum Single Crystals" Ono et al., *Japanese Journal of Applied Physics*, vol. 25, No., 10, pp. 1475-1480.

"High Fluence Retention of Noble Gases Implanted in Silicon" Wittmaack et al., *Radiation Effects*, vol. 39, 1978, pp. 81-95.

Ascheron, C., "A Comparative Study of Swelling, Radiation, Strain and Radiation Damage of High-Energy Proton-bombarded GaAs, GaP, InP, Sl and Ge Single Crystals, Nuclear Instruments and Methods In Physics Research" Nuclear Instruments and Methods in Physics Research B36(1989) 1632172.

Ascheron, C., "A Study of Proton Bombardment Induced Swelling of GaP Single Crystals" phys. stat. sol. (a) 92, 169 (1985).

Ascheron, C., "Gettering of Copper in Proton-and Helium-Bombarded Buried Regions of Gallium Phosphide" phys. stat. sol. (a) 106, 73 (1988).

Ascheron, C., "Investigations of Hydrogen Implanted GaP Single Crystals by Means of Particle Induced ?-Spectroscopy, Infrared Spectroscopy, and Turyherford Backscattering Channeling Technique" phys. stat. sol. (a) 89, 549 (1985).

Ascheron, C., "Proton Beam Modification of Selected AIIIBV Compounds" phys. stat. sol (a) 124, 11 (1991).

Ascheron, C., "Swelling, Strain, and Radiation Damage of He+ Implanted GaP" phys. stat. sol. (a) 96, 555 (1986).

Asberon, C., "The Effect of Hydrogen Implantation Induced Stress on GaP Single Crystals" Nuclear Instruments and Methods in Physics Research B28 (1987) 350-359.

Bruel, M., "Silicon-On-Insulator" European Semiconductor, Mar. 1997.

Cassidy, Victor M., "Ion Implantation Process Toughens Metalworking Tools," Modern Metals, pp. 65-67, 1984.

Chu et al., "Radiation Damage of 50-250 keV Hydrogen Ions in Silicon", Ion Implantation in Semiconductors, eds. F. Chernob et al., Plenum New York 1976, pp. 483-492.

Chu, P.K. et al., Plasma Immersion Ion Implantation-A Fledgling Technique for Semiconductor Processing, Materials Science and Engineering Reports: A Review Journal, pp. 207-280; vol. R17, Nos. 6-7, Nov. 30, 1996.

Chu, Kastle, Lever, Mader, and Masters, S, Radiative Recombination Channels due to Hydrogen in Crystalline Silicon, Canham, Dyball Leong, Houlton, Cullis and Smith, Materials Science and Engineering, B4 (1989), pp. 41-45.

Ion Implantation in Semiconductors 1976, Chernow, Borders and Brice, Pirnum Press, New York and London, Radiation Damage of 50-250 keV Hydrogen Ions in Silicon, , pp. 483-391.

Cullis, A.G. ,T.E. Siedel and R.L. Meek, "Comparative study of annealed neon-, argon-, and krypton-ion Implantation damage in silicon," J. Appl. Phys., 49(10), pp. 5188-5198, Oct. 1978.

EerNisse, E., "Compaction of ion-implanted fused silica" Journal of Applied Physics, vol. 45, No. 1, Jan. 1974.

EerNisse, E.P., "Role of Integrated Lateral Stress In Surface Deformation of He- implanted Surfaces" Journal of Applied Physics, vol. 48, No. 1, Jan. 1977.

Evans, J.H., "An Interbubble Fracture Mechanism Of Blister Formation On Helium-Implanted Metals" Journal of Nuclear Materials 68(1977) 129-140.

Menko, N., "Infrared Absorption of Silicon Irradiated by Protons" phys. stat.sol. (b) 90, 689 (1978).

Gerasimenko, N., "Infrared Absorption of Silicon Irradiated by Protons" phys. stat.sol. (b) 90, 689 (1978).

Greenwald, A.C., "Pulsed-electron-beam annealing of ion-implantation damage" J. Appl. Phys. 50(2), Feb. 1978.

Grovenor, C.R.M., Microelectronic Materials, pp. 73-75 (1989).

Haisma et al., Silicon-on-Insulator Wafer Bonding-Wafer Thinning Technological Evaluations, Japanese Journal of Applied Physics, 28(1989), Aug., No. 8, Part 1, Tokyo, Japan, pp. 1426-1443.

Hamaguchi et al., Device Layer Transfer Technique using Chemi-Mechanical Polishing, Japanese Journal of Applied Physics, 23(1984), Oct., No. 10, Part 2, Tokyo, Japan, pp. L815-L817.

Helium Bubble and Blister Formation for Nickel and An AMorphous Fe-Ni-Mo-B Alloy During 5 keV He+-Irradiation at Temperatures Between 200 K and 600 K, Swijgenhoven, Stals and Knuyt, Nuclear Instruments and Methods 209/210 (1983) pp. 461-468.

Hulett, D.M. et al., "Ion Nitriding and Ion Implantation: A Comparison," Metal Progress, pp. 18-21, 1985.

Japan Applied Physics; 64(8); Oct. 15, 1988; pp 3972-3974.

Johnson, P.B., "High Fluence Deuteron Bombardment of Silicon" Radiation Effect 1977, vol. 32 pp. 159-167.

"Isolation by Inert Ion Implantation" IBM Technical Disclosure Bulletin vol. 29, No. 3, Aug., 1986, p. 1416.

Klem, J.F., Characteristics of Lift-Off Fabricated AlGaAs/InGaAs Single-Strained-Quantum Well Structures On Glass and Silicon Substrates, Inst. Phys. Conf. Ser. No. 96: Chapter 6, pp. 387-392 (1989).

Li, J., "Novel Semiconductor Substrate Formed by Hydrogen Ion Implantation into Silicon," Appl. Phys. Lett., vol. 55, No. 21, pp. 2223-2224, Nov. 20, 1989.

Ligeon, E., "Hydrogen Implantation in Silicon Between 1.5 and 60 keV" Radiation Effects 1976, vol. 27, pp. 129-137.

Manuaba, A., "Comparative Study on Fe32Ni36Cr14P12B 6 Metallic Glass and its Polycrystalline Modification bombarded by 2000 keV Helium Ions with High Fluence" Nuclear Instruments and Methods 199 (1982) 409-419.

Matsuda et al., "Large Diameter Ion Beam Implantation System," Nuclear Instruments and Methods, vol. B21, pp. 314-316, 1987.

Mishima, Y. and T. Yagishita, T. "Investigation of the bubble formation mechanism in a-Si:H films by Fourier-transform infrared microspectroscopy" J. Appl. Phys., vol. 64, No. 8, Oct. 15, 1988.

Miyagawa, S., "Helium remission during implantation of silicon carbide" J. Appl. Phys. 54 (5), May 1983.

Miyagawa, S., "Surface structure of silicon carbide irradiated with helium ions with monoenergy and continuous energy distributions" J. Appl. Phys. 53(12), Dec. 1982, pp. 8697-8705.

Moreau, Wayne M., "Semiconductor Lithography, Principles, Practices, and Materials," Plenum Press, 1988. Table of Contents only.

Moriceau, H. et al, A New Characterization Process Used to Qualify SOI Films 1991 pp. 173-178.

Myers, D. R., The effects of ion-implantation damage on the first-order Raman spectra of GaPa) J. Appl. Phys. 54(9), Sep. 19??.

Neethling, J.H. et al., Identification of Hydrogen Platelets in Proton-Bombarded GaAs, 1985, pp. 941?-945.

Paszti, F., "Flaking and Wave-Like Structure on Metallic Glasses Induced by MeV-Energy Helium Ions" Nuclear Instruments and Methods 209/210(1983) 273-280.

Picraux, S. Thomas et al., "Ion Implantation of Surfaces," Scientific American, vol. 252, No. 3, pp. 102-113 1985.

Primak, W., "Impurity Effect in the Ionization Dilation of Vitreous Silica" J. Appl. Phys. 39(13) 1968.

Renier, M. et al., "A New Low-Engergy Ion Implanter for Bombardment of Cylindrical Surfaces," Vacuum, vol. 35, No. 12, pp. 577-578, 1985.

Roth, J., "Blistering and Bubble Formation" Inst. Phys. Conf. Ser. No. 28 © 1976: Chapter 7.

Sah, Chih-Tang et al., "Deactivation of the Boron Acceptor in Silicon by Hydrogen," Appl. Phys. Lett. 43(2), Jul. 1983, pp. 204-206.

Sioshansi, Piran, "Ion Beam Modification of Materials for Industry," Thin Solid Film, vol. 118, pp. 61-71, 1984.

Snyman, H. C., "Transmission Electron Microscopy of Extended Crystal Defects in Proton Bombarded and Annealed GaAs" Radiation Effects, 1983, vol. 69, pp. 199-230.

Snyman, H. C., "Void formation in annealed proton-bombarded GaAs."

Stephan, D., "Investigation of Lattice Strain in Proton-Irradiated GaP by a Modified Auleytner Technique" phys. stat. sol. (a) 87, pp. 589-596 (1985).

Sze, S.M., VLSI Technology, 2.sup.nd Ed., pp. 9-10 (1988).

Tzeng, J.C., "A Novel Self-Aligned Oxygen (Salox) Implanted SOI Mosfet Device Structure" Nuclear Instruments and Methods in Physics Research B2, pp. 112-115 (1987).

U.S. Dept of Energy, "The Fusion Connection: . . . ", Plasma Coating, pp. 6-7, 1985.

Veldkamp, W.B. et al., "Binary Optics," Scientific American, pp. 50-55, May 1992.

Wemple, S.H., "Optical and channeling studies of ion-bombarded GaP" J. Appl. Phys., vol. 45, No. 4, Apr. 1974.

Wolf, Stanley Ph.D., Silicon Processing for the VLSI Era (vol. 2), pp. 66-79, Lattice Press, 1990.

EerNisse, E.P. et al, "Role of integrated lateral stress in surface deformation of He-implanted surfaces," Journal of Applied Physics, vol. 48, No. 1, Jan. 1997, pp 9-17.

Evans, J.H., "An interbubble fracture mechanism of blister formation on Helium-Irradiated Metals," Journal of Nuclear Materials, vol. 68, 1997, pp 129-140.

Roth, J., "Blistering and bubble formation," Inst. Phys. Conf. Ser., No. 28, 1976, pp 280-293.

Ligeon, E. et al, "Hydrogen Implantation in Silicon Between 1.5 and 60 KeV," Radiation Effects, col. 27, 1976, pp 129-137.

Ascheron, C. et al, "Gettering a Copper in Proton- and Helium-Bombarded Buried Regions of Gallium Phosphide,". Phys. Stat. So. (a), 106, 73, 1988, pp. 73-79.

Ascheron, C. et al, "A comparative study of Swelling, Strain and Radiation damage of High-Energy Proton-Bombarded GaAs, GaP, InP, Si and Ge Single Crystals," Nuclear Instructions and Methods In Physics Research, B36, 1989, pp. 163-172.

Ascheron, C. et al, "Proton Beam Modification of Selected A-III B-v Compounds," Phys. Stat. Sol. (a), 124,11 1991 pp 10-55.

DiCioccio, et al., 37 Silicon carbide on insulator formation using the Smart Cut process, Electronics Letters, vol. 32, No. 12, Jun. 6, 1996, pp 144-145.

Ascheron, C. et al, The Effect of Hydrogen Implantation Induced Stress on GaP Single Crystals, Nuclear Instruments & Methods in Physics Research, B28, 1987, pp 350-359.

Bruel, Michel, "Application of hydrogen ion beams to Silicon on Insulator material technology", Nuclear Instruments and Methods in Physics Research, B108, 1996, pp 313-319.

Auberton-Herve, A.J. et al, "SOI Materials for ULSI Applications", Semiconductor International, Oct. 1995, 5 pps.

Cristoloveanu,S. et al, "Electrical Properties of Unibond Material", Electrochemical Society Proceedings, vol. 96-3, pp 142-147.

Maleville, C. et al, "Physical Phenomena involved in the Smart-Cut Process", Electrochemical Society Proceedings, vol. 96-3, pp 34-46.

Chu et al, "Radiation Damage of 50-250 keV Hydrogens Ions in Silicon", Ion Implantation in Semiconductors, eds. F. Chernob et al., Plenum New York 1976, pp 483-492.

Johnson, "High Fluence Deuteron Bombardment of Silicon", Radiation Effects, vol. 32, pp 159-167.

Aspar, B. et al, "Characterization of SOI substrates: Application to Recent SIMOX and UNIBOND Wafers," Electrochemical Society Proceedings, vol. 96-3, pp 99-111.

Bruel, M. et al, "Smart-Cut—a new SOI Material Technology based on hydrogen implantation and wafer bonding," CEA 1996, 24 pages.

Bruel, M. et al, "Smart-Cut": A promising New SOI material technology, Proceedings 1999 IEEE, International SOI Conference, Oct. 1995, pp 178-179.

Ascheron, et al, Swelling, Strain, and Radiation Damage of He+ Implanted GaP, Phys. Stat. Sol. (a) 96, pp 555-562, 1986.

Silicon-On-Insulator, European Semiconductor, Mar., 1997, pp. 17 and 18.

Aspar et al., SMART-CUT®: The basic fabrication process for UNIBOND® SOI wafers, SEMI 1996, pp. 37-46.

Klem et al., Characteristics of lift-off fabricated AlGaAs/InGaAs single-strained quantum well structures on glass and silicon substrates, Inst. Phys. Conf., Ser. No. 96: Chapter 6, pp. 387-392.

Hamaguchi et al., Device Layer Transfer Technique using Chemi-Mechanical Polishing, Japanese Journal of Applied Physics, 23(1984), Oct., No. 10, Part 2, Tokyo, Japan, pp. L815-L817.

Haisma et al., Silicon-on-Insulator Wafer Bonding-Wafer Thinning Technological Evaluations, Japanese Journal of Applied Physics, 28(1989), Aug., No. 8, Part 1, Tokyo, Japan, pp. 1426-1443.

W.K. Chu, et al Radiation Damage of 50-250 keV Hydrogen Ions in Silicon Date Unknown.

William Primak et al Impurity Effect in the Ionization Dilatation of Vitreous Silica 1967.

Errol P. Eernisse, Compaction of Ion-Implanted Fused Silica, 1973.

S.H Wemple et al, Optical and Channeling Studies on Ion-Bombarded GaP, 1973 pp. 1578-1588.

E.P. Eernisse et al., Role of Intergrated Lateral Stress in Surface Deformation of H-Implanted Surfaces, 1976, pp. 9-17.

J.H. Evans, An Interbubble Fracture Mechanism of Blister Formation on Helium-Tirradiated Metals, 1977, pp. 129-140.

N..N. Gerasimenko et al, Infrared Absorption of Silicon Irrsdiated by Protons, 1978 pp. 689-695.

A.C. Greenwald et al, Pulse-Electron-Beam Annealing on Ion Implantaton Damage, 1978, pp. 783-786.

H.C. Snyman et al, Viod Formation in Annealed Proton-BombaredGaAs, 1981, pp. 243-245.

S. Miyagawa et al, Helium Reemission During Implantation of Silicon Carbide, 1982, pp. 2302-2306.

A. Manuaba et al., Comparative Study of Fe32M136Cr14P12B6 Metallic Glass and Its Polycrystalline Modification Bombarded by 2000 keV Helium Ions With High Fluence 1982, pp. 409-419.

S. Miyagawa et al, Surface Structure of Silicon Carbide Irradiated With Helium Ions With Monoenergy and Continuous Energy Distributions, 1982, pp. 8697-8705.

H.C. Synman et al, Transmission Electron Microscopy of Extended Crystal Defects in Proton Bombarded and Annealed GaAs, 1982, pp. 199-230.

D.R. Myers et al, The Effects of Ion-Implantation Damage on the First-Order Taman Spectra of GaPa, 1983, pp. 5032-5038.

F. Paszti et al, Flaking and Wave-Like Structure on Metallic Glasses Induced by MeV-Energy Helium Ions, 1983 pp. 273-280.

C. Ascheron et al, Proton Bombardment Induced Swelling of GaP, 1985, pp. 169-176.

C. Ascheron et al, Investigation of Hydrogen Implanted GaP Crystals, 1985, pp. 549-557.

J.H. Nethling et al, Identification of Hydrogen Platelets in Proton-Bombarded GaAs, 1985. pp. 941-945.

D. Stephan et al, Investigation of Lattice Strain in Proton-Tirradiated GaP by a Modified Auleytner Technique, 1985, pp. 589-596.

J.C. Tzeng et al, A Novel Self-Aligned Oxygen (Salox) Implanted SOI Mosfet Device Structure, 1985, pp. 112-115.

IBM Technical Disclosure Bulletin, Isolation by Inert Ion Implantation, 1986, vol. 29 No. 3.

J. Haisma et al., Silicon-On-Insulator Wafer Boinding-Wafer Thinning Technological Evaluations, 1989, pp. 1426-1443.

Jianming Li, Novel Semiconductor Substrate Formed by Hydrogen Ion Implantation into Silicon, 1989, pp. 2223-2224.

H. Moriceau et al, A New Characterization Process Used to Quality SOI Films, 1991, pp. 173-178.

A.J. Auberton-Herve et al., SOI Materials for ULSI Application, 1995.

M. Bruel et al, "Smart-Cut": A Promising New SOI Material Technology, 1995, pp. 178-179.

M. Bruel et al., "Smart-Cut": A Promising New SOI Material Technology, 1995, pp. 178-179.

B. Aspar et al, Transfer of Structured and Patterned Thin Silicon Films Using the Smart-Cut Process, 1996, pp. 1985-1986.

A.J. Auberton-Herve et al, A New SOI Material: Smart-Cut, 1996, pp. 214-219.

Michel Bruel, Smart-Cut Process: The Way ot Unibond S.O.I. Wafers, 1996 (Pages Unknown).

Leti-Outline—A New SOI Material Technology, 1996 (Author Unknown), (Pages Unknown).

B. Aspar, Basic Mechanisms Involved in the Smart-Cut Process, 1997, pp. 223-240.

Michel Bruel et al, Smart-Cut: A New Silicon on Insulator Material Technology Based on Hydrogen Implantation and Wafer Bonding, 1997, pp. 1636-164 , col. 36, Part 1, No. 3B.

L. Di Cioccio et al, Silicon Carbide on Insulator Formation by the Samrt-Cut Process, 1997 pp. 349-356.

Christophe Maleville et al, Wafer Bonding and H-Implantation Mechanisms Involved in the Smart-Cut Technology, 1997, pp. 14-19.

H. Moriceau et al, The Smart-Cut Process as a Way to Chieve Specific Film Thickness in SOI Structures, 1997, Pages (Unknown).

D. Munteanu et al, Detailed Characterization of Unibond Material, 1997, pp. 395-398.

Comparative study of annealed neon-, argon-, and krypton-ion implantation damage in silicon, A.G. Cullis, T. E. Seidel and R.L. Meek, J. Appl. Phys. 49(10) Oct. 1978, pp. 5188-5198.

Equilibrium Shape of Si, Eaglesham, White, Feldman, Moriya and Jacobson, Physical Review Letters, vol. 70, No. 11, Mar. 15, 1993, pp. 1643-1646.

La Formation Des Cloques, Saint-Jacques, Nuclear Instruments and Methods 209/210 (1983), pp. 333-343.

Hydrogen interaction with phosphorus ion implanted silicon, Tonini, Monelli, Corni, Ottaviani, Frabboni, Canteri, Queirolo, Ion Technology—94, pp. 801-804.

Hellium Bubble and Blister Formation for Nickel and An AMorphous Fe-Ni-Mo-B Alloy During 5 keV He+-Irradiation at Temperatures Between 200 K and 600 K,

Swijgenhoven, Stals and Knuyt, Nuclear Instruments and Methods 209/210 (1983) pp. 461-468.

Infrared Spectroscopy of chemically bonded hydrogen at voids and defects in silicon, Stein, Myers and Follstaedt, J. Appl. Phys. 73(b6), Mar. 15, 1993, pp. 2755-2764.

Silicon-on-Insulator produced by helium implantation and thermal oxidation, Raineri, Campisano, Appl. Phys. Lett. 66 (26), Jun. 26, 1995, pp. 3654-3656.

Radiative Recomination Channels due to Hydrogen in Crystalline Silicon, Canham, Dyball, Leong, Houlton, Cullis and Smith, Mterials Science and Engineering, B4 (1989) pp. 41-45.

Ion Implantation In Semiconductors 1976, Chernow, Borders and Brice, Plrnum Press, New York and London,Radiation Damage of 50-250 keV Hydrogen Ions In Silicon, Chu, Kastle, Lever, Mader and Masters, S, pp. 483-491.

"Silicon on insulator Material Technology" Bruel, M. Electronic Letters; 31 (Jul. 6, 1995); No. 14; pp. 1201-1202.

"Investigation of the Bubble Formation Mechanism in a-Si:H films by Fourier-transform infrared microspectroscopy" Mishima et al Japan Allied Physics; 64(8) ; Oct. 15, 1988; pp. 3972-3974.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4

1

# METHOD OF PRODUCING A THIN LAYER
# OF SEMICONDUCTOR MATERIAL

This application is a continuation of prior U.S. application Ser. No. 09/777,516, filed Feb. 6, 2001, now U.S. Pat. No. 6,809,009, which in turn is a continuation of prior U.S. application Ser. No. 09/299,683, filed Apr. 26, 1999, now U.S. Pat. No. 6,225,192 granted May 1, 2001, which in turn is a continuation of U.S. application Ser. No. 08/856,275, filed May 14, 1997 now U.S. Pat. No. 6,020,252.

This invention relates to a method of producing a thin layer of semiconductor material. The thin layer produced can possibly be provided with electronic components.

The invention permits the production of thin layers of either monocrystalline or polycrystalline or even amorphous semiconductor and, for example the production of substrates of the Silicon on Insulator type or the production of self-supporting thin layers of monocrystalline semiconductor. Electronic circuits and/or microstructures can be either completely or in part created in these layers or in these substrates.

It is known that implanting ions of a rare gas or of hydrogen in a semiconductor material induces the formation of microcavities at a depth proximate to the mean penetration depth of the ions. The document FR-A-2 681 472 discloses a method which uses this property in order to obtain a thin film of semiconductor. This method consists of subjecting a wafer of the desired semiconductor material that includes a flat face, to the following steps:

a first implantation step by bombarding the flat face of the wafer with ions creating, within the volume of the wafer and at a depth proximate to the penetration depth of the ions, a layer of microcavities separating the wafer into a lower region constituting the mass of the substrate and an upper region constituting the thin film, the ions being chosen from among the ions of rare gases or of hydrogen gas and the temperature of the wafer being maintained below the temperature at which the implanted ions can escape from the semiconductor by diffusion;

a second step of bringing the flat face of the wafer into close contact with a support made up of at least one layer of rigid material. This close contact may be created, for example using an adhesive substance, or by the effect of a preliminary preparation of the surfaces and possibly a thermal and/or electrostatic treatment in order to promote interatomic bonding between the support and the wafer;

a third step of thermal treatment of the wafer-support assembly at a temperature greater than the temperature at which the implantation was carried out and sufficient to create, through a crystal rearrangement effect in the wafer and through the pressure of the microcavities, a separation between the thin film and the mass of the substrate. This temperature is, for example 500° C. for silicon.

This implantation is capable of creating a layer of gaseous microbubbles. This layer of microbubbles thus created within the volume of the wafer; at a depth proximate to the mean penetration depth of the ions demarcates, within the volume of the wafer, two regions separated by this layer: one region intended to constitute the thin film and one region forming the rest of the substrate.

According to the implantation conditions, after implantation of a gas, such as, for example hydrogen, cavities or microbubbles may or may not be observable by transmission electronic microscopy. In the case of silicon, it can be

2

obtained microcavities, the size of which can vary from a few nm to several hundreds of nm. Hence, particularly when the implantation temperature is low, these cavities are only observable during the thermal treatment stage, a step during which nucleation is brought about in order to end up with the coalescence of the microcavities at the end of the thermal treatment.

The method described in the document FR-A-2 681 472 does not allow the production of electronic circuits in or at the surface of the flat face of the wafer after the ion implantation step. Indeed, the creation of such circuits implies the carrying out of certain classic micro-electronics operations (diffusion annealing, deposition etc.) that require thermal treatment stages (typically from 400° C. to 700° C.) according to the steps for silicon. At these temperatures, blisters form on the surface of the flat face of the implanted wafer. By way of example, for an implantation of hydrogen ions at a dose of $5.10^{16}$ protons/cm² and at 100 keV energy in a silicon wafer, a thermal treatment carried out at 500° C. for 30 min. leads to degradation of 50% of the surface of the flat face of the wafer, this degradation resulting in the appearance of blisters and to their bursting. It is then no longer possible to properly ensure that the flat face of the water is brought into close contact with the support (which will be called the applicator in the subsequent description) go as to detach the semiconductor layer from the rest of the wafer.

This phenomenon of the formation of blisters and craters in the surface of a silicon wafer implanted with hydrogen ions after annealing has been discussed in the article "Investigation of the bubble formation mechanism in a-Si:H films by Fourier-transform infrared microspectroscopy" by Y. Mishima and T. Yagishita, that appeared in the J. Appl. Phys. 64 (8), 15 Oct. 1988, pages 3972–3974.

This invention has been conceived in order to improve the method described in the document FR-A-2 681 472. After a step of ion implantation within a range of appropriate doses and before the separation step, it allows to carry out a thermal treatment of the part of the wafer corresponding to the future thin layer, in particular between 400° C. and 700° C. for silicon, without degrading the surface condition of the flat face of the wafer and without separation of the thin layer. This intermediate thermal treatment can form part of the operations for developing electronic components or can be applied for other reasons.

The invention is also applicable in the case where the thickness of the thin layer is sufficient to confer good mechanical characteristics on it, in which case it is not necessary to use an applicator in order to achieve the separation of the thin layer from the rest of the wafer, but where it is desired, despite everything, to avoid surface defects in the flat face.

Therefore an objective of the invention is a method of production of a thin layer of semiconductor material from a wafer of said material having a flat face, including an ion implantation step consisting of bombarding said flat face with ions chosen from along the ions of rare gases or of hydrogen, at a specific temperature and a specific dose in order to create, in a plane called a reference plane and situated at a depth proximate to the mean depth of penetration of the ions, microcavities, the method also including a subsequent thermal treatment step at a temperature sufficient to achieve separation of the wafer into two parts, across the reference plane, the part situated on the side of the flat face constituting the thin layer, characterised in that:

the ion implantation step is carried out with an ion dose between a minimum dose and a maximum dose, the

3

minimum dose being that from which there will be sufficient creation of microcavities to obtain the embrittlement of the wafer along the reference plane, the maximum dose, or critical dose being that above which, during the thermal treatment step, there is separation of the wafer,

a separation step of separating the wafer into two parts, across the reference plane, is provided after or during the thermal treatment step, this separation step comprising the application of mechanical forces between the two parts of the wafer.

These mechanical forces can be tensile forces, shear forces or bending forces applied alone or in combination.

In the application, by microcavities, one understands cavities that can be of any form; for example, the cavities can be of a flat shape, that is to say of small height (a few interatomic distances) or of substantially spherical shape or any other different shape. These cavities can contain a free gaseous phase and/or atoms of gas arising from the implanted ions fixed to atoms of the material forming the walls of the cavities. In Anglo-Saxon terminology, these cavities are generally called "platelets", "microblisters" or even "bubbles".

The thermal treatment carried out with the purpose of achieving separation of the thin layer from the rest of the wafer, allows the microcavities to be brought to a stable state. Indeed, under the effect of temperature, the microcavities coalesce to reach a final definitive condition. Hence, the temperature is chosen in such a way that this condition is obtained.

According to document FR-A-2 681 472, the doses implanted are such that, under the effect of the thermal treatment, a layer of microcavities is obtained that allows the separation to be achieved directly.

According to this invention, the doses implanted are insufficient to achieve a separation during the thermal treatment, the doses implanted only allow an embrittlement of the wafer at the reference plane, the separation requires an extra step of applying mechanical forces. Furthermore, the critical dose, as defined in the invention, is less than the dose at which during the ion implantation and thermal treatment steps, there is blister formation on the flat face of the wafer. The problem of blisters does not therefore arise in the invention.

The method according to the invention can include, between the thermal treatment step and the separation step, a step consisting of producing all or part of at least one electronic component in the part of the wafer before forming the thin layer.

If the production of this electronic component requires phases of heat treatment, these are preferably carried out at a temperature below that of the thermal treatment.

If needed, just before the separation step, an extra step is provided, consisting of bringing said wafer, on the side of said flat face, into close contact with and rigidly fixing it to a support through which mechanical forces such as tensile and/or shearing forces will be applied.

This support can be a flexible support, for example a sheet of Kapton®. It can also be a rigid support such as a wafer of oxidised silicon.

The invention will be better understood and other advantages and features will become apparent on reading the description that follows, giving by way of a non-limitative example, in which:

4

FIG. 1 represents diagrammatically a wafer of semiconductor material, one face of which is being subjected to ion bombardment in application of the method according to this invention,

FIG. 2 represents diagrammatically the preceding wafer, at the end of the thermal treatment step intended to cause the microcavities to coalesce, according to this invention,

FIG. 3 represents diagrammatically the preceding wafer, after formation of electronic components in the part corresponding to the desired thin layer,

FIG. 4 represents diagrammatically the step of separating the preceding wafer into two parts, in accordance with this invention.

An important feature of this invention lies in the implantation of hydrogen or rare gas ions at a dose less than or equal to the dose above which there would be separation during the thermal treatment. The dose used is such that it permits embrittlement of the material at a depth $R_p$ corresponding to the mean distance travelled by the ions in the material, but the wafer remains sufficiently mechanically resistant to support all the thermal treatment steps necessary to produce the electronic circuits. In other terms, the implanted wafer has, in the area of the microcavities, solid bridges linking the part of the wafer designed to form the thin layer and the remaining part of the wafer.

The description is now going to be directed to the production of a thin layer of semiconductor material from a thick substrate having a flat face. The starting substrate may or may not be covered on this flat face with one or several layers of materials, such as, for example, encapsulating materials such as a dielectric.

FIG. 1 illustrates the ion implantation step of a wafer 1 of semiconductor material. The flat face 2 of the wafer receives the ionic bombardment represented by arrows. In the case where the flat face 2 of the wafer is covered with one or several non-semiconductor materials, the energy of the ions is chosen to be sufficient for them to penetrate into the mass of semiconductor material.

If the case arises, the thickness of the implanted semiconductor material must be such that all or part of electronic components and/or microstructures can be produced in the thin layer. By way of example, the mean penetration of hydrogen ions is 2 μm at 200 keV in silicon.

The ion implantation of these types of ions into the semiconductor substrate creates, at a depth proximate to the depth corresponding to the mean distance $R_p$ travelled by the ions along a perpendicular to the flat face, an area 3 with a high concentration of atoms giving rise to microcavities. For example, the maximum concentration of hydrogen is $10^{11}$ $H^+/cm^3$ for an implantation dose of $2.10^{14}$ $H^+/cm^2$ at 100 keV. This ion implantation step must be carried out at a temperature such that the implanted gas ions do not diffuse any great distance as the implantation step goes along. This would interfere with or ruin the formation of microcavities. For example, in the case of an implantation of hydrogen ions in silicon, the implantation will be carried out at a temperature below 350° C.

The implantation dose (number of ions received per unit surface area during the implantation period) is chosen in such a way that the dose is less than or equal to a dose, called the critical dose, such that, above this critical dose, during the subsequent thermal treatment step, there is separation of the thin layer from the rest of the wafer. In the case of implantation of hydrogen ions, this critical dose is of the order of $4.10^{16}$ $H^+/cm^3$ for an energy of 160 keV.

The implantation dose is also chosen to be greater than a minimum dose from which during the subsequent thermal

treatment step, the formation of microcavities and the inter-action between them is sufficient, that is to say it permits the embrittlement of the implanted material in the area of the microcavities 3. This means that solid bridges of semiconductor material still exist between the microcavities. In the case of an implantation of ions of hydrogen gas into a silicon substrate, this minimum dose is of the order of $1.10^{16}/cm^2$ at an energy of 100 keV.

The following step of the method according to the invention consists of a thermal treatment of the wafer at a temperature that is sufficient to allow coalescence of the microcavities along the reference plane. In the case of an implantation, at a temperature below 350° C., of ions of hydrogen gas into a silicon substrate and a dose of $3.10^{16}$ $H^+/cm^2$ at an energy of 100 keV, after a thermal treatment of thirty minutes at 550° C., it is observed by transmission electronic microscopy in section, cavities of height equal to a few fractions of nanometers and with an extension, along the reference plane of several nanometers or indeed several tens of nanometers. This thermal treatment permits, at the same time, the precipitation and then stabilisation of the atoms of implanted gas in the form of microcavities.

The microcavities 4 (see FIG. 2) occupy, along the reference plane, a surface area approximately equal to the surface area implanted. The cavities are not situated exactly in the same plane. They are in planes parallel to the reference plane, some nanometers or tens of nanometers from this reference plane. For this reason, the upper part of the substrate situated between the reference plane and the flat face 2 is not totally separated from the body of the substrate, the body of the substrate being defined as the rest of the substrate between the reference plane and the faces of the substrate other than the flat face. The remaining bonds are sufficiently strong to support the steps of manipulation and of annealing brought about by the technological steps taken in the creation of the integrated circuits. However, the bond between the upper part and the mass of the substrate is very much weakened since this bond is only made through bridges of semiconductor material situated between the cavities.

All or a part of electronic components, circuits and microstructures can then be created on the flat face 2 (at the surface or under the surface).

The ion implantation energy of the hydrogen or rare gas ions in the first step has been chosen in such a way that the depth of the area of microcavities is sufficient for it not to be disturbed by the creation of components, electronic circuits and/or microstructures during this step. Furthermore, the whole of the thermal annealing operations that the development of electronic circuits or microstructures requires, is chosen in such a way that possible diffusion of the implanted ions is minimised. For example, in the case of a wafer of monocrystalline silicon, the maximum temperature of the various phases of the method will be limited to 900° C.

FIG. 3 illustrates the case where several electronic components, reference number 5, have been developed on the flat race 2 and in the part of the wafer intended to form the thin layer.

The separation step then follows. It consists of applying separating mechanical forces, for example, tensile forces between the parts of the wafer or substrate situated on each side of the reference plane in a manner that fractures the remaining solid bridges. This operation allows to obtain the thin layer of semiconductor material fitted with electronic components in the case described. FIG. 4 illustrates this separation step in the course of which the thin layer 6 is separated from the remaining mass 7 of the substrate by the action of forces acting in the opposite direction and represented by the arrows.

Experience shows that the tensile stress necessary to separate the upper part of the body of the substrate is low particularly when a shearing stress is applied between the upper part and the body of the substrate, that is to say when the stresses applied have a component applied alone the reference plane. This is simply explained by the tact that the shear stress promotes the propagation of fractures and cavities within the reference plane.

The upper part of the substrate, being by nature thin, the tensile stress and/of the shear stress can be comfortably applied directly to it. It is then preferable, before the separation step, to wake the wafer, via its flat face 2, integral with a support or applicator through which the mechanical forces will be applied to the upper part of the wafer. This applicator is represented in FIG. 4 under reference number 8.

The applicator can be a rigid or a flexible support. By the term rigidly fixing the applicator onto the wafer, one understands here any sticking operation or operation of preparing the surfaces and bringing them into contact that allows sufficient bonding energy to be provided between the applicator and the flat face of the wafer to resist the tensile and/or shear and/or bending process(es) of the separation step.

The applicator can be, for example, a sheet of plastic material such as Kapton(2) which has been made adherent to the flat face of the substrate. In this example, after application of the method according to the invention, a thin layer of monocrystalline semiconductor on a sheet of Kapton® is obtained.

So as to properly transmit the stresses to the whole of the upper thin layer, the circuits created in and at the surface of the upper layer can have been covered with a protective layer, possibly making it flat, during the step of developing the electronic components. The applicator is then rigidly fixed to the upper thin layer of the wafer through this protective layer.

The applicator may also be a rigid support, for example a silicon wafer, the surface of which has been covered with a dielectric layer. An appropriate physico-chemical treatment is, for example, carried out on the flat face of the wafer and/or the surface of the applicator (carrying a dielectric layer or not) so that bringing them into contact, possibly associated with a heat treatment, rigidly fixes the flat face of the wafer and the applicator together.

In the case mentioned as an example where the applicator is a silicon wafer carrying a layer of oxide on its surface and where the semiconductor substrate is a wafer of monocrystalline silicon, after application of the method according to the invention, a wafer of silicon on insulator is obtained where the surface layer of silicon is the fine layer provided by the upper part of the substrate.

Furthermore, after separation of the thin layer from the rest of the wafer, the free face of this layer can allow the further repeat use of a substrate that can be fitted with electronic components produced completely or partially on the substrate. Such a stacking allows a "three dimensional" assembly of electronic circuits, the stiffener itself possibly including electronic components.

What is claimed is:

1. A method for producing a thin film comprising:
providing a first substrate having a face surface;
introducing hydrogen ions into the first substrate at the face surface, such that microcavities are formed in the first substrate during or after introducing the ions,

wherein the microcavities define a thin film layer extending from the face surface to the microcavities, the microcavities reside between solid bridges of the first substrate, and the hydrogen ions are introduced into the first substrate at a temperature and at a total amount so as not to fracture the solid bridges during energizing of the first substrate;

bonding a second substrate to the face surface of the first substrate; and

applying mechanical forces to fracture the solid bridges.

2. The method for producing a thin film according to claim 1, further comprising applying energy to the first substrate.

3. The method for producing a thin film according to claim 2, wherein applying energy comprises applying thermal energy.

4. The method for producing a thin film according to claim 2, wherein applying energy comprises applying energy after introducing hydrogen ions.

5. A method for producing a thin film comprising:

providing a first substrate having a face surface;

introducing hydrogen ions into the first substrate at the face surface and forming microcavities in the first substrate, wherein the microcavities define a thin film layer extending from the face surface to the microcavities, the microcavities reside between solid bridges of the first substrate, the hydrogen ions are introduced below the hydrogen diffusion temperature of the first substrate, and the total amount of hydrogen is below that necessary to fracture the solid bridges between the thin film layer and the first substrate during energizing of the first substrate;

bonding a second substrate to the face surface of the first substrate; and

applying mechanical forces to fracture the solid bridges.

6. The method for producing a thin film according to claim 5, further comprising applying energy to the first substrate.

7. The method for producing a thin film according to claim 6, wherein applying energy comprises applying thermal energy.

8. The method for producing a thin film according to claim 6, wherein applying energy comprises applying energy after introducing hydrogen ions.

9. The method for producing a thin film according to claim 1, wherein providing a first substrate comprises providing a substrate including silicon, and wherein the hydrogen ions are introduced into the first substrate at a temperature of about 350° C.

10. The method for producing a thin film according to claim 9, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose less than about 4E16 ions per square centimeter.

11. The method for producing a thin film according to claim 10, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose greater than about 1E16 ions per square centimeter.

12. The method for producing a thin film according to claim 1 further comprising thermally treating the first substrate at a temperature greater than about 350° C. after introducing hydrogen ions.

13. The method for producing a thin film according to claim 5, wherein providing a first substrate comprises providing a substrate including silicon and wherein the hydrogen diffusion temperature is about 350° C.

14. The method for producing a thin film according to claim 13, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose less than about 4E16 ions per square centimeter.

15. The method for producing a thin film according to claim 14, wherein introducing hydrogen ions into the first substrate comprises hydrogen ion implantation with a dose greater than about 1E16 ions per square centimeter.

16. The method for producing a thin film according to claim 5 further comprising thermally treating the first substrate at a temperature greater than about 350° C. after introducing hydrogen ions.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.    : 7,067,396 B2
APPLICATION NO.  : 10/784601
DATED           : June 27, 2006
INVENTOR(S)    : Aspar et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In references cited, Item [56] other publications:
Page 2, Column 1, line 55, "SI" should be --Si--.
Page 3:
Column 1, line 16, "keV" should be --KeV--.
Column 2, line 41, "37" should be --"--.
Page 4:
Column 1, line 44, "on" should be --of--.
Column 1, line 46, "Viod" should be --Void--.
Column 1, line 47, "Bombared" should be --Bombarded--.
Column 1, line 57, "Synman" should be --Snyman--.
Column 2, line 20, "Quality" should be --Qualify--.
Column 2, line 32, "ot" should be --to--.
Column 2, line 42, "Samrt" should be --Smart--.
Column 2, line 55, "Equlibrium" should be --Equilibrium--.
In the Specification:
Column 2, Line 26, "go" should be --so--.
Column 4:
Line 49, "$10^{11}$" should be --$10^{21}$--.
Line 50, "$2.10^{14}$" should be --$2.10^{16}$ --.
Column 5, Line 15, "$H^+/cm^2$" should be --$H^+/cm^3$--.
Column 6:
Line 8, "alone" should be --along--.
Line 9, "tact" should be --fact--.
In the Claims:
Column 6:
Line 65, Claim 1 "hydrogen" should be deleted.
Column 7:
Line 2, claim 1 --and wherein-- should be inserted after "microcavitites,".
Lines 4-7, claim 1 should be deleted after "substrate".
Line 17, claim 4 --to-- should be inserted before "claim".
Line 19, claim 4 "hydrogen" should be deleted.
Line 22, claim 5 "hydrogen" should be deleted.
Line 26, claim 5 --and wherein-- should be inserted after "ties,".
Lines 27-32 claim 5 should be deleted after "substrate".
Column 8:
Line 3, claim 8 "hydrogen" should be deleted.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,067,396 B2
APPLICATION NO. : 10/784601
DATED             : June 27, 2006
INVENTOR(S)       : Aspar et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>In the Claims:</u> (cont'd)
Column 8:
Lines 4-39, Claims 9-16 should be deleted.

Signed and Sealed this

Ninth Day of January, 2007

JON W. DUDAS
*Director of the United States Patent and Trademark Office*