IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES, S.A. and COMMISSARIAT À L'ÉNERGIE ATOMIQUE,<br>   Plaintiffs/Counterclaim-Defendants,<br><br> v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br>   Defendant/Counterclaim-Plaintiff,<br><br> v.<br><br>Soitec U.S.A., Inc.,<br>   Counterclaim-Defendant. | Civil Action No. 1:08-cv-292-SLR |

## JOINT CLAIM CONSTRUCTION CHART

**CONNOLLY BOVE LODGE &**
 **HUTZ LLP**

By: /s/ *Patricia S. Rogowski*
 Patricia S. Rogowski (I.D. #2632)
 The Nemours Building
 1007 North Orange Street
 P.O. Box 2207
 Wilmington, DE 19899
 (302) 658-9141
 (302) 658-5614 (Fax)
 E-mail: progowski@cblh.com

*Attorneys for MEMC Electronic Materials, Inc.*

Dated: June 14, 2010

**EDWARDS ANGELL PALMER &**
 **DODGE LLP**

By: /s/ *Denise Seastone Kraft*
 Denise Seastone Kraft (I.D. #2778)
 Edwards Angell Palmer & Dodge LLP
 919 North Market Street
 15th Floor
 Wilmington, DE 19801
 Tel: (302) 777-7770
 Fax: (302) 777-7263
 Email: dkraft@eapdlaw.com

*Attorneys for S.O.I.TEC Silicon on Insulator Technologies, S.A., Commissariat À L'Énergie Atomique, and Soitec USA, Inc.*

## U.S. Patent RE 39,484

### Contested Terms

| Term | Asserted Claims | MEMC Proposed Construction | Soitec/CEA Proposed Construction |
|---|---|---|---|
| "semiconductor material wafer" | '484: All claims | A wafer of material whose electrical conductivity is between that of an insulator and a conductive metal and increases with temperature. | Soitec does not believe that this limitation requires construction and should be given its ordinary meaning to one skilled in the art.  Soitec objects that to construe an uncontested term is to render an improper advisory opinion.  To the extent that this limitation needs to be construed, Soitec agrees that MEMC has provided a commonly accepted definition of the term. |
| "process for the preparation of . . . comprising: first stage/second stage/third stage" | '484: All claims | These stages are separate and are performed in order.  The second stage is carried out at a temperature below that of the heat treatment of the third stage. | The claimed process includes at least the three listed stages (hydrogen implantation, contact with a stiffener, and heat treatment), but may also include additional stages before, between or after the listed stages.  The heat treatment is separate from the implantation stage and must be the last of the three claimed stages in the process. |
| "intimately contacting the planar face of said wafer with a stiffener . . ." | '484: All claims | As defined by the patent at 3:61-4:6:  A bonding process that achieves sufficient bond strength between the stiffener and the implanted wafer to compensate for the stresses that arise during the third stage thermal treatment.  This process requires either (1) applying an adhesive substance to the stiffener and wafer or (2) preparing the surfaces of the stiffener or wafer and then either (a) thermally treating the stiffener and wafer or (b) applying electrostatic pressure to the stiffener and wafer.  If temperatures are used in the bonding process, they must remain below the temperatures of the third stage thermal treatment. | As defined by the patent at 3:61-63.  ("The term intimate contact is understood to mean a contact obtained by pressing the stiffener onto the wafer, *e.g.*, by electrostatic pressure and/or by adherent contact.") |

| Term | Asserted Claims | MEMC Proposed Construction | Soitec/CEA Proposed Construction |
|---|---|---|---|
| "stiffener" | '484: All claims | Rigid material capable of compensating for the stresses produced during the heat treatment phase, including glass, sapphire, quartz, calcium fluoride, silicon, silicon oxide, and silicon nitride. | Rigid material capable of compensating for the stresses produced during the heat treatment phase. |
| "thermally treating the assembly of said wafer and said stiffener at a temperature…adequate to create by a crystalline rearrangement effect in the wafer, a coalescence of hydrogen microbubbles and a pressure effect in the hydrogen microbubbles" OR "thermally treating the assembly of said wafer and said stiffener at a temperature…adequate to create by a crystalline rearrangement effect in the wafer and a pressure effect in the microbubbles" | '484: All claims | Exposing a wafer and stiffener that have been intimately contacted to a temperature of at least 500°C, when the wafer is a silicon wafer.  Or:  Indefinite. | Exposing a wafer and stiffener that have been intimately contacted to a temperature at which the crystalline rearrangement, the coalescence of the microbubbles, and the pressure effect take place to create a separation |
| "gaseous microbubbles" OR "gaseous hydrogen microbubbles" OR "hydrogen microbubbles" | '484: All claims | Any of the defects produced when hydrogen gas ions (and only hydrogen gas ions) are implanted at any temperature between 20° and 450°C. | Any of the defects produced when hydrogen ions are implanted, including at least the defects created when hydrogen ions are implanted into silicon at a temperature of between 20° C to 450° C. |

WLM 522111.1

2

| Term | Asserted Claims | MEMC Proposed Construction | Soitec/CEA Proposed Construction |
|---|---|---|---|
| "defining in the volume of said wafer a lower region constituting a majority of the substrate and an upper region constituting the thin semiconductor material film" | '484: All claims | Implanting hydrogen ions that form microbubbles in a region of the wafer between the future thin film and the majority of the substrate where damage formed by other implanted ions is not already present. | Implanting hydrogen ions that form microbubbles in a region of the wafer between the future thin film and the majority of the substrate. |
| "separation" | '484: All claims | An intervening space or gap between the thin film and the majority of the substrate that facilitates removal of the thin semiconductor layer from the remainder of the implanted substrate. | An intervening space or gap between the thin film and the majority of the substrate. |
| "cleaving the thin semiconductor material film from the substrate" | '484: 10, 30, 60 | Applying a mechanical or thermal energy to split the thin semiconductor film and the substrate into two separate pieces. | Applying energy to split the thin semiconductor film and the substrate into two separate pieces. |
| "ion bombardment…the ions being hydrogen ions" and OR "hydrogen ion bombardment" | '484: All claims | This step requires the mono-implantation of hydrogen, in which hydrogen ions alone are responsible for achieving the other conditions required by the process. A process that requires a combination of hydrogen ions and rare gas ions (helium, neon, argon, krypton, xenon, or radon) does not satisfy this step. | The claimed process includes the referenced hydrogen ion bombardment along with the other listed steps, but may also include additional steps before, between or after the listed steps. |
| "pressure effect in the hydrogen microbubbles" | '484: All claims | Gas pressure in the larger microbubbles caused by the heat treatment. | Pressure in the larger microbubbles caused by the heat treatment |

## U.S. Patent RE 39,484

### Agreed Terms

| Term | Asserted Claims | Construction |
|---|---|---|
| "coalescence of hydrogen microbubbles" | '484: All claims | A number of hydrogen microbubbles come together to form larger microbubbles. |

WLM 522111.1                                     3

**U.S. Patents Nos. 6,809,009, 7,067,396, and 7,498,234 ("Aspar Patents")**
**Contested Terms**

| Term | Asserted Claims | MEMC Proposed Construction | Soitec/CEA Proposed Construction |
|---|---|---|---|
| "microcavities" | All Aspar claims | Any of the defects produced when hydrogen gas ions (and only hydrogen gas ions) are introduced into a substrate at any temperature between 20° and 450°C.<br><br>If the '396 patent's certificate of correction is found to be valid—which MEMC contends would be an erroneous result—then "microcavities," as used in claim 1 of the '396 patent, means: Any of the defects produced when ions are introduced into a substrate. | As defined in the specification. *See, e.g.,* '009 Patent at 3:11-20 ("In the application, by microcavities, one understands cavities that can be of any form; for example, the cavities can be of a flat shape, that is to say of small height (a few interatomic distances) or of substantially spherical shape or any other different shape. These cavities can contain a free gaseous phase and/or atoms of gas arising from the implanted ions fixed to atoms of the material forming the walls of the cavities. In Anglo-Saxon terminology, these cavities are generally called "platelets", "microblisters" or even "bubbles") |
| "bridges" | All Aspar claims | Regions of substrate residing between microcavities that are sufficiently mechanically resistant to support all of the thermal treatment steps necessary to produce electronic circuits, yet sufficiently brittle so as to fracture when a mechanical force is applied. Therefore, before any bonding step, the implanted substrate does not blister when exposed to temperatures between 400-700°C, including a 500°C heat treatment for 30 minutes. | Regions of substrate residing between microcavities. |
| "thin film layer"<br><br>OR<br><br>"thin film layer of desired thickness" | All Aspar claims | The film layer is at least 1-2 μm thick to allow electronic components to be produced in the layer. | The film layer is of a thickness suited to the desired application. |
| "introducing hydrogen ions…" | '009: 1<br>'396: 1 (if the certificate of correction is invalid) | This step requires the introduction of hydrogen ions, in which hydrogen ions alone are responsible for achieving the other conditions required by the process. A process that requires a combination of hydrogen ions and rare gas ions (helium, neon, argon, krypton, xenon, or radon) does not satisfy this step. | The claimed process includes "introducing hydrogen ions" along with the other listed steps, but may also include additional steps before, between or after the listed steps. |

| Term | Asserted Claims | MEMC Proposed Construction | Soitec/CEA Proposed Construction |
|---|---|---|---|
| "implanting hydrogen ions" | '234: 21 | This step requires the mono-implantation of hydrogen ions, in which hydrogen ions alone are responsible for achieving the other conditions required by the process. A process that requires a combination of hydrogen ions and rare gas ions (helium, neon, argon, krypton, xenon, or radon) does not satisfy this step. | Along with the other listed steps, the claimed process includes a step which requires the implantation of hydrogen ions, but claim may also cover processes including additional steps before, between or after the listed steps. |
| "semiconductor material substrate" | '234: 21, 24 | Material whose electrical conductivity is between that of an insulator and a conductive metal and increases with temperature. | Soitec does not believe that this limitation requires construction and should be given its ordinary meaning to one skilled in the art.  Soitec objects that to construe an uncontested term is to render an improper advisory opinion.  To the extent that this limitation needs to be construed, Soitec agrees that MEMC has provided a commonly accepted definition of the term. |
| "second substrate" | '009: 1<br>'396: 1 | Flexible or rigid material, including glass, sapphire, quartz, calcium fluoride, silicon oxide, silicon nitride, and Kapton®. | No construction required.<br><br>or<br><br>flexible or rigid material. |
| "energizing of the first substrate" | '009: 1<br>'396: 1 (if the certificate of correction is invalid) | Applying a heat treatment between 400-700°C. | Applying energy to the first substrate during or after implantation and before cleaving |
| "the hydrogen ions are introduced into the first substrate at a temperature and at a total amount so as not to fracture the solid bridges during energizing of the first substrate" | '009: 1<br>'396: 1 (if the certificate of correction is invalid) | Introducing hydrogen ions under conditions that result in a stable layer in which electronic devices can be produced.  Such a stable layer does not form blisters when it is subjected to a heat treatment between 400°C and 700°C, before bonding, including a 500°C heat treatment for 30 minutes. | Introducing hydrogen ions under conditions that do not result in cleavage of the thin film from the substrate during energizing of the first substrate prior to mechanical cleaving |
| "wherein the microcavities define a thin film layer extending from the first surface to the microcavities" | '009: 1, 4<br>'396: 1, 4 | The hydrogen ions form microcavities in a region between the future thin film and the majority of the substrate where damage formed by other implanted ions is not already present. | The microcavities are formed in a region between the future thin film and the majority of the substrate. |

| Term | Asserted Claims | MEMC Proposed Construction | Soitec/CEA Proposed Construction |
|---|---|---|---|
| "bonding" | '009: 1<br>'396: 1 | Any sticking operation or operation of preparing the surfaces and bringing them into contact that provides for sufficient bonding energy between the two substrates so that applying a mechanical force will split the thin layer from the rest of the first substrate rather than de-bond the substrates. | Causing two surfaces to adhere |
| "bonding a second substrate to the face of the first substrate" | '009:1, 4<br>'396:1, 4 | Bonding a second substrate to the implanted surface of the first substrate after the microcavities and bridges have formed in the first substrate and just before the fracturing step. | Causing a second substrate to adhere to the implanted surface of the first substrate. |
| "ions" | All Aspar claims | An atom or molecule with a net electric charge through loss or gain of electrons, either positive or negative. | Soitec does not believe that this limitation requires construction and should be given its ordinary meaning to one skilled in the art. Soitec objects that to construe an uncontested term is to render an improper advisory opinion. To the extent that this limitation needs to be construed, Soitec agrees that MEMC has provided a commonly accepted definition of the term. |
| "conducting a subsequent thermal annealing of the semiconductor material substrate at sufficiently low temperature to substantially limit diffusion of gas from the semiconductor material substrate" | '234: 21 | Indefinite. | Conducting a heat treatment below the temperature at which substantially all of the implanted gas can diffuse out of the semiconductor material. |
| "the quantity of ions in the layer of microcavities being insufficient to produce fracture of the bridges throughout the layer of microcavities by a subsequent thermal annealing alone" | '234: 21, 24 | Introducing hydrogen ions under conditions that result in a stable layer in which electronic devices can be produced. Such a stable layer does not form blisters when it is subjected to a heat treatment between 400°C and 700°C, before bonding, including a 500°C heat treatment for 30 minutes. | Introducing ions under conditions that will not result in cleaving of the thin film from the substrate during a subsequent thermal treatment to which the implanted substrate is subjected. |

| Term | Asserted Claims | MEMC Proposed Construction | Soitec/CEA Proposed Construction |
|---|---|---|---|
| "applying mechanical forces to fracture the solid bridges"<br><br>"effecting the propagation of bridge fracture to sever the thin film layer from the remaining portion of the semiconductor material substrate through the application of an additional mechanical force" | All Aspar claims | Applying mechanical force to split the thin film layer and the rest of the substrate into two separate pieces. | Applying external mechanical force to split the thin film layer and the rest of the substrate into two separate pieces. |

**U.S. Patents Nos. 6,809,009, 7,067,396, and 7,498,234 ("Aspar Patents")**

**Agreed Terms**

| Term | Asserted Claims | Construction |
|---|---|---|
| "introducing [ions]" | '009: 1<br>'396: 1 | Transferring ions into a substrate. |
| "first substrate" | '009: 1<br>'396: 1 | Material into which ions are introduced. |

WLM 522111.1

7

## U.S. Patent No. 5,834,812

### Contested Terms

| Term | Asserted Claims | MEMC Proposed Construction | Soitec/CEA Proposed Construction |
|---|---|---|---|
| "SOI wafer" | All '812 claims | This preamble language is not a limitation of the claim. But if the Court finds that it is a limitation, the following definition should apply: A silicon-on-insulator structure having at least the following components: (1) a top layer of silicon called the device layer, (2) a handle wafer, and (3) a buried oxide layer between the device layer and the handle wafer. | A bond and etch back silicon-on-insulator wafer |
| "an oxide layer on at least one surface of the handle wafer" | All '812 claims | A layer of silicon dioxide ($SiO_2$) that adjoins the handle wafer. | An oxide layer chemically or thermally grown on at least one surface of the handle wafer of the claimed SOI wafer |
| "a device layer having . . . a bonded surface . . . being bonded generally in its entirety to the oxide layer" | All '812 claims | Generally all of one surface of the device layer is chemically bonded to the adjoining oxide layer. | The surface of the device layer is directly adhered to the oxide layer by wafer bonding |
| "the device layer being radially contained within the periphery of the bonded surface" | '812: 1 | The exposed flat surface of the device layer parallel to the oxide layer is completely within the outer most edge of the surface of the device layer adjoining the oxide layer. | The periphery of the device layer is completely within the outer most edge of the bonded surface |

## U.S. Patent No. 5,834,812

### Agreed Term

| Term | Asserted Claims | Construction |
|---|---|---|
| "generally annular recess" | '812: 10 | A ring-shaped region where material has been removed from the handle wafer. |
| "device layer" | All '812 claims | The top layer of silicon of an SOI wafer, which has a flat surface parallel to the oxide layer, and in which electronic devices can be produced. |

WLM 522111.1

8