IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES, S.A. and COMMISSERIAT À L'ÉNERGIE ATOMIQUE ET AUX ENERGIES ALTERNATIVES,<br><br>        Plaintiffs,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 08-292-SLR<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT FOLLOWING A JURY VERDICT
## PURSUANT TO FED. R. CIV. P. 58(b)

For reasons stated in the jury verdict of November 2, 2010;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant MEMC Electronic Materials, Inc. and against plaintiffs S.O.I.TEC Silicon On Insulator Technologies, S.A. and Commisseriat A L'Energie Atomique et aux Energies Alternatives as to the '812 patent.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of plaintiffs S.O.I.TEC Silicon On Insulator Technologies, S.A. and Commisseriat A L'Energie Atomique et aux Energies Alternatives and against defendant MEMC Electronic Materials, Inc. as to the '009 patent.

_____
United States District Judge

Dated: 11/15/2010

_____
(By) Deputy Clerk