IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

S.O.I.TEC SILICON ON INSULATOR      )
TECHNOLOGIES, S.A. and              )
COMMISSERIAT À L'ÉNERGIE            )
ATOMIQUE,                           )
                                    )
          Plaintiffs,               )
                                    )
     v.                             )    Civ. No. 08-292-SLR
                                    )
MEMC ELECTRONIC MATERIALS,          )
INC.,                               )
                                    )
          Defendant.                )

## FINAL JUDGMENT FOLLOWING POST TRIAL MOTION PRACTICE
## PURSUANT TO FED. R. CIV. P. 54 (b)

For reasons stated in the court's opinion and order of July 13, 2011;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in

favor of plaintiffs S.O.I.TEC Silicon On Insulator Technologies, S.A. ("Soitec") and

Commissariat à L'Énergie Atomique ("CEA") and against defendant MEMC Electronic

Materials, Inc. ("MEMC") as to MEMC's claims of invalidity of U.S. Patent No.

6,809,009.

IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby

entered in favor of MEMC and against Soitec and CEA as to MEMC's claim of

infringement of, and Soitec's claim of invalidity of, U.S. Patent No. 5,834,812.

_____
United States District Judge

Dated: 7/13/2011

_____
(By) Deputy Clerk