IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES, S.A. and COMMISSARIAT À L'ÉNERGIE ATOMIQUE,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br><br>Defendant/Counterclaim-Plaintiff,<br><br>v.<br><br>SOITEC U.S.A., INC.,<br><br>Counterclaim-Defendant. | Civil Action No. 1:08-cv-292-SLR |

**CORRECTED JUDGMENT UNDER RULE 60(a)**

For the reasons stated in the Court's opinion and order of July 13, 2011 (D.I. 404, 405), the jury verdict of November 2, 2010 (D.I. 343), the Court's Summary Judgment Orders and related orders and stipulations of October 13, 14, 19, and 21, 2010 (D.I. 325, 326, 327, 328, 330, 331, 333), which resolved the liability issues in this case;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of counterclaim plaintiff MEMC Electronic Materials, Inc. and against counterclaim defendants S.O.I.TEC Silicon on Insulator Technologies, S.A. and Soitec U.S.A., Inc. as to U.S. Patent No. 5,834,812.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of defendant MEMC Electronic Materials, Inc. and against plaintiffs S.O.I.TEC Silicon on

Insulator Technologies, S.A. and Commissariat A L'Energie Atomique as to U.S. Reissue Patent No. 39,484 and U.S. Patents No. 7,067,396 and 7,498,234.

IT IS FURTHER ORDERED that judgment be and is hereby entered in favor of plaintiffs S.O.I.TEC Silicon on Insulator Technologies, S.A. and Commissariat A L'Energie Atomique and against defendant MEMC Electronic Materials, Inc. as to U.S. Patent No. 6,809,009.

                                                  _/s/ Sue L. Robinson_
                                                  United States District Judge

Dated: 8/11/2011

                                                  _/s/ Nicole Fasano_
                                                  (By) Deputy Clerk