NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**S.O.I.TEC SILICON ON INSULATOR TECHNOLOGIES, S.A.
AND COMMISSARIAT A L'ENERGIE ATOMIQUE,**
*Plaintiffs/Counterclaim Defendants-Appellants,*

AND

**SOITEC U.S.A., INC.,**
*Counterclaim Defendant-Appellant,*

v.

**SUNEDISON, INC. (formerly known as MEMC Electronic Materials, Inc.),**
*Defendant/Counterclaimant-Cross Appellant.*

_____

11-1534, -1541
_____

Appeals from the United States District Court for the District of Delaware in No. 08-CV-0292, Judge Sue L. Robinson.

_____

# O R D E R

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b). Each side shall bear its own costs.

FOR THE COURT

December 4, 2013            /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court

**ISSUED AS A MANDATE:** December 4, 2013

cc: Clerk's Office, United States District Court for the District of Delaware
Michael L. Brody
Geoffrey P. Eaton
Robert M. Evans Jr.
Denise Seastone Kraft